

MAY - 2 2014

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-CR-00264 |
| | **CAPITAL § 2255 PROCEEDINGS** |
| -v- | HON. T.S. ELLIS III |
| THOMAS MOROCCO HAGER, Defendant/Movant | |

## ORDER

This matter comes before the Court on the motion of Defendant/Movant Thomas Morocco Hager, through Barry J. Fisher, Esq. and Blair G. Brown, Esq., requesting that the COURT find Mr. Hager indigent, allow Mr. Hager's appointed counsel to withdraw, and substitute Blair G. Brown, Esq. and Julie Brain, Esq. to represent Mr. Hager in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

This Court GRANTS Defendant/Movant's Motion for Substitution of Counsel. Mr. Brown and Ms. Brain appearing, are hereby appointed, pursuant to 18 U.S.C. § 3599, to represent Mr. Hager in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

SO ORDERED this 2nd day of _____May_____, 2014.

T.S. Ellis III
United States District Judge

/s/
T. S. Ellis, III
United States District Judge