**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **No: 1:05-CR-00264** |
| **v.** | **CAPITAL § 2555** |
|  | **PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO DISQUALIFY JUDGE

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves pursuant to 28 U.S.C. § 455(a) and the Fifth Amendment Due Process Clause of the United States Constitution to disqualify the Honorable T.S. Ellis, III, from further proceedings in this case. The grounds for this motion are more fully set forth in the memorandum of law submitted with this motion.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this motion be granted.

Dated: April 28, 2015                 Respectfully submitted,


                                        /s/ Blair G. Brown
                                        Blair G. Brown (Va. Bar No. 29706)
                                        ZUCKERMAN SPAEDER LLP
                                        1800 M Street, NW, Suite 1000
                                        Washington, DC 20036
                                        (202) 778-1829 (telephone)
                                        (202) 822-8106 (facsimile)
                                        bbrown@zuckerman.com

                                        *Counsel for Defendant Thomas Morocco Hager*

2

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2015, I have caused a copy of this

**DEFENDANT'S MOTION TO DISQUALIFY JUDGE** to be served on the following by

electronically filing it through the court's ECF system:


James L. Trump
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov


/s/ Blair G. Brown
Blair G. Brown

3