# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　　)　　CRIMINAL ACTION
　　　　　　　　　　　　　　　　　　　　　　)
THOMAS MOROCCO HAGER,　　　　　　　　　　)　　1:05-CR-264
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

REPORTER'S TRANSCRIPT

JURY TRIAL

VOLUME 18

Thursday, November 1, 2007

---

BEFORE:　　　　　THE HONORABLE T.S. ELLIS, III
　　　　　　　　　Presiding

APPEARANCES:　　UNITED STATES ATTORNEY'S OFFICE
　　　　　　　　　BY:　JAMES L. TRUMP, AUSA
　　　　　　　　　　　　STEVEN D. MELLIN, AUSA

　　　　　　　　　For the Government

　　　　　　　　　JOHN C. KIYONAGA, ESQ.
　　　　　　　　　JOSEPH J. MCCARTHY, ESQ.
　　　　　　　　　JONATHAN GIMBLETT, ESQ.

　　　　　　　　　For the Defendant

---

MICHAEL A. RODRIQUEZ, RPR/CM/RMR
Official Court Reporter
USDC, Eastern District of Virginia
Alexandria Division

MICHAEL A. RODRIQUEZ, RPR/CM/RMR

very difficult task.

Thank you.

(Jury excused at 2:22 p.m.)

THE COURT:  It is now incumbent on the Court to pronounce the sentence that has been arrived at by the jury.

Typically and customarily, in sentencings, defendants are given the right of allocution.

Nothing in the law suggests that that's appropriate in this case, but I'm going to allow it, if he wants to do it.  He is not required to do it.  He may say anything he wishes.

ATTORNEY MCCARTHY:  Nothing to say at this time, your Honor.

THE COURT:  All right.

Come to the podium, Mr. Hager.

THE DEFENDANT:  (Complies.)

IMPOSITION OF JURY'S SENTENCE BY THE COURT

THE COURT:  Mr. Hager, you have been found guilty by a jury of a crime that even the word "heinous" does not adequately describe.

The law requires that I impose a sentence of death, and I do so.

It is the judgment of this Court, consistent with the verdict of the jury, that you be committed to the custody of the attorney general and be put to death in

accordance with prescribed procedures under the law.

The Court will note -- I take it you want an appeal noted. I will direct the clerk to note an appeal.

I typically have more to say at sentencings, but this was not a sentence that I fixed and arrived at. It is not one that I have any difficulty imposing, but it seems to me that the jury has spoken, spoken eloquently, and nothing this Court can say or do would add, and it would only subtract from that. I did say that I thought it was as heinous a crime as I have ever been advised of.

Anything further that the Court needs to do?

Is there a special assessment?

I can't believe there is. Mr. Trump.

ATTORNEY TRUMP: I have no idea, your Honor. I'm sorry.

THE COURT: All right.

I will -- is there anything else that the government believes needs to be stated at the time of sentencing?

And I see no reason to delay sentencing.

I want you to check both statutes. We have proceeded, of course, under 21, with the savings clause, but we also -- I have indicated that I also, when it favors the defendant, using the provisions of the Federal Death Penalty Statute, as well.

MICHAEL A. RODRIQUEZ, RPR/CM/RMR

Also, it's part of law that victims be given an opportunity to speak.  But they had their opportunity in the course of the selection phase.  So nothing further needs to be done there, so far as I can tell.

Anything further, Mr. Trump?

ATTORNEY TRUMP:  No, your Honor.

THE COURT:  I will say one thing further, and I think it needs to be said in the face of the result.  And that is, this Court's view -- and it's a view which I held before this result, and that is that this defendant has been fully, zealously and effectively represented by Mr. McCarthy and Mr. Kiyonaga.

I want you, Mr. Kiyonaga, Mr. McCarthy, to advise the Court -- there were a number of things that were under seal, ex parte, that related to your efforts, which were, in my view prodigious and substantial.  I certainly found no stone unturned.

But it seems to me that those requests and the like ought now to be a part of the public record.  And I'll give you a week to think about that.

But I'm inclined to put all of that now on the public record, because it may be grist for some future litigation about this case.

But I wanted to record my unequivocal view that what the two of you did on behalf of Mr. Hager was zealous

and effective.  And of course, I didn't expect any less, because I took great care in deciding whom to appoint to this very, very difficult case, difficult for both sides.

So, I did want that placed on the record, as well.

Anything further on behalf of the government today?

ATTORNEY TRUMP:  No, your Honor.

THE COURT:  Anything further on behalf defendant today, Mr. McCarthy?

ATTORNEY MCCARTHY:  No, thank you, your Honor.

THE COURT:  Mr. Kiyonaga?

ATTORNEY KIYONAGA:  No, sir.  Thank you.

THE COURT:  I thank counsel, also, for your cooperation during the trial of the case.  Good lawyers always make a difference, and they always result in a fair process.  Reasonable people are always going to have some different views about the outcome.  But this process has been full, and it has been fair.

Court stands in recess.

(Court adjourned at 2:29 p.m.)

---

MICHAEL A. RODRIQUEZ, RPR/CM/RMR