IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:05cr264** |
| | ) | **Civil Action No. 1:15cv551** |
| THOMAS MOROCCO HAGER | ) | |

## ORDER

At 11:04 p.m. on April 27, 2015, defendant Thomas Morocco Hager, by appointed counsel, filed a 202-page "Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255." Defendant's 202-page motion was not accompanied by a supporting brief, as required by Local Criminal Rule 47(F)(1).[1] Instead, in the prayer for relief set forth at the conclusion of the motion, defendant requests, *inter alia*, "[t]hat the parties be afforded an opportunity to submit full briefing on the proper resolution of the claims of this Motion." Mot. (Doc. 529) at 200. It should also be noted that defendant's motion is a length that is wholly unprecedented in this Court's more than 25 years on the Bench and appears to be an effort to circumvent the page limitations set forth in Local Criminal Rule 47(F)(3).[2] Moreover, the fact that this is a death penalty case does not permit counsel to ignore or disregard the Local Rules of this District.

---

[1] Rule 47(F)(1) provides that "[a]ll motions, unless otherwise directed by the Court . . . shall be accompanied by a written brief setting forth a concise statement of the facts and supporting reasons, along with a citation of the authorities upon which the movant relies." Crim. Rule 47(F)(1), E.D. Va. Local Rules.

[2] Rule 47(F)(3) provides, in pertinent part, that "except for good cause shown in advance of filing, opening and responsive briefs, exclusive of affidavits and supporting documentation, shall not exceed thirty (30) 8-1/2 inch x 11 inch pages double-spaced . . .." Crim. Rule 47(F)(3), E.D. Va. Local Rules.

1

Accordingly, for good cause,

It is hereby **ORDERED** that defendant may have until 5:00 p.m., Thursday, May 28, 2015, to file a brief in support of his § 2255 motion that is no longer than sixty (60) pages in length, exclusive of affidavits and supporting documentation. This is <u>double</u> the standard page limit provided in the Local Rules and is more than sufficient to allow counsel to present adequate argument in this instance.

It is further **ORDERED** that the government may have until 5:00 p.m., Monday, July 27, 2015, to file a brief in response to defendant's § 2255 motion and supporting brief. The government's response brief must be no longer than ninety (90) pages in length, exclusive of affidavits and supporting documentation.

It is further **ORDERED** that defendant may have until 5:00 p.m., Wednesday, August 26, 2015, to file a reply brief to the government's response. Defendant's reply brief must be no longer than thirty (30) pages in length, exclusive of affidavits and supporting documentation.

The Clerk is directed to send a copy of this order to all counsel of record.


Alexandria, VA
April 28, 2015

/s/ _____
T. S. Ellis, III
United States District Judge

2