IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,       )
                                )
            v.                  )       Criminal No. 1:05cr264
                                )       Civil Action No. 1:15cv551
THOMAS MOROCCO HAGER            )
                                )

## ORDER

On April 28, 2015, defendant, by counsel, filed a motion for to disqualify judge. (Doc. 530). Respondent has not yet had an opportunity to respond but the matter may be resolved without a response.

As I am shortly to begin my twenty-ninth year of service as a district judge and have been in senior status for approximately eight years, I have the prerogative of electing to decline to take certain cases or types of cases, a prerogative I have not yet exercised in any degree. For more than a year, I have been strongly considering declining to take and preside over any further capital cases. I now exercise that prerogative and decline to preside over this case or any future capital cases. It is therefore unnecessary to reach and decide defendant's motion, as that motion is rendered moot.

Accordingly,

It is **ORDERED** that the motion to disqualify (Doc. 530) is **DENIED AS MOOT**.

It is further **ORDERED** that the Clerk is **DIRECTED** to advise the chief judge of the district that as a result of my declining to take any further capital cases, this case must be reassigned.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 4, 2015

/s/

T. S. Ellis, III
United States District Judge