IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )          1:05cr264(LMB)
                                  )          1:15cv551 (LMB)
THOMAS MOROCCO HAGER              )
                                  )
        Defendant.                )

## ORDER

The Motion to Vacate under 28 U.S.C. § 2255 has been reassigned to the undersigned

judge. Given the unusual length of the motion, the Court wants to ensure that the budget for this

litigation is not being exceeded. For this reason, it is hereby

ORDERED that movant's counsel file ex parte and under seal a copy of the budget

previously approved by Judge Ellis and the status of what portion of that budget has been

expended to date.

The Clerk is directed to forward a copy of this Order to counsel of record and Larry M.

Dash, Esq. at the Circuit Executive's Office.

Entered this 8th day of May, 2015.

Alexandria, Virginia

                                              /s/
                                        Leonie M. Brinkema
                                        United States District Judge