**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | :    **Criminal No. 1:05-cr-00264** |
| | :    **Civil Action No. 1:15-cv-00551** |
| **v.** | : |
| | :    **CAPITAL § 2255** |
| **THOMAS MOROCCO HAGER,** | :    **PROCEEDINGS** |
| | : |
| **Defendant.** | : |
| | : |

## DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves for reconsideration of the Court's Order, dated April 28, 2015, ECF No. 532, requiring Mr. Hager to submit a brief of no longer than 60 pages, exclusive of affidavits and supporting documentation, in support of his motion pursuant to 28 U.S.C. § 2255, by 5:00 p.m. on Thursday, May 28, 2015, and setting deadlines for the government to file a response brief and Mr. Hager to file a reply brief.  The grounds for this motion are more fully set forth in the memorandum of law submitted with this motion.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this motion be granted.

Dated: May 12, 2015                 Respectfully submitted,

/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*

2

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of May, 2015, I have caused a copy of this

**DEFENDANT'S MOTION FOR RECONSIDERATION** to be served on the following by

electronically filing it through the court's ECF system:


James L. Trump
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov


/s/ Blair G. Brown
Blair G. Brown