IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr264(LMB) |
| | ) | 1:15cv551 (LMB) |
| THOMAS MOROCCO HAGER | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In his Motion for Reconsideration defendant argues that the Order entered on April 28, 2015, requiring that defendant file a brief in support of his § 2255 motion by May 28, 2015, should be amended to omit that requirement and to set a new briefing schedule. Regardless of how defendant characterizes his § 2255 motion, it is, in essence a motion and brief, in that it includes extensive argument, lacking only specific citations to case law and the record.

For these reasons, this Court finds that further briefing by the defendant is neither appropriate nor needed. Therefore, the Motion for Reconsideration is GRANTED, and it is hereby

ORDERED that the requirement that defendant file a supporting brief be and is VACATED.

In light of the voluminous issues raised in defendant's § 2255 motion, the remainder of the Order of April 28, 2015 remains in full force and effect. Specifically, the government has until 5:00 p.m. Monday, July 27, 2015 to file a responsive brief limited to 90 pages exclusive of affidavits and supporting documentation, and defendant has until Wednesday, August 26, 2015 to file a reply brief no longer than 30 pages exclusive of affidavits and supporting documentation.

Given the excessive length of defendant's § 2255 motion, the Court will not consider any request by defendant to exceed that page limit, and strongly suggests that counsel avoid string cites for well-established principles of law and focus on presenting defendant's strongest arguments.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 13 day of May, 2015.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2