IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:05cr264 (LMB) |
| | ) | |
| THOMAS MOROCCO HAGER | ) | |

**ORDER**

For the reasons stated in the government's motion, there being no objection from the defendant, and for good cause having been shown, it is hereby:

ORDERED that this Court's prior order directing the government to respond to the pending § 2255 motion by July 27, 2015, is vacated.

It is further ORDERED that a hearing on the government's motion will be held at 10:00 a.m. on August 6, 2015.   The defendant's trial counsel is directed to appear at this hearing.

The Clerk is directed to forward copies of this Order to counsel of record, including the defendant's trial counsel, Joseph J. McCarthy and John C. Kiyonaga.

Entered in Alexandria, Virginia, this ___ day of July, 2015.