IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 1:05cr264 (LMB) |
| | ) |
| THOMAS MOROCCO HAGER | ) |

**NOTICE OF HEARING**

The United States hereby gives notice that the parties shall appear at 10:00 a.m. on August

6, 2015, for a hearing on the government's July 2, 2015 motion.

Respectfully submitted,

Dana J. Boente
United States Attorney

By _____/s/_____
James L. Trump
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day July, 2015, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record..

By: _____/s/_____

James L. Trump
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov