**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No: 1:05-cr-00264 (LMB)** |
|  | : | **Civil Action No. 1:15-cv-00551** |
| **v.** | : |  |
|  | : | **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

**[PROPOSED] ORDER**

Upon consideration of the Motion of the United States for Modification of Schedule and Other Relief and the Defendant's Opposition thereto, it is hereby

ORDERED, pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts, that the government shall file its Answer to the Defendant's Section 2255 Motion on or before _____, 2015, and the Defendant shall file his Reply to the government's Answer on or before _____, 2015; and it is hereby further

ORDERED that counsel for the government and counsel for the Defendant shall meet and confer regarding a discovery plan and discovery schedule and shall submit a report to the court regarding any portions of a discovery plan and discovery schedule to which the parties agree by _____, 2015; and it is hereby further

ORDERED that counsel for the government and counsel for the Defendant shall meet and confer regarding a protective order concerning the use of information subject to a claim of privilege or confidentiality that is disclosed during the course of this proceeding and shall submit

-2-

a report to the court regarding any portions of a protective order to which the parties agree by

_____, 2015; and it is hereby further

ORDERED that in all other respects the government's motion is DENIED without

prejudice.

Entered in Alexandria, Virginia this _____ day of _____, 2015.

_____
The Honorable Leonie M. Brinkema
United States District Judge

-2-