## UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date:  08/06/15          Judge: Brinkema          Reporter:  A. Thomson
Time:  9:22am  -  10:19am                          Interpreter:
                                                   Language:
                                                   Probation Email:
                                                   Jury Email:

## UNITED STATES OF AMERICA

v.

  THOMAS MOROCCO HAGER                    1:05cr264 (3)
  Defendant's Name                        Case Number

  Blair Brown/Julie Brain                 James Trump/Chris Catizone
  **Counsel for Defendant:**              **Counsel for Government**

**Matter called for:**
[  ] Arraignment      [  ] Pre-Indictment Plea   [  ] Change of Plea   [ X] Motions
[  ] Sentencing       [  ] Revocation Hearing    [  ] Rule 35          [  ] Appeal (USMC)
[  ] Other _____
Deft appeared:  [  ] in person  [  ] failed to appear  [  ] with Counsel  [  ] without Counsel  [ X ] through Counsel
**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indictment   [  ] Discovery Order

**Arraignment & Plea:**
[  ] WFA    [  ] FA    [  ] PG   [  ] PNG   **Trial by Jury:**  [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by [  ] US  [  ] Deft
[  ] Order entered in open court          [  ] Order to follow
[  ] Deft directed to USPO for PSI--- [  ] Deft directed to cooperate with USPO for PSI
[  ] Case continued to: _____ at _____ for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted   [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [  ] Admits   [  ] Denies violations of the conditions of probation/supervised release
Court:  [  ] finds  [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 #541 Govt Motion Modification of Schedule & other relief - Granted
 Attys Joseph McCarthy & John Kiyonaga appeared also

**Deft is:** [ X ] In Custody  [  ] Summons Issued   [  ] On Bond   [  ] Warrant Issued   [  ] 1st appearance

**Bond Set at**: $ _____ [  ] Unsecured  [  ] Surety  [  ] Personal Recognizance
[  ] Release Order Entered   [  ] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond