IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>     v.                              )<br>                                     )<br>THOMAS MOROCCO HAGER,                )<br>                                     )<br>          Movant.                   )<br>                                     ) | 1:05-cr-00264 (LMB)<br>1:15-cv-00551 (LMB) |

## ORDER

For the reasons stated in open court, the Motion of the United States for Modification of Schedule and Other Relief [Dkt. No. 541] is GRANTED, and it is hereby

ORDERED that habeas counsel provide the government forthwith with all files obtained from trial counsel; and it is further

ORDERED that habeas counsel provide the government with an appendix and documentation of all allegations contained in habeas counsel's Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 by October 16, 2015; and it is further

ORDERED that the Clerk provide the government with the under seal ex parte filings by trial counsel and the related court orders; and it is further

ORDERED that the Clerk provide the government and habeas counsel with the CJA vouchers and records of Mr. Joseph J. McCarthy and Mr. John C. Kiyonaga related to their representation of movant.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of August, 2015.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge