AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:05-cr-00264-LMB |
| Thomas Morocco Hager | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                   .

Date:     08/06/2015

/s/
*Attorney's signature*

Christopher Catizone
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

christopher.catizone@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*