**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | :   **Criminal No. 1:05-cr-00264 (LMB)** |
| | :   **Civil Action No. 1:15-cv-00551** |
| **v.** | : |
| | :   **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : |
| | : |
| **Defendant.** | : |
| | : |
| | : |

## DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves for partial reconsideration of the Court's Order, dated August 6, 2015, ECF No. 547, requiring Mr. Hager's undersigned counsel to "provide the government forthwith with all files obtained from trial counsel." The grounds for this motion are more fully set forth in the memorandum of law submitted with this motion.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this motion be granted.

Dated: August 21, 2015            Respectfully submitted,

/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*

2

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2015, I have caused a copy of this

**DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION** to be served on the

following by electronically filing it through the court's ECF system:

James L. Trump
Christopher Catizone
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov

/s/ Blair G. Brown
Blair G. Brown

3