# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 1:05-cr-00264 (LMB)** |
|  | : | **Civil Action No. 1:15-cv-00551** |
| **v.** | : |  |
|  | : | **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

### [PROPOSED] ORDER

Upon consideration of Defendant Thomas Morocco Hager's Motion for Partial Reconsideration (the "Motion"), the Motion is GRANTED, and it is hereby

ORDERED that the portion of the Order dated August 6, 2015, ECF No. 547, requiring habeas counsel to provide the government forthwith with all files obtained from trial counsel is VACATED, and it is further

ORDERED that the Order dated August 6, 2015, ECF No. 547, is AMENDED to state that Mr. Hager has waived his attorney-client privilege, attorney work product protection, and right to confidentiality only as to documents that are relevant to Mr. Hager's ineffective assistance of counsel claims as alleged in his Motion to Vacate, Set Aside, or Correct Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255, ECF No. 529, and it is further

ORDERED that the Order dated August 6, 2015, ECF No. 547, is FURTHER AMENDED to state that habeas counsel must review the files obtained from trial counsel and provide the government with only those files obtained from trial counsel that are not privileged or otherwise confidential, or are privileged or otherwise confidential but within the scope of the waiver engendered by Mr. Hager's ineffective assistance of counsel claims.

-2-

Entered in Alexandria, Virginia this _____ day of _____, 2015.


_____
The Honorable Leonie M. Brinkema
United States District Judge