**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 1:05-cr-00264 (LMB)** |
|  | : | **Civil Action No. 1:15-cv-00551** |
| **v.** | : |  |
|  | : | **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

### [PROPOSED] ORDER

Upon consideration of Defendant Thomas Morocco Hager's Unopposed Motion for

Extension of Time to Produce Trial Counsel's Files (the "Motion"), the Motion is GRANTED,

and it is hereby

ORDERED that the deadline by which habeas counsel must produce all of trial counsel's

files, with the exception of materials related to jury selection, to counsel for the government is

extended to Wednesday, September 30, 2015.

Entered in Alexandria, Virginia this _____ day of _____, 2015.

_____

The Honorable Leonie M. Brinkema
United States District Judge