UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS MOROCCO HAGER,<br><br>Defendant. | Criminal No. 1:05-cr-00264 (LMB)<br>Civil Action No. 1:15-cv-00551<br><br>CAPITAL § 2255 PROCEEDINGS |

## ORDER

Upon consideration of Defendant Thomas Morocco Hager's Unopposed Motion for Extension of Time to Produce Trial Counsel's Files (the "Motion"), the Motion is GRANTED, and it is hereby

ORDERED that the deadline by which habeas counsel must produce all of trial counsel's files, with the exception of materials related to jury selection, to counsel for the government is extended to Wednesday, September 30, 2015.

Entered in Alexandria, Virginia this 17 day of September, 2015.

/s/

Leonie M. Brinkema
United States District Judge