**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **Criminal No. 1:05-cr-00264 (LMB)** |
| : | **Civil Action No. 1:15-cv-00551** |
| **v.** : | |
| : | **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** : | |
| : | |
| **Defendant.** : | |
| : | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO PRODUCE TRIAL COUNSEL'S FILES**

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves for an extension of time to comply with the Court's Orders, dated September 15 and 17, 2015, ECF No. 560 & 563, requiring habeas counsel to produce all of trial counsel's files, with the exception of materials related to jury selection, to the government.  Mr. Hager seeks to extend the deadline in order to allow additional time for the parties to confer and endeavor to seek agreement regarding the terms of a protective order limiting the government's use of privileged or confidential material in trial counsel's files.  Habeas counsel has conferred with counsel for the government and they have no opposition to Mr. Hager's request for an extension of time.  The grounds for this Motion are more fully set forth in the memorandum of law submitted with this Motion.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this Motion be granted.

2

Dated: September 29, 2015                    Respectfully submitted,


/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*


/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of September, 2015, I have caused a copy of this

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE**

**TRIAL COUNSEL'S FILES** to be served on the following by electronically filing it through

the court's ECF system:

> James L. Trump
> Christopher Catizone
> United States Attorney's Office
> Eastern District of Virginia
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> jim.trump@usdoj.gov
> christopher.catizone@usdoj.gov


> /s/ Blair G. Brown
> Blair G. Brown