**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
|  | :    **Criminal No. 1:05-cr-00264 (LMB)** |
| **v.** | :    **Civil Action No. 1:15-cv-00551** |
|  | : |
|  | :    **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : |
|  | : |
| **Defendant.** | : |
|  | : |

### [PROPOSED] ORDER

Upon consideration of Defendant Thomas Morocco Hager's Unopposed Motion for Extension of Time to Produce Trial Counsel's Files (the "Motion"), the Motion is GRANTED, and it is hereby

ORDERED that the deadline by which habeas counsel must produce all of trial counsel's files, with the exception of materials related to jury selection, to counsel for the government is extended until October 14, 2015.  On or before that date, Mr. Hager shall submit to the Court either a proposed protective order governing the use of privileged or confidential material in trial counsel's files to which both parties consent, or a motion requesting that the Court resolve the parties' remaining disputes regarding the terms of such an order; and it is further

ORDERED that, in the event that the matter is submitted to the Court for resolution, the deadline by which habeas counsel must produce trial counsel's files to the government is extended until two business days following the Court's ruling on the matter.

Entered in Alexandria, Virginia this _____ day of _____, 2015.

_____
The Honorable Leonie M. Brinkema
United States District Judge