**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **Criminal No. 1:05-cr-00264 (LMB)** |
| : | **Civil Action No. 1:15-cv-00551** |
| **v.** : | |
| : | **CAPITAL § 2255 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** : | |
| : | |
| **Defendant.** : | |
| : | |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves the Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 6 of the Rules Governing Section 2255 Proceedings, for a Protective Order limiting the government's use of privileged or confidential material in trial counsel's files.  Because the parties unable to reach agreement as to all terms of a proposed protective order by the October 14, 2015 deadline, *see* 9/30/15 Order, ECF 571, Mr. Hager now respectfully requests that the Court enter the Proposed Protective Order attached as Exhibit 2 to Mr. Hager's memorandum of law submitted with this Motion.  The grounds for this Motion are more fully set forth in Mr. Hager's memorandum of law.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this Motion be granted.

2

Dated: October 14, 2015                    Respectfully submitted,


/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*


/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2015, I have caused a copy of this

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER** to be served on the following by

electronically filing it through the court's ECF system:


James L. Trump
Christopher Catizone
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov


/s/ Blair G. Brown
Blair G. Brown

3