IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA           )
                                   )
                                   )
                                   )
v.                                 )        No. 1:05-cr-264 (LMB)
                                   )        No. 1:15-cv-551
                                   )
THOMAS MOROCCO HAGER,              )
                                   )
        Defendant.                 )

ORDER

On September 30, 2015, the Court ordered that habeas counsel produce all of trial counsel's files to counsel for the government by October 14, 2015 and submit a proposed protective order governing the use of privileged or confidential material in those files. Order [Dkt. No. 571].[1] The parties were unable to agree on a proposed protective order, which delayed its entry; however, a protective order was ultimately entered on October 27, 2015. Protective Order [Dkt. No. 575]. The Court has not heard from either party since that date. To ensure that this matter does not languish on the docket, it is hereby

ORDERED that within 14 days the government show cause as to why it cannot file its responsive brief to the defendant's § 2255 motion by April 11, 2016, and it is further

ORDERED that the defendant's reply brief be filed within 30 days of the date on which the government files its responsive brief.

In accordance with the Court's previous rulings in this matter, the government's responsive brief is limited to 90 pages exclusive of affidavits and supporting documentation, and

---

[1] Habeas counsel was also previously directed to provide the government with an appendix and documentation of all allegations contained in defendant's § 2255 motion by October 16, 2015. Order [Dkt. No. 547], Aug. 6, 2015.

defendant's reply brief is limited to 30 pages exclusive of affidavits and supporting

documentation. See Order [Dkt. No. 539], May 13, 2015.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10 day of February, 2016.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2