# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **:** |
| | **:** |
| | **: Criminal No. 1:05-cr-00264 (LMB)** |
| **v.** | **: Civil Action No. 1:15-cv-00551** |
| | **:** |
| THOMAS MOROCCO HAGER, | **: CAPITAL § 2255 PROCEEDINGS** |
| | **:** |
| **Defendant.** | **:** |
| | **:** |

## INDEX TO DEFENDANT'S APPENDIX

| Description | Page(s) |
|---|---|
| **PART ONE** | |
| Report of Det. Robert J. Murphy, June 2, 1994 | APP-000001—APP-000021 |
| Search Warrant Affidavit, Application, and related documents, Dec. 8-9, 1993 | APP-000022—APP-000029 |
| Search Warrant Affidavit, Application, and related documents, Dec. 10, 1993 | APP-000030—APP-000034 |
| Search Warrant Affidavit, Application, and related documents, May 23-24, 1993 | APP-000035—APP-000041 |
| Handwritten Notes of Det. Robert J. Murphy, Dec. 6, 1993 | APP-000042—APP-000047 |
| Handwritten Notes of Det. Robert J. Murphy, Dec. 21, 1993 | APP-000048—APP-000050 |
| Handwritten Notes of Det. Robert J. Murphy, Dec. 1, 1993 | APP-000051—APP-000055 |
| Handwritten Note of Barbara White | APP-000056 |
| Grand Jury Testimony of William H. Seals, June 23, 2004 | APP-000057—APP-000078 |
| Handwritten Notes of Det. Robert J. Murphy, June 14, 2004 | APP-000079 |
| Handwritten Notes of Det. Robert J. Murphy, Mar. 9, 2001 | APP-000080 |
| Letter from AUSA Trump to Shenita King, Mar. 18, 1999 | APP-000081—APP-000082 |
| Handwritten Notes of Det. Robert J. Murphy, Aug. 22, 2007 | APP-000083 |
| Letter from AUSA Trump to Joseph McCarthy and John Kiyonaga, Oct. 14, 2007 | APP-000084—APP-000085 |
| Letter from Det. Robert J. Murphy to Samuel Hamilton, June 15, 2005 | APP-000086 |
| Fairfax County Police Department Supplementary Investigation Report, Aug. 30, 2007 | APP-000087 |
| Report of Det. Robert J. Murphy, Apr. 15, 1999 | APP-000088—APP-000093 |
| Report of S.A. Bradley J. Garrett, Mar. 26, 2001 | APP-000094—000097 |
| Handwritten Notes of Det. Robert J. Murphy, Apr. 7, 2004 | APP-000098—APP-000101 |
| Handwritten Notes of Det. Robert J. Murphy, Mar. 18, 1999 | APP-000102—APP-000105 |
| Handwritten Notes of Det. Robert J. Murphy, Mar. 31, 1999 | APP-000106—APP-000112 |

5056862.1

| Description | Page(s) |
|---|---|
| Letter from AUSA White to Robert Jenkins, June 1, 1999 | APP-000113—APP-000114 |
| Letter from AUSA Kirschner to Robert Jenkins and David George, Aug. 5, 1999 | APP-000115—APP-000120 |
| Records from Virginia Courts Case Information System for Case No. CR97000416-01, Stafford County Circuit Court | APP-000121—APP-000122 |
| Records from Court File for Case No. CR97000416-00 to 03, Stafford County Circuit Court | APP-000123—APP-000139 |
| Records from Virginia Courts Case Information System for Case No. GC06026064-00, Stafford County General District Court | APP-000140—APP-000141 |
| Handwritten Notes of Det. Robert J. Murphy, June 3, 1997 | APP-000142 |
| Records from Court File for Case No. CR96000449-00 to 03, Stafford County Circuit Court | APP-000143—APP-000155 |
| Records from Court File for Case No. F-05055-94, Superior Court of the District of Columbia | APP-000156—APP-000183 |
| Records from Court File for Case No. F-05354-96, Superior Court of the District of Columbia | APP-000184—APP-000204 |
| Handwritten Notes of Det. Robert J. Murphy, Dec. 12, 2000 | APP-000205—APP-000206 |
| Handwritten Notes of Det. Robert J. Murphy, May 8, 1998 | APP-000207 |
| Handwritten Notes of Det. Robert J. Murphy, May 15, 1998 (01514) | APP-000208 |
| Report of Det. Robert J. Murphy, date unknown | APP-000209—APP-000212 |
| Testimony of Charles Johnson, Dec. 4, 2000, Case No. F-8602-97, Superior Court of the District of Columbia | APP-000213—APP-000265 |
| Records from Court File for Case No. JA025079-02 & 03 Stafford County Juvenile & Domestic Relations Court | APP-000266—APP-000353 |
| Metropolitan Police Department Case File | APP-000354—APP-000377 |
| Ruben Castaneda and Hamil R. Harris, "D.C. Investigator Says Slaying Outside Busy Grocery Was 'a Hit,'" Washington Post, May 25, 1994 | APP-000378 |
| Bill Miller, "Testimony May Outlive Slain Man," Washington Post, Aug. 30, 1997 | APP-000379—APP-000380 |
| Report of S.A. Julie V. Johnson, June 11, 1999 | APP-000381—APP-000393 |
| Handwritten Notes of Det. Robert J. Murphy, May 27, 1999 | APP-000394—APP-000397 |
| Report of Det. Robert J. Murphy, Apr. 15, 1999 | APP-000398—APP-000405 |
| Handwritten Notes of Det. Robert J. Murphy, June 10, 2004 | APP-000406 |
| Report of S.A. Bradley J. Garrett, Jan. 11, 1999 | APP-000407—APP-000411 |
| Report of Det. Robert J. Murphy, Dec. 9, 1997 | APP-000412—APP-000418 |
| Handwritten Notes of Det. Robert J. Murphy, Aug. 21, 2007 | APP-000419—APP-000420 |
| Grand Jury Testimony of Charles Johnson, Aug. 5, 1999 | APP-000421—APP-000454 |
| Grand Jury Testimony of Det. Robert J. Murphy, June 9, 2005 | APP-000455—APP-000497 |
| Handwritten Notes of Det. Robert J. Murphy, June 22, 1999 | APP-000498—APP-000500 |
| Handwritten Notes of Det. Robert J. Murphy, Sept. 3, 1998 | APP-000501 |
| Report of Det. Robert J. Murphy, Sept. 2, 2005 | APP-000502—APP-000505 |
| Report of S.A. Bradley J. Garrett, Nov. 16, 1999 | APP-000506—APP-000508 |

| Description | Page(s) |
|---|---|
| Handwritten Notes of Det. Robert J. Murphy, Nov. 9, 1999 | APP-000509—APP-000510 |
| Handwritten Notes of Det. Robert J. Murphy, Mar. 2, 2000 | APP-000511—APP-000513 |
| Transcript of Interview with Arlington Johnson, Jr., July 5, 2005 | APP-000514—APP-000542 |
| Grand Jury Testimony of Arlington Johnson, Jr., Dec. 22, 2005 | APP-000543—APP-000584 |
| Excerpts from Pre-Sentence Report for Arlington Johnson, Jr. | APP-000585—APP-000591 |
| Lonnie Barnett, Jr. Plea Agreement, Nov. 3, 2005 | APP-000592—APP-000603 |
| Report of Det. Robert J. Murphy, Nov. 15, 2005 | APP-000604—APP-000608 |
| Report of Det. Robert J. Murphy, Nov. 16, 2005 | APP-000609—APP-000611 |
| Docket Sheet for Case No. F-3829-80, Superior Court of the District of Columbia | APP-000612—APP-000614 |
| Records from Court File for Case No. F-3829-80, Superior Court of the District of Columbia | APP-000615—APP-000628 |
| Docket Sheet for Case No. F-5674-80, Superior Court of the District of Columbia | APP-000629—APP-000632 |
| Records from Court File for Case No. F-5674-80, Superior Court of the District of Columbia | APP-000633—APP-000638 |
| Docket Sheet for Case No. F-6430-94, Superior Court of the District of Columbia | APP-000639—APP-000645 |
| Records from Court File for Case No. F-6430-94, Superior Court of the District of Columbia | APP-000646—APP-000738 |
| Records from Virginia Courts Case Information System for Case No. GC06165362-00, Fairfax County General District Court | APP-000739—APP-000740 |
| Anthony Fields Rap Sheet | APP-000741—APP-000758 |
| Docket Sheet for Case No. F-7498-99, Superior Court of the District of Columbia | APP-000759—APP-000767 |
| Records from Court File for Case No. F-7498-99, Superior Court of the District of Columbia | APP-000768—APP-000782 |
| Docket Sheet for Case No. 2007-DVM-1845, Superior Court of the District of Columbia | APP-000783—APP-000790 |
| Records from Court File for Case No. 2007-DVM-1845, Superior Court of the District of Columbia | APP-000791—APP-000804 |
| Testimony of Larry Greenhow, Nov. 18, 1998, Case No. F-8602-97, Superior Court of the District of Columbia | APP-000805—APP-000842 |
| Testimony of Lora Watkins, Dec. 1, 2000, Case No. F-788-99, Superior Court of the District of Columbia | APP-000843—APP-000947 |
| Statement of Lora Watkins, Mar. 31, 1995 | APP-000948—APP-000949 |
| Report of Officer Daron H. Regan, Apr. 14, 1995, CCN No. 95-183417 | APP-000950—APP-000951 |
| Results of Fingerprint Examination, Apr. 30, 1997 | APP-000952 |
| Laboratory Analysis Report, Nov. 7, 1995 | APP-000953 |
| Report of Det. Lorren D. Leadmon, May 5, 1997 | APP-000954 |
| Report of Det. Lorren D. Leadmon, May 5, 1997 | APP-000955 |
| Federal Bureau of Prisons Memorandum, July 27, 2004 | APP-000956—APP-000979 |
| Inmate Education Data Transcript, July 28, 2004 | APP-000980 |

5056862.1

| Description | Page(s) |
|---|---|
| Federal Bureau of Prisons Memorandum, Mar. 19, 2003 | APP-000981—APP-001023 |
| Memorandum from Larry Bailey to Joseph McCarthy, Aug. 16, 2007 | APP-001024 |
| Memorandum from Larry Bailey to Joseph McCarthy, Jan. 12, 2007 | APP-001025 |
| Christine Penry Notes, Jan. 12, 2007 | APP-001026 |
| Memorandum from Larry Bailey to Joseph McCarthy, Dec. 14, 2006 | APP-001027 |
| Memorandum from Larry Bailey to Joseph McCarthy, Dec. 14, 2006 | APP-001028 |
| Christine Penry Notes, Dec. 14, 2006 | APP-001029 |
| Joseph McCarthy Notes | APP-001030 |
| Joseph McCarthy Notes | APP-001031 |
| Memorandum from Larry Bailey to Joseph McCarthy, Feb. 9, 2007 | APP-001032—APP-001033 |
| Joseph McCarthy Notes | APP-001034—APP-001035 |
| Incident Report of Corrections Officer Stephen Morris | APP-001036 |
| Incident Report of Sergeant Richard Baserap | APP-001037 |
| Incident Report of Corrections Officer Barry Sward | APP-001038 |
| Memorandum in Aid of Sentencing, Jan. 26, 2007, Case No. 3:06CR252,  U.S. District Court for the Eastern District of Virginia | APP-001039—APP-001046 |
| Sentencing Minutes, Feb. 2, 2007, Case No. 3:06CR252, U.S. District Court for the Eastern District of Virginia | APP-001047—APP-001049 |
| Federal Bureau of Prisons Inmate Locator Results for Alphonso Satchell | APP-001050 |
| Federal Bureau of Prisons Inmate Request to Staff from Thomas Hager, June 11, 2003 | APP-001051 |
| Federal Bureau of Prisons Inmate Work Performance Rating Records for Thomas Hager | APP-001052—APP-001116 |
| Federal Bureau of Prisons SHU Review Records for Thomas Hager | APP-001117—APP-001125 |
| Handwritten Notes of Det. Robert J. Murphy, Nov. 30, 1993 | APP-001126—APP-001136 |
| Grand Jury Testimony of Det. Robert J. Murphy, June 8, 2005 | APP-001137—APP-001161 |
| Crime Scene Diagram | APP-001162 |
| Photographs of Crime Scene | APP-001163—APP-001164 |
| **PART TWO** | |
| Bernese Williamson Probate File | APP-001165—APP-001231 |
| John Benjamin Hager Death Certificate | APP-001232 |
| Loneldon Tyrone Hager Prince George's County Criminal File 79-510148 | APP-001233—APP-001234 |
| DHS v. Thomas M. Hager, Prince George's County No. DR77-2127 | APP-001235—APP-001296 |

5056862.1

| Description | Page(s) |
| --- | --- |
| Leavonia Fields Cases, District of Columbia Landlord Tenant Court | APP-001297—APP-001303 |
| Mary Fields Case, District of Columbia Landlord Tenant Court | APP-001304 |
| Terrell Hager Birth Certificate | APP-001305 |
| Thomas Hager Birth Certificate | APP-001306 |
| D.C. Superior Court Criminal Indexes Pre-1978 | APP-001307—APP-001373 |
| Thomas Hager Jr., Prince George's County District Court No. 573-81 | APP-001374—APP-001375 |
| Thomas Hager Jr., Prince George's County District Court Nos. 77-38337-38 | APP-001376—APP-001377 |
| Thomas Hager Jr., Prince George's County District Court Nos. 064252-53 | APP-001378—APP-001381 |
| Thomas Hager Jr., D.C. Superior Court No. 1989 CMD 7298 | APP-001382—APP-001385 |
| Thomas Hager, Jr. Prince George's County District Court No. 0643252 | APP-001386—APP-001388 |
| Washington Post Article, Dec. 22, 1985 | APP-001389 |
| Shirley Berry, Prince George's County No. CAP 87-19122 | APP-001390—APP-001405 |
| Tesha Hager Birth Certificate | APP-001406 |
| Tiffany Hager Birth Certificate | APP-001407 |
| Tywon Hager Birth Certificate | APP-001408 |
| Tesha Hager, D.C. Superior Court Family Division No. N-920-93 | APP-001409—APP-001556 |
| Leavonia Fields, D.C. Housing Authority Records | APP-001557—APP-001634 |
| Tesha Hager, D.C. Public Schools Special Education Records | APP-001635—APP-001897 |
| Thomas Hager Jr., D.C. Superior Court Notice 1993 CMD 004531 | APP-001898—APP-001899 |
| Thomas Hager Jr., Birth Certificate | APP-001900 |
| Hilda Hager Divorce File, Prince George's County Circuit Court No. B-2195 | APP-001901—APP-001921 |
| Hilda Hager, Obituary | APP-001922 |
| Leander Brooks, Prince George's County Orphan's Court Probate File No. 12-049 | APP-001923—APP-001930 |
| Thomas Hager Sr., Obituary | APP-001931 |
| *Brandywine People*, Washington Post, Nov. 29, 1970 | APP-001932—APP-001933 |
| Charles Watson, 1910 Federal Census | APP-001934 |
| Charles Watson, 1920 Federal Census | APP-001935—APP-001936 |
| Elizabeth Monroe 1880 Federal Census | APP-001937 |
| Elizabeth Monroe 1900 Federal Census | APP-001938 |
| James Marbury Watson, Birth Certificate | APP-001939 |
| James Marbury Watson, Death Certificate | APP-001940 |
| James Marbury Watson, Obituary | APP-001941 |
| James Marbury Watson, Photograph | APP-001942 |
| James Marbury Watson, 1940 Federal Census Records | APP-001943—APP-001944 |

| Description | Page(s) |
|---|---|
| Joshua Watson, 1910 Federal Census | APP-001945 |
| Lillian Watson, 1920 Federal Census | APP-001946—APP-001949 |
| Felicia Hager, Obituary | APP-001950 |
| Felicia Hager, Social Security Death Index | APP-001951 |
| Felicia Hager, Prince George's County Circuit Court Guardianship Case No. CAE 91-15128 | APP-001952—APP-001972 |
| Loneldon Hager, D.C. Superior Court Criminal Case No. 1988 CTF 008223 | APP-001973—APP-001977 |
| Sheldon Hager, D.C. Superior Court File No. 1982 CTF 003492 | APP-001978—APP-001980 |
| Thomas Hager Sr., Prince George's County District Court No. 72-14115 | APP-001981—APP-001982 |
| Thomas Hager Sr., Military Records | APP-001983—APP-002060 |
| Prince George's County District Court Criminal Case No. 72-9466 | APP-002061—APP-002062 |
| Thomas Hager Sr., Prince George's County District Court Criminal Case No. 76-46216 | APP-002063—APP-002064 |
| Thomas Hager Sr., D.C. Superior Court Docket No. 1978 CMD 000506 | APP-002065—APP-002070 |
| Loneldon Tyrone Hager, D.C. Superior Court Case No. 1983 CMD 9605 | APP-002071—APP-002090 |
| Loneldon Tyrone Hager, D.C. Superior Court Case No. 1993 CTF 002714 | APP-002091—APP-002095 |
| Loneldon Tyrone Hager, D.C. Superior Court No. 1980 CMD 010178 | APP-002096—APP-002099 |
| Loneldon Tyrone Hager, D.C. Superior Court No. 1980 CMD 010179 | APP-002100—APP-002123 |
| Loneldon Tyrone Hager, D.C. Superior Court Docket No. 1985 CTF 5215 | APP-002124—APP-002136 |
| Loneldon Tyrone Hager, D.C. Superior Court Docket No. 1987 CTF 966 | APP-002137—APP-002160 |
| Loneldon Tyrone Hager, D.C. Superior Court No. 1994 CMD 007182 | APP-002161—APP-002181 |
| Loneldon Tyrone Hager, D.C. Superior Court Docket No. 1995 CTF 4472 | APP-002182—APP-002197 |
| Loneldon Tyrone Hager, D.C. Superior Court Docket No. 1995 CTF 08838 | APP-002198—APP-002202 |
| Loneldon Tyrone Hager, D.C. Superior Court No. 1985 CMD 4024 | APP-002203—APP-002206 |
| Loneldon Tyron Hager, Prince George's County District Court Record No. 79-511950-51 | APP-002207—APP-002212 |
| Loneldon Tyrone Hager, Prince George's County Circuit Court File DR-77-126 | APP-002213—APP-002284 |
| Loneldon Tyrone Hager, Prince George's County Circuit Court File DR-77-3995 | APP-002285—APP-002304 |

5056862.1

| Description | Page(s) |
|---|---|
| Loneldon Tyrone Hager, Prince George's County Circuit Court File DR-82-3618 | APP-002305—APP-002326 |
| Loneldon Tyrone Hager, Social Security Death Index | APP-002327 |
| *Arkie Tucker v. Sheldon Eric Hager*, Prince George's County Circuit Court Paternity Case No. CAP 97-11306 | APP-002328—APP-002333 |
| Barbara Farmer, Prince George's County Circuit Court Divorce File No. CAD 07-26808 | APP-002334—APP-002337 |
| *Karen Ford v. Sheldon Eric Hager*, Prince George's County Circuit Court Paternity Case No. CAP 95-22988 | APP-002338—APP-002341 |
| Sheldon Eric Hager, Prince George's County Circuit Court Case No. 92-1750 | APP-002342—APP-002353 |
| *Victoria Hall v. Sheldon Eric Hager*, Prince George's County Circuit Court Paternity Case No. CAS 98-1031 | APP-002354—APP-002358 |
| **PART THREE** | |
| John Benjamin Hager, Military Records | APP-002359—APP-002361 |
| John Benjamin Hager, VA Death Index | APP-002362 |
| John Benjamin Hager, WWI Draft Registration Card | APP-002363 |
| John Benjamin Hager WWI Service Record | APP-002364 |
| Hannah Hager, Obituary | APP-002365—APP-002366 |
| John Benjamin Hager, 1920 Federal Census | APP-002367—APP-002369 |
| John Benjamin Hager, Prince George's County District Court Criminal Case No. 398 – 1952 | APP-002370—APP-002371 |
| William H. Hager, Evening Star Article, June 17, 1944 | APP-002372 |
| William H. Hager, Prince George's County Criminal Case Nos. 2070, 2897, 2878-79 | APP-002373—APP-002383 |
| William H. Hager, Prince George's County District Court Docket No. 744198E0 | APP-002384—APP-002385 |
| William H. Hager, Washington Post Article, June 18, 1944 | APP-002386 |
| Leavonia Fields, Birth Certificate | APP-002387 |
| Charles William Seay, 1940 Federal Census | APP-002388—APP-002389 |
| Charles William Seay, 1945 City Directory | APP-002390 |
| Charles William Seay, Marriage Certificate | APP-002391—APP-002392 |
| Charles William Seay, 1958 City Directory | APP-002393 |
| Charles William Seay, Divorce Certificate | APP-002394 |
| Charles William Seay, Grave Information | APP-002395 |
| Charles William Seay, VA Death Index | APP-002396 |
| Mannis Wesley, 1944 City Directory | APP-002397—APP-002398 |
| Mannis Wesley, Marriage Certificate | APP-002399 |
| Mannis Wesley, Social Security Death Index | APP-002400 |
| Mannis Wesley, Veteran's Gravesites | APP-002401 |
| *Nancy Fields, Fields v. Burns*, Charlottesville Corporation Court No. 1512 | APP-002402—APP-002406 |
| Walker Fields, Sr., Obituary | APP-002407 |

5056862.1

| Description | Page(s) |
| --- | --- |
| Walker Fields Sr., 1930 Federal Census | APP-002408 |
| Walker Fields, Sr., City Directories 1934, 1938, 1942, 1950 | APP-002409—APP-002416 |
| Mollie Fields, Obituary | APP-002417 |
| Walker Fields, Sr., City Directory, 1951 | APP-002418—APP-002420 |
| Walker Fields, Sr., Delayed Birth Certificate | APP-002421—APP-002422 |
| Walker Fields Sr., Marriage Certificate | APP-002423—APP-002424 |
| Anthony Fields, School Records | APP-002425—APP-002448 |
| Harold Fields, School Records | APP-002449—APP-002490 |
| Betty Martin, D.C. Superior Court Probate File No. 2009 ADM 1197 | APP-002491—APP-002631 |
| Elmer Johnson, Greene County Circuit Court, Sept. 18, 1934 | APP-002632 |
| Elmer Johnson, Greene County Circuit Court, Jan. 21, 1938 | APP-002633 |
| Walker Fields, Jr., Commonwealth of Virginia Criminal Case 1943 | APP-002634—APP-002636 |
| Walker Fields, Jr., Commonwealth of Virginia Criminal Case 1949 | APP-002637—APP-002648 |
| Walker Fields, Jr., VA Death Index | APP-002649 |
| Walker Fields Jr., WWII Enlistment Records | APP-002650—APP-002651 |
| Albert Fields, 1988 CDC 001636 | APP-002652—APP-002653 |
| Walker Fields, Jr., Social Security Death Index | APP-002654 |
| Harold Fields, D.C. Superior Court No. F-384-89 | APP-002655—APP-002674 |
| Harold Fields, D.C. Superior Court No. F-10321-89 | APP-002675—APP-002722 |
| Harold Fields, D.C. Superior Court No. F-3900-99 | APP-002723—APP-002838 |
| Anthony Fields, D.C. Superior Court No. 1979 CMD 013191 | APP-002839—APP-002843 |
| Anthony Fields, D.C. Superior Court Nos. 1980 CMD 007090-91 | APP-002844—APP-002881 |
| Anthony Fields, D.C. Superior Court No. 1980 CMD 007313 | APP-002882 |
| Anthony Fields, D.C. Superior Court No. 1985 CMD 017415 | APP-002883—APP-002914 |
| Anthony Fields, D.C. Superior Court No. 1985 CMD 018720 | APP-002915—APP-002919 |
| Anthony Fields, D.C. Superior Court No. 1993 CMD 010685 | APP-002920—APP-002968 |
| Anthony Fields, D.C. Superior Court No. 1995 CMD 3484 | APP-002969—APP-002995 |
| Anthony Fields, D.C. Superior Court No. 1999 FEL 001407 | APP-002996 |
| Anthony Fields, Fairfax County Circuit Court No. 2002 – 101321 | APP-002997—APP-003013 |
| Anthony Fields, D.C. Superior Court No. 1999 CDC 002033 | APP-003014—APP-003027 |
| *DHS ex rel. Syreeta Fields v. Clifford Filmore*, D.C. Superior Court No. CA 072-87 | APP-003028—APP-003033 |
| Terrell Hager, D.C. Superior Court Family Division Social File | APP-003034—APP-003258 |
| Terrell Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 1270 | APP-003259—APP-003282 |
| Terrell Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 2079 | APP-003283—APP-003302 |

5056862.1

| Description | Page(s) |
|---|---|
| Terrell Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 3204 | APP-003303—APP-003317 |
| Terrell Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 3400 | APP-003318—APP-003329 |
| Terrell Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 4312 | APP-003330—APP-003407 |
| Tommy Hager, D.C. Superior Court Family Division Social File | APP-003408—APP-003496 |
| Tommy Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 2080 | APP-003497—APP-003513 |
| Tommy Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 2956 | APP-003514—APP-003523 |
| Tommy Hager, D.C. Superior Court Juvenile Case No. 1990 JUV 4614 | APP-003524—APP-003525 |
| Thomas Hager, Sr., D.C. Superior Court Landlord Tenant Case No. 90-lt-045048 | APP-003526 |
| Washington Legal Clinic for the Homeless, *Cold, Harsh, and Unending Resistance:  The District of Columbia Government's Hidden War Against its Poor and its Homeless*, Nov. 22, 1993 | APP-003527—APP-003880 |
| Tywon Hager, Photographs of Go Kart | APP-003881—APP-003886 |
| William H. Hager, Photographs | APP-003887—APP-003888 |
| Tesha Hager, D.C. Superior Court Juvenile Case No. J-2045-97 | APP-003889—APP-003904 |
| Tesha Hager, D.C. Superior Court Juvenile Case No. J-3339-97 | APP-003905—APP-003989 |
| Tesha Hager, U.S. Dist. Ct. for D.C. Case No. 2000-00394 | APP-003990—APP-004227 |
| Tywon Hager, DHS Records | APP-004228—APP-004436 |
| Tywon Hager, Special Education Records | APP-004437—APP-004489 |
| Audrey Curtis, *In re Audrey Curtis*, Prince George's County Circuit Court No. CAE 94-15455 | APP-004490—APP-004561 |
| Bernice Williamson, Newspaper Article, Jan. 9, 1955 | APP-004562 |
| Bernice Williamson, Prince George's Orphan's Court Administration No. 29,171 | APP-004563—APP-004629 |
| DEA, 1975-1980 | APP-004630—APP-004648 |
| *Cocaine Dealers 'Beat It' – But Now They're Back*, Washington Post, Dec. 9, 1984 | APP-004649—APP-004652 |
| *Cocaine Distribution Charged to Pair*, Washington Post, Dec. 6, 1978 | APP-004653 |
| *Cocaine Use in D.C. Rises*, Washington Post, Dec. 13, 1984 | APP-004654—APP-004657 |
| *D.C. Police Nab 7 in Drug Raid*, Washington Post, June 15, 1973 | APP-004658 |
| *Drug Dealers Rousted*, Washington Post, Dec. 12, 1984 | APP-004659—APP-004660 |
| *Man Guilty on Bribery, Drug Counts*, Washington Post, Dec. 22, 1971 | APP-004661 |
| *Use of Cocaine is Rising, Drug Abuse Study Warns*, Washington Post , July 7, 1977 | APP-004662 |
| Tesha Hager, D.C. Superior Court Family Division Social File | APP-004663—APP-004874 |

| Description | Page(s) |
|---|---|
| Terrell Hager Special Education Records | APP-004875—APP-004885 |

'

5056862.1