IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA        )
                                )
v.                              )        1:05cr264 (LMB)
                                )        1:15cv551 (LMB)
THOMAS MOROCCO HAGER            )
                                )
    Defendant.                  )

## ORDER

Counsel has advised the Court that Thursday, June 23, 2016 is an available date for a status conference. Accordingly, it is hereby

ORDERED that a status conference be and is scheduled for Thursday, June 23, 2016 at 10:00 a.m. before the undersigned judge.

The Clerk is directed to set the hearing deadlines for this matter and forward a copy of this Order to counsel of record.

Entered this __14th__ day of April, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge