**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : **Criminal No. 1:05-cr-00264 (LMB)** |
| **v.** | : **Civil Action No. 1:15-cv-00551** |
| | : |
| **THOMAS MOROCCO HAGER,** | : **CAPITAL § 2255 PROCEEDINGS** |
| | : |
| **Defendant.** | : |
| | : |
| | : |

**DEFENDANT'S MOTION FOR AMENDED ORDER AND FOR AN EXTENSION OF
TIME TO PRODUCE NEUROPSYCHOLOGICAL TEST DATA AND MATERIALS**

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves to amend the Court's Order dated March 25, 2016, ECF 580, to specifically direct Defendant's retained expert, Dr. Amanda Gregory, Ph.D., to produce neuropsychological test data and test materials in this matter. Mr. Hager further moves to extend the deadline by which habeas counsel must provide this test data and material to the government from April 25, 2016, until seven days following the entry of the amended order requested herein. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this Motion be granted.

2

Dated: April 22, 2016                         Respectfully submitted,


/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*


/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2016, I have caused a copy of this

**DEFENDANT'S MOTION FOR AMENDED ORDER AND FOR AN EXTENSION OF**

**TIME TO PRODUCE NEUROPSYCHOLOGICAL TEST DATA AND MATERIALS** to

be served on the following by electronically filing it through the court's ECF system:

> James L. Trump
> Christopher Catizone
> United States Attorney's Office
> Eastern District of Virginia
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> jim.trump@usdoj.gov
> christopher.catizone@usdoj.gov

> /s/ Blair G. Brown
> Blair G. Brown

3