UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | :  Criminal No. 1:05-cr-00264 (LMB) |
| | :  Civil Action No. 1:15-cv-00551 |
| v. | : |
| | :  CAPITAL § 2255 PROCEEDINGS |
| THOMAS MOROCCO HAGER, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Upon consideration of Defendant Thomas Morocco Hager's Motion for Amended Order and for an Extension of Time to Produce Neuropsychological Test Data and Materials (the "Motion"), the Motion is GRANTED, and it is hereby

ORDERED that the Order dated March 25, 2016, ECF 580, is amended to include the following: "ORDERED that Defendant's retained expert, Dr. Amanda Gregory, Ph.D., is directed to provide habeas counsel with any and all neuropsychological "test data" and "test materials," as those terms are defined in the American Psychological Association's Ethical Principles of Psychologists and Code of Conduct, relating to any testing or examination of Defendant Thomas Morocco Hager that Dr. Gregory has conducted in connection with this matter"; and it is further

ORDERED that the deadline by which habeas counsel must provide the government with all neuropsychological test data and test materials they receive from Dr. Gregory is extended until seven days following the entry of this Order.

_____/s/ _____ 4/25/16
Leonie M. Brinkema
United States District Judge