# EXHIBIT C

Case 8:03-cr-00457-PJM   Document 449   Filed 11/20/12   Page 1 of 2

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

         NOV 2 0 2012

            AT GREENBELT
      CLERK U.S. DISTRICT COURT
        DISTRICT OF MARYLAND
                              DEP
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil No. PJM 11-3563 |
| | : | Criminal No. PJM 03-457 |
| JAMES EVERETT FLOOD, II | : | |
| Defendant. | : | |
| | ****** | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Civil No. PJM 12-3065 |
| | : | Criminal No. PJM 03-457 |
| KENNETH LIGHTY | : | |
| Defendant. | : | |
| | ******* | |

## SCHEDULING ORDER

Pending before the Court is Defendant Flood's Motion under 28 U.S.C. § 2255 to Vacate Sentence, ECF No. 396, and Defendant Lighty's Motion to Vacate, Set Aside or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255. ECF No. 434. Claim I in Defendant Lighty's Motion and Claim IV in Defendant Flood's Motion raise similar factual and legal issues under *J.E.B. v. Alabama* and *Batson v. Kentucky* ("*J.E.B./Batson* Claims"). The Court finds it appropriate to consider those claims together, prior to addressing the balance of the claims in the Defendant Lighty's Motion. To ensure the prompt resolution of all claims, the Court hereby sets the following schedule:

1.    Within 30 days after the date of this Order, Defendant Lighty shall file (a) an Amended § 2255 Motion that incorporates any relevant factual information contained in the jury strike lists submitted to the Court during jury selection in this case and (b) any Motion for

1

Case 1:05-cr-00264-RDA    Document 586-3    Filed 06/21/16    Page 3 of 3 PageID# 1367
Case 8:03-cr-00457-PJM   Document 449   Filed 11/20/12   Page 2 of 2
Case 8:03-cr-00457-PJM   Document 448-1   Filed 11/18/12   Page 2 of 2

Discovery as to the *J.E.B./Batson* Claims.    Defendant Flood may join in such Motion for Discovery. Defendant Lighty shall file any Motion for Discovery as to Claims II-IX in his Amended § 2255 Motion not later than 45 days after the filing of the Motion for Discovery as to the *J.E.B./Batson* Claims. The government shall have 15 days to file a response to any Motion for Discovery. Defendants shall have 15 days thereafter to file a reply.

2.    Within 30 days of the date of the Order ruling upon any Motion for Discovery as to the *J.E.B./Batson* Claims, Defendant Lighty shall file a memorandum of law in support of the *J.E.B./Batson* Claims.  The government shall have 45 days to file a response.  Defendant Lighty shall have 30 days thereafter to file a reply.  This schedule is subject to modification if the Court grants any Motion for Discovery as to the *J.E.B./Batson* Claims.

3.    Within 90 days of the date of the Order ruling upon any Motion for Discovery as to Claims II - IX, Defendant Lighty shall file his Memorandum of Law in support of such Claims.  The government shall have 90 days to file a response.  Defendant Lighty shall have 30 days thereafter to file a reply.  This schedule is subject to modification if the Court grants any Motion for Discovery as to Claims II-IX.

So ordered this ___19___ day of November, 2012.

_____
Honorable Peter J. Messitte
United States District Judge

Copies to All Counsel

2