**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **Criminal No. 1:05-cr-00264 (LMB)** |
| | : **Civil Action No. 1:15-cv-00551** |
| | : |
| **THOMAS MOROCCO HAGER,** | : **CAPITAL § 2255 PROCEEDINGS** |
| | : |
| **Defendant.** | : |
| | : |

**DEFENDANT'S MOTION TO PROCEED *EX PARTE* AND UNDER SEAL ON
PORTIONS OF DEFENDANT'S POSITION ON SCHEDULING**

Defendant Thomas Morocco Hager, through undersigned counsel, hereby moves this Court pursuant to 18 U.S.C. § 3599 and Local Rule of Criminal Procedure 49 for leave to proceed *ex parte* and under seal on portions of Defendant's Position on Scheduling. The grounds for this motion are more fully set forth in the accompanying memorandum.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Hager requests that this Motion be granted.

Dated: June 21, 2016

Respectfully submitted,

/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

*Counsel for Defendant Thomas Morocco Hager*

2

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2016, I have caused a copy of this

**DEFENDANT'S MOTION TO PROCEED *EX PARTE* AND UNDER SEAL ON PORTIONS OF DEFENDANT'S POSITION ON SCHEDULING** to be served on the following by electronically filing it on the court's ECF system:

> James L. Trump
> Christopher Catizone
> United States Attorney's Office
> Eastern District of Virginia
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> jim.trump@usdoj.gov
> christopher.catizone@usdoj.gov


> /s/ Blair G. Brown
> Blair G. Brown

3