**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:05-cr-00264 (LMB)** |
| | **:** | **Civil Action No. 1:15-cv-00551** |
| | **:** | |
| **THOMAS MOROCCO HAGER,** | **:** | **CAPITAL § 2255 PROCEEDINGS** |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**[PROPOSED] ORDER**

On June 21, 2016, Defendant Thomas Morocco Hager moved, pursuant to 18 U.S.C. § 3599 and Local Rule of Criminal Procedure 49, for leave to proceed *ex parte* and under seal on portions of Defendant's Position on Scheduling (the "Motion"). Having considered Mr. Hager's Motion, and the portions of Mr. Hager's Position on Scheduling on which he seeks leave to proceed *ex parte* and under seal, the Court determines that Mr. Hager has demonstrated a need for confidentiality, and it is HEREBY ORDERED that the Motion is GRANTED. Accordingly, it is further ORDERED that:

(1) The following portions of Defendant's Position on Scheduling shall be filed under seal, and they will be addressed by the Court *ex parte*: (a) the first sentence of the first paragraph of Part A of the "Argument" section, including the citations immediately thereafter, and (b) the first sentence of the third paragraph of Part A of the "Argument" section, including the citation and parenthetical immediately thereafter; and

(2) All other filings and proceedings regarding those portions of Defendant's Position on Scheduling shall be conducted *ex parte* and under seal.

2

Entered in Alexandria, Virginia this _____ day of _____, 2016.

_____
The Honorable Leonie M. Brinkema
United States District Judge

2