UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 06/23/16   Judge: Brinkema   Reporter: A. Thomson
Time: 10:11am - 10:34am   Interpreter:
Language:
Probation Email:
Jury Email:

# UNITED STATES OF AMERICA

v.

THOMAS MOROCCO HAGER   1:05cr264 (3)
Defendant's Name   Case Number

Blair Brown/ Julie Brain   James Trump
**Counsel for Defendant:**   **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [X] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Rule 35   [ ] Appeal (USMC)
[X] Other  Status Conference
Deft appeared:  [ ] in person  [ ] failed to appear  [ ] with Counsel  [ ] without Counsel  [X] through Counsel
**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:**   [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **08/26/16** at **9:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [X] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 #587 Deft Motion to Proceed Ex Parte and Under Seal - Denied
 Deft counsel to provide govt counsel with the list of witnesses referenced in the motion within 14 days

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured [ ] Surety [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond