IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )
                               )    1:05-cr-264 (LMB)
                               )    1:15-cv-551
THOMAS MOROCCO HAGER,          )
                               )
        Defendant.             )
                               )

ORDER

For the reasons stated in open court, Defendant's Motion to Proceed Ex Parte and Under

Seal on Portions of Defendant's Position on Scheduling [Dkt. No. 587] is DENIED, and it is

hereby

ORDERED that habeas counsel file the unredacted version of defendant's Position on

Scheduling on the public docket, and by close of business on Thursday, July 7, 2016, provide the

government with the names of all witnesses referred to in defendant's Motion to Vacate, Set

Aside, or Correct Sentence and For New Trial Pursuant to 28 U.S.C. § 2255 [Dkt. No. 529], and

it is further

ORDERED that a status hearing for this matter be and is SCHEDULED for 9:00 a.m. on

Friday, August 26, 2016.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23 day of June, 2016.

Alexandria, Virginia

                                    /s/
                                    _____
                                    Leonie M. Brinkema
                                    United States District Judge