**ZUCKERMAN SPAEDER LLP**

 1800 M STREET, NW   SUITE 1000
WASHINGTON, DC   20036-5807
202.778.1800   202.822.8106 fax   www.zuckerman.com

BLAIR G. BROWN
(202) 778-1829
bbrown@zuckerman.com

**RECEIVED**

2016 JUN 21   P 2: 21

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

June 21, 2016

**VIA HAND DELIVERY**
Clerk of Court
United States District Court Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

> Re:   *U.S. v. Thomas M. Hager*, No. 1:05-CR-00264 (LMB)

Dear Sir/Madam:

Enclosed please find (1) in the sealed envelope, an original, unredated version of Defendant's Position on Scheduling, and (2) an as-filed copy of Defendant's Motion to Proceed *Ex Parte* and Under Seal on Portions of Defendant's Position on Scheduling and Memorandum in support thereof, with Proposed Order.

The courier also has a copy of the unredacted version of Defendant's Position on Scheduling. Kindly date-stamp that copy and return the copy with the courier.

If there are any questions, please do not hesitate to contact me at 202-778-1829.

Sincerely,

Blair G. Brown

Enclosures

WASHINGTON, DC             NEW YORK             TAMPA             BALTIMORE