IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA            ) | |
| ) | |
| v.                    ) | No. 1:05cr264 (LMB) |
| ) | |
| THOMAS MOROCCO HAGER            ) | |

**ORDER**

For the reasons stated in the government's motion, there being no objection from the defendant, and for good cause having been shown, it is hereby:

ORDERED that the status hearing currently scheduled for August 26, 2016, is continued to September 26, 2016, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the defendant's trial counsel, Joseph J. McCarthy and John C. Kiyonaga.

Entered in Alexandria, Virginia, this ___ day of August, 2016.