IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:05cr264 (LMB) |
| | ) | |
| THOMAS MOROCCO HAGER | ) | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

The United States, through counsel, and with the consent of the defendant, hereby moves to continue the status hearing now set for August 26, 2016, to September 16, 2016, at 9:00 a.m. In support of this motion, the United States represents:

At the hearing on June 23, 2016, the government indicated to the Court that it would probably be able to complete its review of trial counsel's records by August 26, 2016, and, as a result, would then be in a position to advise the Court as to the time required to file a response to the defendant's Section 2255 motion.   We anticipate that we will have completed our review of trial counsel's records by August 26 as projected, but we will need some additional time to digest and assess what we have, what we are missing, and what steps we might take to obtain the missing information.   For example, much of what we are reviewing are documents that were scanned from hard-copy materials.   Some of the scanned documents are not entirely legible in their electronic format (which is understandable given the volume and age of the original materials), and we may need to review the original hard-copy records in possession of habeas counsel to see if the hard-copy documents are of better quality.   As a matter of due-diligence, we will also need to review trial counsel's original records, now maintained by habeas counsel,

simply to make sure we have not overlooked anything.

We would also like some additional time to evaluate the expert witness materials from trial counsel's files.   Some of that material is self-explanatory, and we probably do not need any assistance to discern its meaning and significance to the defense case.   Other material is more technical, however, and we may require some outside assistance in evaluating this information.

The undersigned AUSAs have worked diligently to review the 80,000 or so pages of materials from trial counsel's files and recently have added another attorney to the project.   This case, though, is not the only significant matter requiring our attention.   AUSA Trump, for example, is responsible for a number of ongoing investigations, one of which resulted in a recent arrest (*United States v. Nam Hoang*, 1:16mj329).   He is responsible for the ongoing investigation into drug trafficking and other criminal activities in and around the Eden Center in Falls Church, Virginia, including the assessment of the cooperation provided by several defendants in *United States v. Nguyen et al.*, No. 1:15cr350 (LMB) and the possible filing of several Rule 35 motions within the next week or two.   As the supervisory attorney overseeing the DEA's wiretap program for the district, with which the Court is familiar, AUSA Trump has had to review and approve about 25 Title III applications over the past several months.   He also has an upcoming briefing deadline in *United States v. Torrez,* No. 14-1, a capital conviction on appeal to the Fourth Circuit.

Similarly, AUSA Catizone, the sole appellate attorney in the Alexandria Division of the U.S. Attorney's Office, is responsible for coordinating the office's substantive responses and procedural motions across the district and the briefing of numerous substantive issues before the Fourth Circuit in response to the recent flood of petitions under 28 U.S.C. § 2255 seeking relief in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015).   This work has taken up the

2

majority of his time since the deadline to file *Johnson* motions on June 27, 2016.   In addition, AUSA Catizone just filed a Fourth Circuit brief this week in *United States v. Broadie*, No. 16-4132.   He has oral argument set in September in *United States v. Clarke*, No. 15-4299, and two more arguments in October in *United States v. Chittenden*, No. 14-4798, and *United States v. Zhu*, No. 15-4517.   Our district has eight oral arguments set for September (an unusually high number), and AUSA Catizone will be participating in at least one moot argument for each of those cases.

The undersigned counsel has conferred with habeas counsel regarding this motion and represents that habeas counsel does not object to the requested continuance.   Habeas counsel is available for a status hearing on September 16, 2016.

Wherefore, for the foregoing reasons, the United States asks that the Court continue the status hearing now scheduled for August 26, 2016, to September 16, 2016, at 9:00 a.m.   A proposed order is attached.

<div style="margin-left:40%">

Respectfully submitted,

Dana J. Boente
United States Attorney

James L. Trump
Christopher Catizone
Assistant United States Attorneys
Attorneys for the United States

By:          /s/          
James L. Trump
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
jim.trump@usdoj.gov

</div>

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:     /s/
     James L. Trump
     Assistant United States Attorney
     Attorney for the United States
     United States Attorney's Office
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     (703) 299-3726
     jim.trump@usdoj.gov