IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
)
)
v. )
) 1:05-cr-264 (LMB);
) 1:15-cv-551 (LMB)
THOMAS MOROCCO HAGER, )
)
Defendant. )
)

## ORDER

For the reasons stated in the government's motion, there being no objection from the defendant, and for good cause having been shown, the Consent Motion to Continue Status Hearing [Dkt. 595] is GRANTED[1] and it is hereby

ORDERED that the status hearing currently scheduled for Friday, August 26, 2016, be and is continued to Friday, September 16, 2016, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the defendant's trial counsel, Joseph J. McCarthy and John C. Kiyonaga.

Entered this 19 day of August, 2016.

Alexandria, Virginia

_____/s/_____

Leonie M. Brinkema
United States District Judge

---

[1] By this same Order, the government's original Motion to Continue Status Hearing [Dkt. 594] is DENIED.