<b>UNITED STATES DISTRICT COURT CRIMINAL MINUTES</b>

Date:    09/16/16          Judge: Brinkema          Reporter:    A. Thomson
Time:    9:11am   -   9:15am          Interpreter:_____
                                      Language: _____
                                       Probation Email: _____
                                      Jury Email: _____

---

# UNITED STATES OF AMERICA

v.

THOMAS MOROCCO HAGER                    1:05cr264 (3)
Defendant's Name                        Case Number

Blair Brown/ Julie Brain                James Trump
**Counsel for Defendant:**              **Counsel for Government**

**Matter called for:**
[  ] Arraignment    [  ] Pre-Indictment Plea   [  ] Change of Plea  [  ] Motions
[  ] Sentencing     [  ] Revocation Hearing    [  ] Rule 35          [  ] Appeal (USMC)
[X] Other  Status Conference
Deft appeared:  [  ] in person  [  ] failed to appear  [  ] with Counsel   [  ] without Counsel  [X] through Counsel
**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indictment   [  ] Discovery Order

---

**Arraignment & Plea:**
[  ] WFA     [  ] FA     [  ] PG    [  ] PNG   **Trial by Jury:**  [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by  [   ] US  [   ] Deft
[  ] Order entered in open court          [   ] Order to follow
[  ] Deft directed to USPO for PSI--- [  ] Deft directed to cooperate with USPO for PSI
[X] Case continued to:  **03/10/17**   at  **9:00am**   for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [X] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted  [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [   ] Admits   [   ] Denies violations of the conditions of probation/supervised release
Court:  [  ] finds  [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Govt motion granted
 Reply to be filed by 2/24/17

---

**Deft is:** [X] In Custody  [  ] Summons Issued   [   ] On Bond   [  ] Warrant Issued   [  ] 1st appearance

**Bond Set at**: $ _____ [  ] Unsecured  [  ] Surety  [  ] Personal Recognizance
[  ] Release Order Entered   [  ] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond