IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:05-cr-264 (LMB) |
| | ) | |
| | ) | 1:15-cv-551 (LMB) |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED the government file its reply to movant's Motion to Vacate under 28

U.S.C. § 2255 [Dkt. 529] by Friday, February 24, 2017; and it is further

ORDERED that the parties appear before the undersigned for a status hearing on Friday,

March 10, 2017, at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16 day of September, 2016.

Alexandria, Virginia

/s/ _____

Leonie M. Brinkema
United States District Judge