IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
)
v. )
) No. 1:05-cr-0264-LMB
)
THOMAS MOROCCO HAGER, )
)
Defendant. )
)

## CONSENT ORDER

Defendant Thomas Morocco Hager has filed a petition pursuant to 28 U.S.C. § 2255 which challenges, among other things, the effectiveness of his trial defense counsel regarding the presentation of expert neuropsychological evidence.

Dr. Neil Blumberg is a psychiatrist who consulted with defense counsel or undertook other work in connection with Mr. Hager's defense prior to trial. Dr. Blumberg may have retained certain files and documents relating to his work performed on Mr. Hager's case.

At the request of the United States, without objection from habeas counsel, and for the reasons stated by the Court at the hearing on June 23, 2016, it is hereby ORDERED that Dr. Blumberg shall provide government attorneys with a copy of his file(s) relating to expert services performed by Dr. Blumberg in the above-captioned proceeding. Any materials received from Dr. Blumberg shall be subject to the protective order in this case filed October 27, 2015. (Dkt 575.)

It is further ORDERED that the government shall provide habeas counsel with a copy of whatever records it receives from Dr. Blumberg. The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of January, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge