

U.S. Department of Justice

**United States Attorney's Office**

Eastern District of Virginia

---

Dana J. Boente
United States Attorney

2100 Jamieson Avenue
Alexandria, VA 22314

(703) 299-3700
(703) 299-2981 (fax)

January 23, 2017

The Honorable Leonie M. Brinkema
United States District Judge
401 Courthouse Square
Alexandria, Virginia 22314

Re:    *United States v. Hager*, No. 1:05cr264

Dear Judge Brinkema:

Government counsel has contacted the three primary mental health experts retained by the defendant's trial counsel in 2006, namely Dr. Neil Blumberg, Dr. David Schretlen, and Dr. Richard Restak, as the Court had suggested during the July 29, 2016 hearing (Docket 593 at 13-14).

It appears that Dr. Restak has no records.  Dr. Schretlen has destroyed his Hager file, although he may have kept the test results of examinations of conducted by Dr. Schretlen in 2006 (which we already have through trial counsel's records).  Dr. Blumberg has a file, which he has retrieved from storage.  Dr. Blumberg has told counsel that he would feel more comfortable receiving a specific court order directing him to provide government counsel with a copy of his file, given that his only attorney relationship was with Hager's trial counsel, Joseph McCarthy and John Kiyonaga.

We are submitting two proposed orders for the Court's consideration.  One order directs Dr. Blumberg to provide us with a copy of his Hager file; and the other directs Dr. Schretlen to provide us with a copy of his Hager file, to the extent he can locate it.

---

James L. Trump  ▪  Assistant United States Attorney  ▪  (703) 299-3726  ▪  jim.trump@usdoj.gov

We have sent a copy of this letter and the proposed orders to habeas counsel. Habeas counsel does not object to the entry of these orders. We will, of course, share with habeas counsel any documents or other information received from these doctors.

Respectfully submitted,

James L. Trump

cc:    Blair Brown (by email)
Habeas Counsel for Thomas Hager