IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,  )
                           )
        v.                 )
                           )        No. 1:05-cr-0264-LMB
THOMAS MOROCCO HAGER,      )
                           )
        Defendant.         )
                           )

## ORDER

The United States has moved for an extension of time in which to file its reply to the defendant's motion to vacate filed pursuant to 28 U.S.C. § 2255. Habeas counsel does not object to the government's request. It is hereby

ORDERED that the government's motion is granted, and the government shall file its reply to the motion to vacate by Wednesday, March 8, 2017, and it is further

ORDERED that the parties shall appear before the undersigned for a status hearing on Friday, March 24, 2017, at 9:00 a.m.

The clerk is directed to forward copies of this Order to counsel of record.

Entered this _____ day of February, 2017.

Alexandria, Virginia