IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cr-264-LMB |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF THE UNITED STATES TO
DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255**

**ORIGINAL PLEADING FILED UNDER SEAL**

March 8, 2017

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____

James L. Trump
Christopher Catizone
Eduardo F. Bruera
Assistant United States Attorneys
Eastern District of Virginia

The Justin W. Williams
U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Date: March 9, 2017

Respectfully submitted,

Dana J. Boente
United States Attorney

By:              /s/

James L. Trump
Christopher Catizone
Assistant United States Attorneys
Eastern District of Virginia

The Justin W. Williams
U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov