IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cr-264-LMB |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SEAL, MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT, AND MOTION FOR LEAVE TO FILE OUT OF TIME

The United States requests leave from the Court to file a response to the defendant's Section 2255 motion longer than the 90 pages initially contemplated by the Court, to serve its response electronically approximately two hours out of time, and to file under seal a paper copy of its response at the Clerk's Office on March 9, 2017.  In support of this motion, the government states:

1.      Defendant filed his Motion to Vacate Under Section 2255 on April 27, 2015. [Dkt 529.] Defendant's motion was 197 pages long.

2.      The next day, on April 28, 2015, the Court, The Honorable T.S. Ellis III, ordered that by May 28, 2015, the defendant file a brief in support of his Section 2255 motion no longer than 60 pages in length. [Dkt 532.]

3.      On May 6, 2015, this case was reassigned from Judge Ellis to The Honorable Leonie M. Brinkema.

4.      On August 6, 2015, the Court held a status conference and proposed to habeas counsel that they either "consider filing an amended motion reducing the scope of the motion" or else provide the government with an annotated motion with citations in support of the claims presented. [Dkt 550 at 30.] Habeas counsel resisted the opportunity to narrow the scope of the

motion. [*Id.* at 36 (Habeas counsel: "I think it unlikely that there will be claims abandoned.").] The Court then agreed to accept the over-length filing but ordered habeas counsel to provide the government with a revised, annotated motion. [*Id.* at 36–37; *see also* Dkt 547.]

5.    Defendant provided the government with the revised annotated motion on October 16, 2015. [*See* Dkt 578-1.] The revised motion is 206 pages long.

6.    On February 10, 2016, the Court ordered that the government's responsive brief should be "limited to 90 pages exclusive of affidavits and supporting documentation, and defendant's reply brief is limited to 30 pages exclusive of affidavits and supporting documentation." [Dkt 577.]

7.    In compiling its response brief, the government has endeavored to meet the Court's page limitation. Given the breadth and number of defendant's claims, however, the government is not able to submit a responsive pleading that adequately responds to defendant's claims and fully apprises the Court of the relevant facts and law within 90 pages.  The government's response brief, filed today, is 160 pages long. The government respectfully submits that a thorough written response to defendant's claims will facilitate the efficient resolution of this case by presenting the Court with the background and legal principles necessary to resolve defendant's motion without the need for further discovery or an evidentiary hearing.

8.    Habeas counsel does not object to the government's request to file a brief in excess of 90 pages.

9.    Separately, on October 27, 2015, the Court entered a Protective Order regarding the use of Privileged or Confidential Material (*i.e.*, trial counsel's files) produced to the government by habeas counsel for use in this proceeding. The government's response brief

quotes heavily from this Privileged or Confidential Material. The government seeks leave to file its response brief in full under seal while the parties determine which portions of the government's response may be publicly filed and which need to be redacted to prevent public disclosure of any Privileged or Confidential Material (*e.g.*, mental health records).  There may be additional information taken from trial counsel's files that habeas counsel desires to have sealed even though the information is no longer privileged.  The government must rely on habeas counsel in that effort.

10.   Finally, the government requests leave to file its response motion one day out of time.  More specifically, the government requests leave to serve its unredacted response on habeas counsel electronically by email and to file its unredacted response under seal in person at the Clerk's Office on March 9, 2017.

Date: March 9, 2017

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____

James L. Trump
Christopher Catizone
Assistant United States Attorneys
Eastern District of Virginia

The Justin W. Williams
U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Date: March 9, 2017

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____

James L. Trump
Christopher Catizone
Assistant United States Attorneys
Eastern District of Virginia

The Justin W. Williams
U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov