IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )          1:05cr264 (LMB)
                                  )          1:15cv551 (LMB)
THOMAS MOROCCO HAGER              )
                                  )
        Defendant.                )

## ORDER

The government's Motion to Seal, Motion for Leave to Exceed the Page Limit, and

Motion for Leave to File Out of Time ("Motion") establishes good cause for the relief requested.

Accordingly, the Motion [Dkt. No. 606] is GRANTED, and it is hereby

ORDERED that the government has leave to file its 160 page response brief one day late

and initially under seal, and it is further

ORDERED that the parties immediately meet and confer to resolve any redaction issues

within fourteen (14) days so that the government's responsive brief may be publicly filed, with

no or minimum redactions.

The Clerk is directed to forward copies this Order to counsel of record.

Entered this ___9th___ day of March, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge