1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA      .      Criminal No. 1:05cr264-3
                              .
    vs.                       .      Alexandria, Virginia
                              .      September 16, 2016
THOMAS MOROCCO HAGER,         .      9:11 a.m.
                              .
            Defendant.        .
                              .
.  .  .  .  .  .  .  .  .  .  .  .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:            JAMES L. TRUMP, AUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314


FOR THE DEFENDANT:           BLAIR G. BROWN, ESQ.
                             Zuckerman Spaeder LLP
                             1800 M Street, N.W., Suite 1000
                             Washington, D.C. 20036
                               and
                             JULIE BRAIN, ESQ.
                             916 South 2nd Street
                             Philadelphia, PA 19147


OFFICIAL COURT REPORTER:     ANNELIESE J. THOMSON, RDR, CRR
                             U.S. District Court, Fifth Floor
                             401 Courthouse Square
                             Alexandria, VA 22314
                             (703)299-8595


(Pages 1 - 5)


COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

2

P R O C E E D I N G S

(Defendant not present.)

THE CLERK:  Criminal Case 05-264-3, United States of America v. Thomas Morocco Hager.  Will counsel please note their appearances for the record.

MR. TRUMP:  Good morning, Your Honor.  Jim Trump on behalf of the United States.

THE COURT:  Good morning.

MR. BROWN:  Good morning, Your Honor.  Blair Brown on behalf of Mr. Hager, and with me is cocounsel, Julie Brain.

MS. BRAIN:  Good morning, Your Honor.

THE COURT:  Good morning.

All right, did you have a chance, Mr. Brown, to read over the government's memorandum regarding scheduling?  It came in this morning.

MR. BROWN:  I did, Your Honor.

THE COURT:  All right.  As you know, Mr. Trump is requesting the end of the February time period in which to have the government file their petition.  Is there any objection to that?

MR. BROWN:  No, there's not, Your Honor.

THE COURT:  All right.  Then, Mr. Trump, I'm going to go ahead and grant your motion.  So the government's response is going to be -- has to be filed no later than February 24, all right?  And I'm going to give them -- I want to set a time frame

for any reply to be filed.

MR. BROWN:  Your Honor, may I address that?

THE COURT:  Yeah.

MR. BROWN:  Our request would be instead of setting that date, that the Court set a status hearing following the filing of the government's response.  One other thing the Court has done previously is to indicate that it was -- wished to defer any consideration of both the potential discovery requests of the defense and also further funding of the defense until after the government files a response.

So our proposal is that the Court schedule a status conference to consider what the next steps will be, the scope of discovery, address the budgeting issues, which obviously would need to be done ex parte following the government's response, without setting a firm date for our reply, because we don't know at this point what discovery we're going to need, what the funding situation is going to be until we see the government's response.

So we would ask for a status within 30 days of the government's filing to consider issues that are raised by the response and to at that point consider what the next steps are.

THE COURT:  Well, at some point, this case has to get resolved.  It has really taken much longer to get this thing focused than is normal.  I'm certainly not going to give you a month to make those decisions.  The government's papers are due no later than the 24th of February, 2017.

4

I'll set a status hearing for two weeks thereafter, which will be Friday, March 10, at nine o'clock, and at that point, we will determine what would be an appropriate time in which the movant has to file their reply brief, and that should give you, Mr. Brown, enough time to reasonably put together a proposed budget.  So I think that's how we'll do it, all right?

Now, in terms of Dr. Patterson, it's really important that the government get that evaluation done as soon as possible. I know you've asked for a lot of time, and I've given it to you, Mr. Trump, but I don't expect you to push it to the very last minute.

MR. TRUMP:  There's no evaluation of the defendant.

THE COURT:  No, but I mean his evaluation of the record. That's what you're asking for.  Yeah.

MR. TRUMP:  He's generally familiar with the case because he was going to be our expert back in 2007, but he has a horrible fall schedule.  We will get him the materials as soon as possible and then just try to work around his other commitments.

THE COURT:  In 2007, did he actually examine --

MR. TRUMP:  No, no, because there was no notice of a mental health defense.  We had anticipated it, but it never happened, so we didn't have to use it.

THE COURT:  All right.  Any other issues then?

MR. TRUMP:  No.  My wife says thank you.

THE COURT:  Good luck.

5

All right, anything further, Mr. Brown?

MR. BROWN:  No.  Thank you, Your Honor.

THE COURT:  All right, thank you, counsel.  You're free to go.

(Which were all the proceedings

had at this time.)

CERTIFICATE OF THE REPORTER

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.


_____/s/_____
Anneliese J.  Thomson