# EXHIBIT B

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA      .      Criminal No. 1:05cr264-3
                              .
    vs.                       .      Alexandria, Virginia
                              .      August 6, 2015
THOMAS MOROCCO HAGER,         .      9:23 a.m.
                              .
              Defendant.      .
                              .
. . . . . . . . . . .

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:              JAMES L. TRUMP, AUSA
                               CHRISTOPHER CATIZONE, SAUSA
                               United States Attorney's Office
                               2100 Jamieson Avenue
                               Alexandria, VA 22314

FOR THE DEFENDANT:             BLAIR G. BROWN, ESQ.
                               Zuckerman Spaeder LLP
                               1800 M Street, N.W., Suite 1000
                               Washington, D.C. 20036
                                 and
                               JULIE BRAIN, ESQ.
                               916 South 2nd Street
                               Philadelphia, PA 19147

ALSO PRESENT:                  JOHN C. KIYONAGA, ESQ.
                               JOSEPH J. MC CARTHY, ESQ.

OFFICIAL COURT REPORTER:       ANNELIESE J. THOMSON, RDR, CRR
                               U.S. District Court, Fifth Floor
                               401 Courthouse Square
                               Alexandria, VA 22314
                               (703)299-8595

(Pages 1 - 44)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

back what they got.

THE COURT:  All right.

MR. TRUMP:  I'm comfortable with the schedule that would give habeas counsel 30-45 days to put everything together and just give it to us in whatever time that they can.  I'm not pushing for this next week.  We have to get up to speed as well.  We have to get stuff out of storage and go through it and start processing our own files to, to respond.

So it's -- unfortunately, the time it took to get the appeal finished was much too long in our opinion, so we're dealing with files that are in some cases almost 22 years old because the murder occurred in 1993, and it's just a lot of, a lot of paper to go through.

THE COURT:  All right.

MR. TRUMP:  So again --

MR. BROWN:  Your Honor -- I'm sorry.

MR. TRUMP:  -- if 30 or 45 days is necessary to put everything together and the Court has ordered it, we'd be comfortable with that type of time frame.

THE COURT:  All right.  Mr. Brown?

MR. BROWN:  I should also point out to the Court, it's not at issue today, but once we begin work again, given what has occurred in today's proceeding, we will be seeking discovery from the government as well.  We will be filing a motion for discovery.

40

THE COURT:  Well, don't spend any time on that yet. Let's get the government's opposition in first, all right? We're not going to have it going in two directions at the same time.  I am mindful, as you are, of the need to keep this case within reasonable parameters.

How about a deadline of October 16?  That gives you almost two months.

MR. BROWN:  To produce the --

THE COURT:  To produce everything.  And you can do it, it should be a rolling production.  The attorney files, it seems to me, simply need to be photocopied and sent over or ideally scanned.  Would you rather have them electronic? Whichever is cheaper, I guess, and faster.

MR. TRUMP:  Whatever is easier.

THE COURT:  Whatever is cheaper or faster.

MR. BROWN:  Very well, yes.

THE COURT:  All right, so the attorney files.

And then your appendix, so to speak, or the documentation for the allegations you've made in your motion, that needs to be all finished by October 16.

MR. BROWN:  Very well.

THE COURT:  I'm giving you two months, all right? All right.

Then I recommend strongly that you sit down together and try to work out how you want to handle the defense counsel.