**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 1:05-cr-00264 (LMB)** |
| **v.** | : | **Civil Action No. 1:15-cv-00551** |
| | : | |
| **THOMAS MOROCCO HAGER,** | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| **Defendant.** | : | |
| | : | |

**[PROPOSED] SCHEDULING ORDER**

For good cause, it is hereby ORDERED that:

(1) Defendant shall have until April 3, 2017 to submit a budget, which shall be submitted *ex parte* and under seal;

(2) Defendant shall have 60 days from the date the Court approves Defendant's budget to file a motion for discovery under Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts;

(3) Defendant shall have nine months from the date the Court decides Defendant's motion for discovery to file a reply in support of his Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255, and Defendant's reply shall be limited to 90 pages exclusive of affidavits and supporting documentation; and

(4) Defendant shall have 60 days from the date of his reply to file a motion for an evidentiary hearing, the government shall have 60 days from the date of Defendant's motion to file a response, and Defendant shall have 30 days from the date of the government's response to file a reply.

2

Entered in Alexandria, Virginia this _____ day of _____, 2017.


_____
The Honorable Leonie M. Brinkema
United States District Judge