IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cr-264 (LMB) |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE APPENDIX IN CD FORMAT

In support of its Response to Defendant's § 2255 motion [Dkt 608], the United States has compiled a 20-volume appendix containing approximately 8,400 pages of material. (All of this material has been previously provided to habeas counsel. The vast majority of the government's appendix is drawn from either the Joint Appendix filed with Mr. Hager's direct appeal before the Fourth Circuit; or from trial counsel's files, copies of which were provided to the government by habeas counsel.) The government seeks leave to file these government appendix materials under seal on a compact disc. Such filing will avoid unnecessary printing of the government appendix, and will aid the parties in determining what portions of the government appendix are properly subject to the court's Protective Order entered October 27, 2015 [Dkt 575].

Pursuant to that protective order, the government will confer with counsel for Mr. Hager regarding which parts of the government appendix may be publicly filed (with or without redactions) and which parts should remain under seal. Once the parties have reached agreement on such filings (or identified any issues for the Court to resolve), the government will be able to file the public portions of its appendix electronically through the Court's ECF system, and the under-seal portions by paper-copy filing at the Clerk's office.

Date: March 22, 2017                                   Respectfully submitted,

                                                      Dana J. Boente
                                                      United States Attorney


                                       By:  _____/s/_____

                                                      James L. Trump
                                                      Christopher Catizone
                                                      Assistant United States Attorneys
                                                      Eastern District of Virginia

                                                      The Justin W. Williams
                                                             U.S. Attorney's Building
                                                      2100 Jamieson Avenue
                                                      Alexandria, VA 22314
                                                      Phone:        (703) 299-3700
                                                      Fax:          (703) 299-3980
                                                      jim.trump@usdoj.gov
                                                      christopher.catizone@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 22th day of March, 2017, I will file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

all counsel of record.

Date: March 22, 2017                                    Respectfully submitted,

                                                        Dana J. Boente
                                                        United States Attorney


                                        By:  _____/s/_____
                                                        James L. Trump
                                                        Christopher Catizone
                                                        Assistant United States Attorneys
                                                        Eastern District of Virginia

                                                        The Justin W. Williams
                                                                U.S. Attorney's Building
                                                        2100 Jamieson Avenue
                                                        Alexandria, VA 22314
                                                        Phone:        (703) 299-3700
                                                        Fax:          (703) 299-3980
                                                        jim.trump@usdoj.gov
                                                        christopher.catizone@usdoj.gov