IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,           )
                                    )
                                    )
v.                                  )
                                    )          No. 1:05-cr-0264-LMB
THOMAS MOROCCO HAGER,               )
                                    )
        Defendant.                  )
                                    )

ORDER

For good cause shown, the government's Motion for Leave to File Appendix in CD Format

[Dkt 611] is GRANTED, and it is hereby

ORDERED that the government may file its appendix in support of its Response to

Defendant's Motion under 28 U.S.C. § 2255 [Dkt 608] under seal and in CD format.

The Clerk is directed to forward copies of this Order to counsel of record.


        Entered this _____ day of March, 2017.


Alexandria, Virginia