IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,            )
                                     )
v.                                   )
                                     )
                                     )   No. 1:05-cr-0264-LMB
THOMAS MOROCCO HAGER,                )
                                     )
    Defendant.                       )
                                     )

## ORDER

For good cause shown, the government's Motion for Leave to File Appendix in CD Format [Dkt 611] is GRANTED, and it is hereby

ORDERED that the government may file its appendix in support of its Response to Defendant's Motion under 28 U.S.C. § 2255 [Dkt 608] under seal and in CD format.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of March, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge