# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date:    03/24/17          Judge: Brinkema          Reporter:    A. Thomson
Time:    9:15am   -   9:50am          Interpreter:_____
                                      Language: _____
                                      Probation Email: ____
                                      Jury Email: ____

## UNITED STATES OF AMERICA
                v.

  THOMAS MOROCCO HAGER                    1:05cr264 (3)
  Defendant's Name                        Case Number

  Blair Brown/ Julie Brain                James Trump/Chris Catizone
  **Counsel for Defendant:**              **Counsel for Government**

**Matter called for:**
[  ] Arraignment      [  ] Pre-Indictment Plea   [  ] Change of Plea   [  ] Motions
[  ] Sentencing       [  ] Revocation Hearing    [  ] Rule 35          [  ] Appeal (USMC)
[X] Other  Status Conference
Deft appeared:  [  ] in person  [  ] failed to appear  [  ] with Counsel   [  ] without Counsel  [X] through Counsel
**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indictment   [  ] Discovery Order

**Arraignment & Plea:**
[  ] WFA     [  ] FA    [  ] PG   [  ] PNG   **Trial by Jury:**  [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[  ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[  ] Plea accepted, **Guilty Count(s)** _____
[  ] Motion for Dismissal of Count(s) _____ by  [   ] US  [   ] Deft
[  ] Order entered in open court          [   ] Order to follow
[  ] Deft directed to USPO for PSI--- [  ] Deft directed to cooperate with USPO for PSI
[  ] Case continued to: _____ at _____ for:
[  ] Jury Trial    [  ] Bench Trial    [  ] Sentencing   [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted   [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [  ] Admits   [  ] Denies violations of the conditions of probation/supervised release
Court: [  ] finds   [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
#610 Deft Position on Scheduling is argued and granted in part/denied in part
Deft has 14 days to evaluate govt's response

**Deft is:** [X] In Custody  [  ] Summons Issued   [   ] On Bond   [  ] Warrant Issued   [  ] 1st appearance

**Bond Set at**: $ _____ [  ] Unsecured  [   ] Surety  [   ] Personal Recognizance
[  ] Release Order Entered   [  ] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond