IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:05-cr-264 (LMB); |
| | ) | 1:15-cv-551 (LMB) |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons stated in open court, defendant's Position on Scheduling [Dkt. No. 610] is GRANTED IN PART and DENIED IN PART and it is hereby

ORDERED that

1. Within fourteen (14) days, movant's counsel file their proposed discovery plan and file under seal an ex parte proposed budget to cover their anticipated expenses and attorneys' fees through the conclusion of this proceeding. The government must file any response to the proposed discovery plan within seven (7) days after it is filed.

2. If the Court authorizes movant's counsel to pursue discovery, all approved discovery must be completed within sixty (60) days from the date of the order authorizing such discovery.

3. Also within that same sixty (60) day time period, counsel must file any motion seeking an evidentiary hearing. The United States will have fourteen (14) days to respond to any request for an evidentiary hearing.

4. Within thirty (30) days of the completion of discovery, or if an evidentiary hearing was held, then within 40 days of the completion of discovery, movant must file his

reply to the Response of the United States to Defendant's Motion Under 28 U.S.C. § 2255. That reply brief may not exceed ninety (90) pages, excluding exhibits.

5. Based on further consideration of the sealing issue discussed in open court, the Court has determined that unless either party establishes good cause within 30 days as to why any part of the Response of the United States to Defendant's Motion Under 28 U.S.C. § 2255 or exhibits supporting it should remain under seal, the entire pleading and attached exhibits will be unsealed.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of March, 2017.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge