**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Criminal No. 1:05-cr-00264 (LMB)** |
| **v.** : | **Civil Action No. 1:15-cv-00551** |
| : | |
| **THOMAS MOROCCO HAGER,** : | **CAPITAL § 2255 PROCEEDINGS** |
| : | |
| **Defendant.** : | |
| : | |

**NOTICE OF INTENT TO FILE REPLY**

Defendant Thomas Morocco Hager ("Mr. Hager"), through undersigned counsel, respectfully informs the Court and the government that he intends to file a reply to the Response of the United States to Defendant's Proposed Discovery Plan.

1.      Mr. Hager filed his Proposed Discovery Plan on April 7, 2017.  ECF No. 616. Pursuant to the scheduling order entered by the Court on March 24, 2017, the government's Response was due to be filed on April 14, 2017.  The government filed its Response shortly after midnight on April 15.  ECF No. 617.

2.      The Response raises numerous factual and legal questions that habeas counsel believe they need to address in order to provide the Court with a thorough and complete picture of the merits of their Proposed Discovery Plan.

3.      Accordingly, habeas counsel intend to file a Reply to the government's Response, and will do so by Friday, April 21, 2017.

Dated:  April 17, 2017                                    Respectfully submitted,


                                                         /s/ Blair G. Brown
                                                         Blair G. Brown (Va. Bar No. 29706)
                                                         ZUCKERMAN SPAEDER LLP
                                                         1800 M Street, NW, Suite 1000
                                                         Washington, DC 20036
                                                         (202) 778-1829 (telephone)
                                                         (202) 822-8106 (facsimile)
                                                         bbrown@zuckerman.com

                                                         *Counsel for Defendant Thomas Morocco Hager*


                                                         /s/ Julie Brain
                                                         Julie Brain
                                                         916 South 2nd Street
                                                         Philadelphia, PA  19147
                                                         (267) 639-0417 (telephone)
                                                         Juliebrain1@yahoo.com

                                                         *Counsel for Defendant Thomas Morocco Hager*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2017, I have caused a copy of this

**DEFENDANT'S NOTICE OF INTENT TO FILE REPLY** to be served on the following by

electronically filing it on the court's ECF system:

> James L. Trump
> Christopher Catizone
> United States Attorney's Office
> Eastern District of Virginia
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> jim.trump@usdoj.gov
> christopher.catizone@usdoj.gov


> /s/ Blair G. Brown
> Blair G. Brown

3