IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cr-264-LMB |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE OUT OF TIME

On April 7, 2017, habeas counsel for Thomas Hager filed a Proposed Discovery Plan. [Dkt 616.] The government's response to Mr. Hager's proposed discovery plan was due on Friday, April 14. Shortly before filing, undersigned government counsel realized that a series of redactions previously applied to the to-be-filed document had not appeared in the final version. The redactions were corrected, and government counsel submitted the document electronically just before midnight on April 14. Nonetheless, as habeas counsel has pointed out, the electronic-filing time stamp showed that the document was received for filing at 12:02 a.m. on April 15—two minutes late. [Dkt 617.]

Undersigned counsel apologies to the Court and to counsel for the two-minute delay, which was wholly government counsel's fault but attributable to counsel's good-faith attempt to properly redact the filing and not made with any intent to disrespect the Court's scheduling order or habeas counsel. Government counsel does not believe that Mr. Hager was prejudiced by the two-minute delay and respectfully requests that the Court accept its filing out of time.

Date: April 17, 2017                                Respectfully submitted,

                                                    Dana J. Boente
                                                    United States Attorney


                                      By:  _____/s/_____

                                                    James L. Trump
                                                    Christopher Catizone
                                                    Assistant United States Attorneys
                                                    Eastern District of Virginia

                                                    The Justin W. Williams
                                                           U.S. Attorney's Building
                                                    2100 Jamieson Avenue
                                                    Alexandria, VA 22314
                                                    Phone:        (703) 299-3700
                                                    Fax:          (703) 299-3980

2

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2017, I will file the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

all counsel of record.


Date: April 17, 2017                          Respectfully submitted,

                                              Dana J. Boente
                                              United States Attorney


                          By:  _____/s/_____

                                              Christopher Catizone
                                              Assistant United States Attorneys
                                              Eastern District of Virginia

                                              The Justin W. Williams
                                                      U.S. Attorney's Building
                                              2100 Jamieson Avenue
                                              Alexandria, VA 22314
                                              Phone:        (703) 299-3700
                                              Fax:          (703) 299-3980
                                              jim.trump@usdoj.gov