IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cr-264-LMB |
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF THE UNITED STATES TO
DEFENDANT'S NOTICE OF INTENT TO FILE A REPLY**

Habeas counsel has filed a notice [Dkt 619] of their intent to file a reply to the

government's response [Dkt 617] to the defendant's proposed discovery plan [Dkt 616].  Habeas

counsel state that a reply is necessary to "provide the Court with a thorough and complete picture

of the merits of their Proposed Discovery Plan."

The government respectfully disagrees a reply is warranted.  Counsel had every

opportunity to provide the Court with all relevant factual allegations and legal support for their

proposed discovery plan.  Indeed, at the hearing on March 24, 2017, the Court expressed its

strong desire to "get this case properly focused. . . . The issues need to get far more refined" [Dkt

618 at 2-3].  In that regard, the Court directed counsel to make an "appropriately tailored" and

very specific showing of good cause as to why additional discovery is necessary [Dkt 618 at 3-

4].  They have failed to do so, and, accordingly, we believe the Court should reject the proposed

plan in its entirety.

We also submit that the Court should now enter a revised scheduling order directing

habeas counsel to file a reply to the government's response [Dkt 608] to Hager's habeas motion

and, in that response, identify any issues they believe require an evidentiary hearing.

April 17, 2017                          Respectfully submitted,

                                        Dana J. Boente
                                        United States Attorney


                        By:  _____/s/_____

                                        James L. Trump
                                        Christopher Catizone
                                        Eduardo F. Bruera
                                        Assistant United States Attorneys
                                        Eastern District of Virginia

                                        The Justin W. Williams
                                        U.S. Attorney's Building
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Phone: (703) 299-3700
                                        Fax: (703) 299-3980

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:                 /s/

James L. Trump
Christopher Catizone
Assistant United States Attorneys
Eastern District of Virginia

The Justin W. Williams
U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov