IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )
                                  )     1:05-cr-264 (LMB);
                                  )     1:15-cv-551 (LMB)
THOMAS MOROCCO HAGER,             )
                                  )
          Movant.                 )
                                  )

ORDER

Before the Court is the government's Motion for Leave to File Out of Time ("Motion"),

which establishes good cause for the relief requested. Accordingly, the Motion [Dkt. 620] is

GRANTED and it is hereby

ORDERED that the government's Response of the United States to Defendant's

Proposed Discovery Plan [Dkt. 616] be and is FILED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of April, 2017.

Alexandria, Virginia

                                        /s/
                              _____
                              Leonie M. Brinkema
                              United States District Judge