# EXHIBIT 1

REVERSE CARBONS

**39. EMPLOYMENT HISTORY** *(List present employment if any, on Line 1)*

| FROM – DATE – TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| | | | | |
| | | | | |

**40. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** *(Begin with immediate family)*

| N'SHIP | DOB / AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| MILITARY SERVICE: BRANCH / DATE FROM – TO | 42. TELEPHONE CALL MADE | 43. PHONE NUMBER |
|---|---|---|
| NONE | ☐ YES ☑ NO ☐ REFUSED | |

STATEMENT OF FACTS: *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W 1 or W 2, etc as indicated in Item 31.)*

On Wednesday, 05/25/94, at about 2230 hours, while in the area of Minnesota Avenue and Randall Circle, SE, DC, Mr. Timothy A. DORSEY, Mr. Willmon POOLE, and another person (hereafter referred to as victim #3) were all riding together in an Acura Legend automobile, when they became the victims of a shooting.

Mr. DORSEY, who suffered from gun shot wounds to his head and shoulders, was transported from the scene to the PG Community Hospital, where he died of his injuries, and was pronounced dead by Dr. PATEL at 2322 hours. Mr. POOLE, who suffered from a gun shot wound to the head, was flown from the scene to the Med-Star unit, where he is currently receiving advanced life support measures. He is not expected to survive his injury. Victim #3, who suffered from a superficial gun shot wound to his head and gun wounds to both hands, was transported to the PG Community Hospital for treatment. He is expected to recover from his injuries.

Victim #3 was interviewed about this incident at the hospital, by detectives from the homicide squad. Victim #3 stated that he had been in the Acura Legend with Mr. DORSEY, and Mr. POOLE, as well as with another (unidentified) subject (hereafter referred to as "John DOE").

While in the area of Randall Circle, a red car, with either a brown or black roof, which was occupied by four young Black males, pulled up along the right side of the Acura Legend. Without provocation, three of the occupants in this red car began shooting at the occupants of the Acura Legend. Victim #3 stated that "John DOE," who was armed with a hand gun, shot back at the red car. The occupants of the red car fled the area after shooting Mr. DORSEY, Mr. POOLE, and victim #3 ("John DOE" escaped without injury).

A short time after this incident, Mr. Charles JOHNSON (the defendant) showed up at the DC General Hospital, with a gun shot wound to the right side of his chest. Mr. JOHNSON was in the company of his co-defendant, Mr. Larry GREENHOW.

Mr. GREENHOW was interviewed by the police. Mr. GREENHOW stated that he and Mr. JOHNSON had been occupants in a red car, while in the area of Randall Circle, and had been the victims of an unprovoked shooting by several subjects in a nice car, possibly an Acura Legend.

Based on the above listed facts and information, it is felt there is sufficient evidence to believe that Mr. JOHNSON and Mr. GREENHOW were occupants of the red car and knowingly participated in the shooting of three occupants of the Acura Legend. Then, Mr. JOHNSON and Mr. GREENHOW became the victims of return "criss-cross" gun fire. Therefore, Mr. JOHNSON has been arrested in connection with this shooting, and charged with various offenses.

*Was marker required to defendant with reference to his/her failure to appear?* ☐ Yes ☐ No
*(If yes, include in Defendant's Version / Remarks Section above)*

| NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 48. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| | 3397 | Off | |
| SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| | Homic SE | 5-27-94 | (JI) | 5/11/94 |

CHECK COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

07085

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### CRIMINAL INVESTIGATIONS DIVISION
### HOMICIDE BRANCH

P.D. 123 REV. 01/74

## REPORT OF INVESTIGATION

| COMPLAINANT/VICTIM | DATE OF OCCURRENCE | |
|---|---|---|
| Dorsey, Timothy | Wednesday May 25, 1994 | |
| TYPE OF CASE | CCN | FILE NO. |
| Homicide (Shooting) | 279-044 | H.O-94-707 |

**NARRATIVE:** SYNOPSIS OF CASE INVESTIGATION

Greenhow stated that he heard the other vehicle accelerate as if it was approaching there vehicle from the rear. At this time Mr. Greenhow stated that the red Lexus pulled along side of the drivers side of there vehicle and he briefly saw a dark complexion black male hanging out of the passenger window of the Lexus brandishing a handgun. Mr. Greenhow stated that when he saw the gun he got down on the floor of the rear of the vehicle, and seconds later he heard multiple gunshots. As Mr. Greenhow heard the gunshots he stated that he felt the two vehicles collide. Mr. Greenhow stated that he did not sit up until they reached the gas station located at Pennsylvania Ave. & Fairlawn St. S.E.. Mr. Greenhow stated that at this time his friend (Fats) related to him that he had been shot and to get him to a hospital. Mr. Greenhow along with the other occupants of the vehicle responded to D.C. General Hospital where Johnson, Charles was admitted and treated for a gunshot wound that he received as a result of the shooting. Mr. Greenhow did not receive any injuries except for a bullet hole in his hat. It is unknown if the operator of the vehicle received any injuries. Mr. Greenhow stated that at no time did he see any occupants of there vehicle in the possession of any weapons or handguns and that he did not see anyone in there vehicle shooting any weapons due to the fact that he was lying on the rear floor of the vehicle.

| CASE STATUS: | OPEN | X CLOSED | OTHER (Explain) | | PAGE 2 OF ? PAGES |
|---|---|---|---|---|---|
| INVESTIGATOR'S SIGNATURE | | #2113 | | DATE | May 26, 1994 |
| SUPERVISOR'S SIGNATURE | | | | DATE | 5/26/94 |

This report is the property of the Metropolitan Police Department, Washington, D.C. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

07086

**METROPOLITAN POLICE DEPARTMENT**
**WASHINGTON, D.C.**
**CRIMINAL INVESTIGATIONS DIVISION**
**HOMICIDE BRANCH**

P.D. 123 REV. 01/74

**REPORT OF INVESTIGATION**

| COMPLAINANT/VICTIM | DATE OF OCCURRENCE |
|---|---|
| Dorsey, Timothy | Wednesday May 25, 1994 |

| TYPE OF CASE | CCN | FILE NO. |
|---|---|---|
| Homicide (Shooting) | 279-044 | H.O-94-707 |

**NARRATIVE:**          SYNOPSIS OF CASE INVESTIGATION

RUNNING RESUME
Wednesday May 26, 1994
0630 to 1500 Hr Tour of Duty

On Wednesday May 26, 1994 at 0710hrs This writer along with Det. Collins of the Metropolitan Police Department Homicide Branch conducted a interview with Larry Greenhow ███████████████████████████ ███████████████) Mr. Greenhow was arrested on an outstanding arrest warrant for Assault with a Dangerous Weapon-Stick USW66394 at D.C General Hospital on May 26, 1994 Mr. Greenhow is a suspect in a Homicide shooting that occurred at Minnesota Avenue and Randall Circle S.E, Washington, D.C. at about 2230hrs.

INTERVIEW:

The interview was conducted in the Homicide Branch interview room present in the room is Greenhow, Larry Gene and Detectives Amis, and Collins of the Homicide Branch.

Mr. Greenhow was questioned about the events surrounding the shooting that occurred at Minnesota Avenue and Randall Circle S.E.. Mr. Greenhow stated that he along with two other black males were sitting at a traffic light facing north bound at Randall Circle in the middle lane about to make a left turn west bound onto Minnesota Avenue when a late model red vehicle (Lexus) pulled along side of Mr. Greenhow and the two other black males vehicle that they were occupying. There vehicle is described by Mr. Greenhow as a early model chevrolet malibu or nova. Mr. Greenhow stated that he was in the rear seat of the vehicle on the drivers side and his friend (Fats) Charles Johnson ██████████████████████ Washington, D.C) was sitting in the front passenger seat, and that a unidentified black male that goes by the name of (Tom) was operating the vehicle. Mr. Greenhow further states that while sitting at the traffic light he heard occupants of the other vehicle state " What Y'all Gritting".

At this time Mr. Greenhow stated he looked at the other vehicle slightly so that he would not be obvious as there vehicle made a left west bound onto Minnesota Avenue from the middle lane. The other vehicle which was in the left lane when Mr. Greenhow stated that they pulled along side of there vehicle made a left turn also onto Minnesota Avenue when Mr.

SE STATUS:    _OPEN    X CLOSED    _OTHER(Explain)                    PAGE 1 OF ? PAGES

INVESTIGATOR'S SIGNATURE _Todd C. Amis #2113_    DATE _May 26, 1994_

SUPERVISOR'S SIGNATURE _____    DATE _5/26/94_

This report is the property of the Metropolitan Police Department, Washington, D.C.
Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

07087

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
## CRIMINAL INVESTIGATIONS DIVISION
## HOMICIDE BRANCH

## REPORT OF INVESTIGATION

*D. 123 REV. 01/74*

| COMPLAINANT/VICTIM | DATE OF OCCURRENCE |
|---|---|
| TIMMEY DORSEY | THUR, MAY, 25, 1993 |

| TYPE OF CASE | CCN | FILE NO: |
|---|---|---|
| HOMICIDE/SHOOTING | 279-044 | |

**NARRATIVE:**                          SYNOPSIS OF CASE INVESTIGATION

**RUNNING RESUME**
Thursday, May 26, 1994
0630-1500 Hrs.

THIS INVESTIGATOR ALONG WITH WASHINGTON, AND WATKIN RESPONDED TO PRINCE GEORGE'S COUNTY HOSPITAL AND INTERVIEWED MICHAEL ROBINSON IN ROOM #726. ROBINSON STATED THE FOLLOWING INFORMATION:   HE ALONG WITH THREE OTHER PEOPLE IN A RED ACURA LEGEND WAS GOING TO 37TH ST. S.E., THEY HAD JUST LEFT THE CIRCLE WHEN A RED CAR WITH EITHER A BLACK OR BROWN TOP PULLED UP ALONG SIDE OF THEM IN THE RIGHT LANE AND STARTED SHOOTING AT THEM.   THIS WITNESS FURTHER STATED THAT PEE WEE WAS IN THE LEFT REAR SEAT AND DARRYL WAS IN THE RIGHT REAR SEAT, DARRYL WAS ALSO ARMED WITH A 9MM AUTOMATIC. DORSEY WAS THE DRIVER OF THE CAR THAT THEY WERE IN, HE ALSO SAID THAT WORD IN THE STREET IS DORSEY WAS THE PERSON THAT KILLED DEWAYNE A FEW DAY AGO WHILE HE WAS COMING FROM THE STORE.   HE FIRST SAID THAT ALL FOUR OF THE PEOPLE IN THE RED CAR THAT PULLED UP ALONG SIDE OF THEM WAS SHOOTING AT THEM, HE LATER CHANGED THAT AND SAID THAT THE DRIVER WASN'T SHOOTING.

THIS WITNESS NEVER STATED WHERE HE WAS AT WHEN HE GOT INTO THE CAR, HE WAS ASKED BUT WOULDN'T SAY WHERE HE WAS COMING FROM OR WHERE THE OTHER THREE PEOPLE WAS COMING FROM. HE IDENTIFY THE OTHER PEOPLE IN THE CAR WITH HIM AS TIMMY DORSEY WHO HE KNEW WAS DEAD, PERSON SEATING BEHIND DORSEY AS PEEWEE, AND DARRYL WAS SITTING BEHIND THIS WITNESS.  HE STATED WAS RETURNING SHOTS BECAUSE HIS EARS HAD A RING TO THEM.

| CASE STATUS: | OPEN | CLOSED | OTHER(Explain) | PAGE 1 OF ? PAGES |
|---|---|---|---|---|

INVESTIGATOR'S SIGNATURE                    DATE 5/26/94

SUPERVISOR'S SIGNATURE                      DATE

This report is the property of the Metropolitan Police Department, Washington, D.C.
Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

07089



METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

# REPORT OF INVESTIGATION

P.D. 123 Rev. 1/74

| COMPLAINANT/ VICTIM | DATE OF OCCURRENCE | |
|---|---|---|
| Dorsey, Timmey Alphonzo | Wednesday May 25,1994 | |
| **TYPE OF CASE** | **CCN** | **FILE NO.** |
| Homicide-Shooting | 279-044 | |

NARRATIVE: GIVE A SYNOPSIS OF CASE INVESTIGATION SUBSEQUENT TO THE LAST REPORT, WITH PERSONS INTERVIEWED, NEW LEADS, AND OTHER INFORMATION ON CASE PROGRESS.

RUNNING RESUME
Wednesday May 25, 1994
Tour Of Duty: 2230-0700

On Wednesday May 25, 1994 at about 2245 hours, the undersigned went to the D.C. General Hospital per the request of Sgt. Shine of the Homicide Branch in reference to this shooting. Upon arrival, the undersigned learned that a Charles Johnson ███████████ of ██████████████. had arrived at the emergency room at 2243 hours. Information gained was that Charles Washington sustained a gunshot wound to his chest region. This injury was not believed to be life threatening according to the nurses desk.

Also present at the hospital was a Larry Gene Greenhow ████████████████████. ████████ He was being detained by a Officer Moore of unknown district due to an outstanding warrant for his arrest. He was wearing a "Dallas Cowboys" baseball hat that had a visible hole in the bill of it. He stated that he received the hole "sometime during the shooting."

While at the hospital, the undersigned attempted to locate more witnesses but had no success.

| CASE STATUS: | ☐ OPEN | ☐ CLOSED | ☐ OTHER (Explain) | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|

| INVESTIGATOR'S SIGNATURE | DATE |
|---|---|
| *Scott W. Guthrie* | 5-26-94 |
| SUPERVISOR'S SIGNATURE | DATE |

This report is the property of the Metropolitan Police Department, Washington, D.C.
Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

07093

WASHINGTON, D.C.
CRIMINAL INVESTIGATIONS DIVISION
HOMICIDE BRANCH

## REPORT OF INVESTIGATION

| | DATE OF OCCURRENCE |  |
|---|---|---|
| V. 01/74 | Wed./May 25, 1994 | |
| COMPLAINANT/VICTIM | CCN | FILE NO. |
| Timmey Alfonso DORSEY | 279-044 | HO#94- |
| TYPE OF CASE | | |
| HOMICIDE (Shooting) | | |

SYNOPSIS OF CASE INVESTIGATION

NARRATIVE:

On Wednesday, May 25, 1994, this writer responded to Prince George General Hospital in reference to the afforementioned shooting, that occurred at 3100 Minnesota Avenue, Southeast. Upon arrival, I learned that two subjects were transported by ambulance from the Minnesota Avenue location. The two subjects are identified as Timmey Alfonso Dorsey of ████ ████████████, ████████████ ████████████ and ████████████████ 8. DORSEY received a gunshot defect to the right ear that enters directly into the middle of the ear and enters the head. No exit wound is observed, the body is supine and naked with obvious hospital induced trauma and a tattoo with the letters TAKO is present above the left nipple. DORSEY was pronounced dead by Dr. PATEL at 2322 hours.

The second subject is identified as Michael T. ROBINSON of ████████ ████████████, ████████████ 3, ████████████████ and ████████████ ROBINSON ceived a graze wound to the forehead above the left eyebrow, the wound is approximately two and one-half inches in length, and runs diagonally from the eyebrow to the hairline, and is about a half-inch in width. ROBINSON also has two additional gunshot wounds to the both hands, and was admitted in stable condition.

As of this writing I was unable to interview ROBINSON, due to his ongoing hospital treatment.

PAGE 1 OF ? PAGES

CASE STATUS: ✓OPEN ___CLOSED ___OTHER(Explain)     DATE 5/26/94

INVESTIGATOR'S SIGNATURE    Eric W. Hainey    # 2103    DATE

SUPERVISOR'S SIGNATURE

This report is the property of the Metropolitan Police Department, Washington, D.C. Neither it nor its contents may be disseminated to unauthorized personnel or agencies.

07095

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

Supplement Number VCI94-5122/1                                          Report Date        10/06/1994

### Supplement Report Information

| | |
|---|---|
| Number | VCI94-5122/1 |
| Date | 10/6/1994 |
| Type Of Report | Investigative supplement |
| Description | CRISSCROSS SHOOTING/HOMICIDE |
| Occurence Date | 10/6/1994 |
| Source | DEA 6: S/A JOHN WALSH |
| Dissemination Code | INTELLIGENCE SECT "ONLY" |
| Total Hours | 0.00 |
| Detective | Unknown User (DMG6823) |
| CCN Number | 94-274044 |

### Synopsis

ON MAY 25, 1994, APPROXIMATELY 2230 HOURS, THREE OCCUPANTS OF AN ACURA LEGEND BECAME INVOLVED IN A CRISSCROSS SHOOTING WITH TWO OCCUPANTS OF AN UNIDENTIFIED RED VEHICLE WHILE IN THE AREA OF MINNESOTA AVENUE AND RANDALL CIRCLE SE.

TWO OCCUPANTS OF THE ACURA, TIMOTHY DORSEY AND WILLIAM POOLE WERE FATALLY WOUNDED AND MICHAEL ROBINSON RECEIVED NON-LIFE THREATENING WOUNDS.

SUSPECTED OCCUPANTS OF THE SECOND VEHICLE, WHICH LEFT THE SCENE, ARRIVED AT D.C. GENERAL HOSPITAL SEEKING TREATMENT FOR GUNSHOT WOUNDS RECEIVED DURING A REPORTED UNPROVOKED SHOOTING IN THE AREA OF RANDALL CIRCLE SE. THESE SUBJECTS WERE IDENTIFIED AS CHARLES JOHNSON, WHO WAS SUFFERING FROM A GUNSHOT WOUND TO THE RIGHT CHEST AREA, AND LARRY GREENHOW, WHO WAS NOT REPORTED TO BE INJURED.

NOTIFICATIONS WERE MADE TO THE MPD HOMICIDE SQUAD WHICH, FOLLOWING AND INVESTIGATION, RESULTED IN THE ARREST OF LARRY GREENHOW.

### Narrative

ON MAY 25, 1994, APPROXIMATELY 2230 HOURS THREE OCCUPANTS OF AN ACURA LEGEND, TIMOTHY DORSEY, WILLMON POOLE (AKA WILLIAM), AND MICHAEL ROBINSON, WERE IN THE AREA OF MINNESOTA AVENUE AND RANDALL CIRCLE, WHERE THEY WERE CONFRONTED WITH GUNFIRE FROM A UNIDENTIFIED RED VEHICLE.

THE UNIDENTIFIED VEHICLE LEFT THE AREA, MPD OFFICERS RESPONDED TO THE AREA AND FOUND THE THREE WOUNDED VICTIMS. INVESTIGATORS FROM REDRUM WERE NOTIFIED AND CONDUCTED AN INVESTIGATION.

TIMOTHY DORSEY, SUFFERED GUNSHOT WOUNDS TO THE HEAD AND SHOULDERS AND WAS TAKEN TO PRINCE GEORGE'S COMMUNITY HOSPITAL WHERE HE EXPIRED APPROXIMATELY 1112 HOURS.

WILLMON POOLE, SUFFERED A GUNSHOT WOUND TO THE HEAD AND WAS TAKEN TO WASHINGTON HOSPITAL CENTER IN CRITICAL CONDITION. ON MAY 31, HE EXPIRED.

MICHAEL ROBINSON SUFFERED GUNSHOT WOUNDS TO THE HEAD AND HANDS, AND WAS TRANSPORTED TO PRINCE GEORGE'S COMMUNITY HOSPITAL IN SERIOUS CONDITION, BUT IS EXPECTED TO RECOVER.

A SHORT TIME AFTER THE SHOOTING TWO INDIVIDUALS, IDENTIFIED AS CHARLES JOHNSON AND LARRY GREENHOW, ARRIVED AT D.C. GENERAL HOSPITAL SEEKING TREATMENT FOR GUNSHOT WOUNDS. THESE SUBJECTS REPORTED BEING INVOLVED IN AN UNPROVOKED GUN ATTACK IN THE AREA OF RANDALL CIRCLE SE.

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

JTRAINUM 09/10/2003 1:50 PM

07101

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

Supplement Number VCI94-5122/1                          Report Date        10/06/1994

*Continued From Previous Page*

JOHNSON WAS ADMITTED WITH A GUNSHOT WOUND TO THE RIGHT SIDE OF THE CHEST. GREENHOW HAD A BULLET HOLE IN HIS HAT, BUT NO REPORTED PHYSICAL INJURIES.

HOMICIDE INVESTIGATORS WERE SUBSEQUENTLY NOTIFIED. FOLLOWING AN INVESTIGATION, GREEN HOW WAS ARRESTED AND CHARGED WITH FELONY MURDER ONE WHILE ARMED.

EDITED, AS REPORTED BY S/A JOHN WALSH ON 5/31/94.
??

### Supplement Subject #1, Victim #1, Dorsey, Timothy Alfonzo

#### Primary Information

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | DORSEY, TIMOTHY ALFONZO |
| Race | BLACK |
| Sex | MALE |
| Birth Date | |
| Age | 23 |
| Juvenile | NO |

#### Subject - DORSEY, TIMOTHY ALFONZO - Personal Description

| | |
|---|---|
| Ethnicity | AMERICAN |
| Height | 509 |
| Weight | 268 |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Complexion | MEDIUM |
| SS Number | |
| Deceased | YES |

#### Subject - DORSEY, TIMOTHY ALFONZO - Criminal Profile

| | |
|---|---|
| FBI Number | |

### Supplement Subject #2, Arrested Subject #1, Greenhow, Larry Gene

#### Primary Information

| | |
|---|---|
| Record Type | PERSON |
| Subject Name | GREENHOW, LARRY GENE |
| Race | BLACK |
| Sex | MALE |

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

Page   2   of   4

JTRAINUM 09/10/2003 1:50 PM

07102

## Metropolitan Police Department
### *WACIIS Investigative Supplement Report*

Supplement Number **VCI94-5122/1**                    Report Date     **10/06/1994**

*Continued From Previous Page*

### Supplement Subject #2, Arrested Subject #1, Greenhow, Larry Gene

Birth Date
Age
Juvenile
Place Of Birth
Comment Line 1
Comment Line 2



### Subject - GREENHOW, LARRY GENE - Personal Description

Ethnicity
Height
Weight
Eye Color
Hair Color
Complexion
US Citizen
SS Number



### Subject - GREENHOW, LARRY GENE - Criminal Profile

Police ID Number

### Supplement Subject #3, Arrested Subject #1, Johnson, Charles Quander Jr

#### Primary Information

Record Type
Subject Name
Race
Sex
Birth Date
Age
Juvenile
Place Of Birth



### Supplement Subject #4, Victim #1, Poole, Willmon

#### Primary Information

Record Type
Subject Name
Race
Sex
Birth Date
Age
Juvenile
Comment Line 2



*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

Page  3  of  4

JTRAINUM 09/10/2003 1:50 PM

07103

## Metropolitan Police Department
### *WACIIS Investigative Supplement Report*

Supplement Number **VCI94-5122/1**                    Report Date        **10/06/1994**

*Continued From Previous Page*

### Supplement Subject #4, Victim #1, Poole, Willmon

### Subject - POOLE, WILLMON - Personal Description

Ethnicity
Deceased
Date Deceased

### Supplement Address #1, Occurred Location #1, Minn Av & Randle Cir Se

#### Primary Information

| | |
|---|---|
| Address | MINN AV & RANDLE CIR SE |
| City Name | WASHINGTON |
| State | DISTRICT OF COLUMBIA |
| Comment | Comment |

### Supplement Address #2, Related To Suspect #1, 5010 Lee Jay Ct

#### Primary Information

| | |
|---|---|
| Address | 5010 LEE JAY CT |
| Qualifier | 201 |
| City Name | DISTRICT HGTS |
| State | MARYLAND |
| Comment | Comment |

### Record Status Information

| | |
|---|---|
| Record Origination Operator | Unknown User (DMG6823) |
| Record Origination Date | 10/06/1994 00:00:00 |
| Last Update Operator | YANCEY, VALERIE L |
| Last Update Date | 01/23/2001 07:20:58 |

| Investigator | Date | Supervisor | Date |
|---|---|---|---|
| Unknown User (DMG6823) | | | |
| | | | |

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

Page  4  of  4

JTRAINUM 09/10/2003 1:50 PM

07104

Lester, Avis
The Washington Post (1974-Current file); May 29, 1994;
ProQuest Historical Newspapers: The Washington Post
pg. B3

# 2 Brothers, 2 Very Different Roads

## Counselor Mourns Sibling Overtaken by the Violence of the City

**By Avis Thomas-Lester**
Washington Post Staff Writer

They were brothers and best friends. They grew up frolicking on the streets of the District's Greenway neighborhood, splashing away the summer heat at the Ridge Road pool and loading up on junk food at the Giant supermarket on Minnesota Avenue.

One was an artist, a composer of poetry. The other, an athlete who brought home Thanksgiving turkeys by winning races at the local recreation center.

As they got older, their lives split like a broken wishbone. One stood against the violence that has gripped the city by volunteering as a youth counselor. The other was sucked into it, arming himself after he was shot in two attacks and drawing an assault conviction after he beat a man with a stick.

Yesterday, the brother who wanted to stop the violence, Donald Marks, wept disconsolately while he clutched his still sibling as he lay in a dark-wood casket.

Marks had lost the biggest battle of his anti-violence campaign Monday when his brother, Dwayne Gaskins, 20, became the city's 156th homicide victim of 1994, shot to death carrying groceries out of the same store where he bought strawberry ice cream cones as a boy.

Marks's face was stony as he patrolled the chapel of Greater Pentecostal Church yesterday, consoling a friend here, a family member there, fighting back his own tears. Twice they spilled over: as he held his brother's body and again while he hugged Gaskins's 2-year-old son, Dwayne Jr. Mourners looked at the scene and wept too, for the little boy,

the dead man and the brother who had tried to save him.

Marks said he had seen a change in his brother after Gaskins's release from Lorton on the assault charge three months ago. "I'm not going to say he had changed completely, but he had changed. . . . That's the thing that hurts the most," Marks said. "After they shot him he asked, 'Why did they shoot me?' . . . He didn't even know why they killed him."

Police have made no arrests in Gaskins's slaying. Investigators have said the shooting was gang-related, a beef between Greenway area crews known for drug dealing and gun violence. Two days after Gaskins's slaying, one man was killed and three others were injured in an incident police attribute to the same conflict.

Marks, 22, is all too familiar with fatal conflicts between former friends. He used to keep a list of acquaintances who had been murdered, but he stopped when his uncle became number 45. Now, he keeps a mental file: name, age, location of wound, how long the victim lingered before death, the reason for the attack.

It was a desire to stop the killing that drew him to get involved, first as a youth conflict counselor, then as a member of the city's Youth Task Force. He patrols the streets and talks to parents and goes into schools and talks to young people. In March, the Metropolitan Washington Public Health Association honored him for outstanding achievement as a youth volunteer.

"He goes into neighborhoods and alleys where many adults won't go," said

Tom Blagburn, who coordinates the task force. "He's committed to doing something about the violence."

Marks, who has published poems decrying bloodshed, said he has been discouraged by the continuing escalation of violence. "I kind of slowed down after my uncle was shot to death last summer," he said. "He was getting out of a car looking for my little cousin and some people shot him trying to hit somebody else. . . . It's like no matter what you do, it keeps happening."

Blagburn said Marks and Gaskins are an example of how even in good families, the lure of the streets "can be stronger than family values."

"Kids come from the same family, but there's something that doesn't catch on with one brother as far as those values go," he said.

Marks said he knew it was the beginning of the end when his brother bought a gun. Gaskins told him he wanted the gun for protection. "I told him once you go that route, you can't go back because when people associate you with a gun, they are afraid of you," Marks said. "And when they come at you . . . they are scared."

At the wake yesterday, handguns were visible in the waistbands of several young men.

Marks still stands against violence. "If there is one thing that I want to say about this, it's that people can't be scared. They've got to do something," he said. "That's the only way any of this is ever going to change. This has got to change. There's too much death, and fear only makes it worse."

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# D.C. Investigator Says Slaying Outside Busy Grocery Was 'a Hit'

**By Ruben Castaneda
and Hamil R. Harris**
Washington Post Staff Writers

Dwayne Gaskins walked out of the Giant supermarket in Northeast Washington Monday evening carrying two jugs of bottled water, a loaf of bread and a bottle of ginger ale he had bought for his family.

As he stepped out of the store, a gunman wearing a ski mask walked up to him and fired more than 10 shots, hitting him at least once in the chest.

Dozens of terrified shoppers and store employees ducked for cover or ran to the back of the supermarket as the attacker got back inside the Ford Bronco he had emerged from, according to police and witnesses. The assailant and the car's driver sped away.

Gaskins, 20, was taken to Prince George's Hospital Center, where he was pronounced dead.

The shooting—one investigator called it "a hit"—occurred on a busy commercial thoroughfare, the 3900 block of Minnesota Avenue, and it was the most recent attack in which a gunman or gunmen opened fire on a target in a public place with what seemed to be no regard for bystanders. In the last 11 months, there have been at least four other such incidents in the District.

In this incident, no one else was injured. But in the last such incident, at the O Street Market in Northwest Washington, 10 people were shot, one fatally, when four gunmen turned a narrow indoor corridor into a shooting gallery.

In that attack, the gunmen apparently thought they were shooting at members of a street crew who they suspected had robbed one of them, investigators said. But the attackers didn't know their targets' names or what they looked like and weren't even sure they were responsible for the robbery, investigators said. Five men have been arrested and charged in that attack.

Most of the other attacks in public have involved assailants and targets with a history of antagonism toward each other.

Investigators in the Gaskins case said yesterday that they have no suspects and know of no definite motive. But because the assailant fled without taking anything, police do not believe the slaying was part of an attempted robbery.

"It was a hit," an investigator said.

Detectives said they will look into the possibility that the attack was related to Gaskins's guilty plea last year on a charge of assault with a dangerous weapon in the shooting death of another young man.

According to D.C. Superior Court records, Gaskins originally had been charged with first-degree murder. In return for his plea, prosecutors agreed not to seek an indictment on the murder charge. Gaskins's sentence was suspended, except for one year, and he was placed on supervised probation for two years. A Department of Corrections spokesman said Gaskins was released in February.

The case involved the Feb. 5, 1993, slaying of Raquib Washington, 18, in the 300 block of Ridge Road SE, the same block where Gaskins lived. According to court records, Gaskins and two other men approached Washington, and he and Gaskins exchanged words. Gaskins then hit Washington in the head with a stick, according to court records.

According to witnesses, at least two of the three men confronting Washington pulled guns and fired at him. Some witnesses said Washington pulled his own gun. Washington was killed, and four others, including Gaskins, were wounded.

Gaskins lived with his mother and other family members in a Ridge Road public housing complex, in the Greenway neighborhood. The complex is a stronghold for members of the Ridge Road Crew, a group associated with drug dealing and violence.

Gaskins's family would not speak with a reporter yesterday.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Cycle of Retaliation Is Cited by Police In Fatal Gun Battle in SE Neighborhood

**By Ruben Castaneda**
Washington Post Staff Writer

An attack Wednesday night that touched off a gun battle that left one man dead and three others wounded apparently was carried out in retaliation for a killing in front of a supermarket two nights earlier—a slaying that police believe also was carried out by young men who prefer to take retribution rather than rely on the criminal justice system.

The attacks and counterattacks involve members and associates of crews known for drug dealing and violence in the Greenway neighborhood, investigators said. The young men frequented or grew up in the area around the 300 block of Ridge Road SE, a stronghold for the Ridge Road Crew, according to police and relatives of the victims and suspects. Rival crews operate on nearby streets.

Last fall, an attack allegedly involving crew members from the Greenway neighborhood fatally injured a 4-year-old girl, Launice Smith, as well as a young man who was the intended target.

As of yesterday, two men had been killed and three men had been wounded in the attacks that began Monday night.

Wednesday night's gun battle occurred about 10:45 p.m. According to police, attackers in a dark-colored vehicle opened fire on several young men in a red Acura Legend. At least one man in the Acura returned fire, and a gun battle ensued, with dozens of rounds fired over several blocks, police said.

The battle ended when the bullet-riddled Acura hit a tree and rolled down an embankment in the 3100 block of Minnesota Avenue SE, in

See RIDGE, C4, Col. 1

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Police Blame Revenge for SE Shootings

RIDGE, From C1

Randle Circle. A semiautomatic pistol was recovered at the scene.

Three men in the Acura were hit, one fatally. Timmy Alfonso Dorsey, 22, of the 3600 block of 11th Street NW, was taken to Prince George's County Hospital Center, where he was pronounced dead. Dorsey owned the car and was driving it, police said. One of his passengers, William Poole, 20, of the 200 block of 37th Place SE, was in serious condition last night at Washington Hospital Center. A second passenger in the Acura was hospitalized in stable condition, police said.

At least one person in the other vehicle was wounded, police said.

Police identified him as Charles Johnson, 19, of the 4400 block of E Street SE. He was in stable condition and under police guard at D.C. General Hospital. Johnson was arrested yesterday and charged with first-degree murder.

Police yesterday also arrested Larry Greenhow, 20, of the 200 block of 37th Place SE. Detectives said Greenhow, who also is charged with first-degree murder, helped attack the men in the Acura.

Detectives suspect the shooting was in retaliation for the Monday night slaying of Dwayne Gaskins, 20, who was gunned down as he walked out of a Giant supermarket in the 3900 block of Minnesota Avenue NE. A masked gunman ran into a waiting Ford Bronco, and the vehicle's driver sped away, police said. Gaskins lived in the 300 block of Ridge Road SE.

Timmy Dorsey's wife, Takisha, said yesterday that her slain husband and Gaskins grew up together in the Greenway area. After Gaskins was killed, some people who knew both men called her home and accused her husband of having helped kill Gaskins, she said.

Takisha Dorsey said her husband, whom she married last week, was not involved in the Gaskins slaying. He dropped out of Cardozo High School and worked as a laborer renovating houses, she said.

Gaskins was killed three months after being released from prison.

A detective said the Gaskins slaying was a "hit."

*Staff writer Avis Thomas-Lester contributed to this report.*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.