# EXHIBIT 2

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    6/11/99

CHARLES JOHNSON, ███████████, was interviewed on 5/20/99, 5/27/99, 6/10/99, 6/21/99, 6/22/99 and 6/28/99 in the Eastern District of Virginia Courthouse, Alexandria, Virginia. Assistant United States Attorney (AUSA) James Trump, AUSA Peter White, Fairfax County Police Department Detective Robert Murphy, Federal Bureau of Investigation (FBI) Special Agent (SA) Brad Garrett, United States Park Police Detectives Todd Reed and Mike Downs were present for the interview on various dates. FBI SA Julie V. Johnson and Defense attorney Robert Jenkins were present at all of the interviews. JOHNSON was advised of the identities of the interviewing agents and he provided the following information:

When he was approximately 14 years old, JOHNSON began dealing drugs. JOHNSON was residing with his mother, DARLENE JOHNSON at 724 31st Street, SE, Washington, DC (WDC). Initially he was selling crack cocaine in "10 packs" for "Fat Sam". "Fat Sam" was around 300 pounds and drove a Blazer or Jimmy type vehicle. JOHNSON believed that "Fat Sam" would now be around 30 years old. Initially, JOHNSON sold "Fat Sam's" drugs in front of the "G&G" store on Minnesota and M, Southeast, WDC.

"Fat Sam" would cook his cocaine into crack at a woman, LINDA Last Name Unknown's (LNU), house. "Fat Sam" requested that JOHNSON move into LINDA LNU's house so he moved out of his mother's residence and in with LINDA LNU. The apartment was on Pope Street, the 4th house on the left side after crossing Branch Avenue.

SHENITA KING and BARBARA WHITE also sold drugs, around this time frame, for "Fat Sam" as well. JOHNSON met them due to their common drug supplier. JOHNSON stated that BARBARA WHITE attracted attention inasmuch as she was the only white girl selling drugs and/or hanging out in the area. KING and WHITE had the nickname of "Oreo" since they were always together.

KENDRIC BROWN sold drugs for "Fat Sam". KENDRIC BROWN resided with JOHNSON for a period of time. KENDRIC BROWN had been arrested as a juvenile with "Fat Sam's" crack cocaine. KENDRIC BROWN dated WHITE for an unspecified period of time. KENDRIC BROWN was recently released from Lorton prison and

---

Investigation on  various      at Alexandria, VA

File # 166E-WF-210581-12                                   Date dictated  6/11/99

by  SA Julie V. Johnson

06977

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

APP-000381

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson _____, On various ____, Page  .2 _____

JOHNSON believes that he is currently residing in the Woodland area of WDC.

SYLVESTER DAVIS was the main seller of "Fat Sam's" drugs. At one point, DAVIS was arrested for selling "Fat Sam's" crack cocaine and stopped selling crack cocaine. JOHNSON last dealt with DAVIS during 1996 and DAVIS only sold marijuana. JOHNSON believes that DAVIS still lives in WDC with his mother.

CHRIS FLETCHER and WILLY Last Name Unknown (LNU), aka STINK, sold drugs for "Fat Sam" as well. "BIG TIME TERRY" was a cousin of "Fat Sam's" and sold large quantities of cocaine for "Fat Sam".

LARRY GREENHOW, JOHNSON's cousin, sold drugs for "Fat Sam" too. GREENHOW didn't sell for "Fat Sam" on a regular basis. ERIC MOSES and RANDOLPH MOSES, aka RANDY MOSES, sold crack cocaine for "Fat Sam". E. MOSES was arrested as a juvenile with "Fat Sam's" crack cocaine. JOHNSON, too, was arrested as a juvenile with "Fat Sam's" crack cocaine. JOHNSON believes that he was approximately 14 years old when that arrest occurred.

When JOHNSON was approximately 15 years old, he and his mother were evicted from 31st Street and moved into LASHONDA DENNA's apartment on G Street. LASHONDA DENNA is the sister of ERIC and RANDOLPH MOSES. Around this time, "Fat Sam" was arrested by the police with a 1/8th kilogram of cocaine and a gun in his car. According to JOHNSON, the police were pressuring "Fat Sam" to 'snitch' on his supplier, MICKEY MOSES, but "Fat Sam" refused to do so. Several months later, upon "Fat Sam's" return to the Minnesota Street area, "Fat Sam" would sell drugs to THOMAS HAGER.

Once "Fat Sam" was arrested, JOHNSON sold drugs for GREG LNU. GREG LNU and his brother, THOMAS, sold drugs out of their mother's first floor apartment at 2920 Nelson Street, SE, WDC. JOHNSON would go there to buy drugs. GREG LNU had JOHNSON, ERIC MOSES, and RANDY MOSES, GARY LNU and ANTHONY LNU selling drugs for him. GARY LNU and ANTHONY LNU also lived on Nelson Street. GREG LNU had known E. MOSES and R. MOSES since elementary school.

JOHNSON believed that GREG LNU was supplied by CHARLIE

06978

APP-000382

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                           . On various        . Page    3

BROWN and KENDRIC BROWN.  CHARLIE BROWN was supplied by his
uncle, MICHAEL PENSON, aka BUCK.  JOHNSON never directly dealt
with CHARLIE BROWN.  JOHNSON recalled GREG LNU buying a ½
kilogram from CHARLIE BROWN.  JOHNSON would come with his money
to GREG LNU and GREG LNU would "double-up" (JOHNSON would receive
twice the amount of drugs that he had money for).  GREG LNU later
began to "front" to JOHNSON.

JOHNSON believed that he worked for GREG LNU for many
months, possibly as long as one year.  JOHNSON began selling
drugs on his own when he was 15 or 16 years old.  After one of
JOHNSON's juvenile arrests, once he was released he lived with
ROBERT EVANS at 720 31st STreet, SE, WDC.  JOHNSON had stored
some crack cocaine at EVANS's house prior to his arrest.  JOHNSON
retrieved this crack cocaine when he was released.  JOHNSON was
then arrested a second time for possession of drugs and a gun. He
was released to a half-way house and then he moved into "Nicee's"
apartment which was across from ERIC MOSES's uncle's apartment in
the 2920 Nelson Street area.  JOHNSON dealt drugs from "Nicee's"
house.

JOHNSON advised that prior to T. HAGER coming around to
the Nelson Street area, JOHNSON knew his brother TERRELL HAGER.
JOHNSON was introduced to TERRELL HAGER by ERIC and RANDOLPH
MOSES.  E. and R. MOSES hung around T. HAGER prior to T. HAGER
being arrested.  Through conversations with T. HAGER, JOHNSON
knew that T. HAGER used to sell drugs for HENRY JAMES, aka "Lil'
Man James".  T. HAGER advised JOHNSON that he earned $5-10,000
per week selling drugs for JAMES.

T. HAGER had been locked up in juvenile for a period of
time and JOHNSON first met him in the Nelson Street area.
JOHNSON never knew T. HAGER when T. HAGER was running around with
JAMES.  JOHNSON initially didn't trust the HAGER brothers and
always kept a weapon on him in case they were to rob him.

JOHNSON was supplied drugs by ERIC REILLY (deceased),
JONATHAN SHIELDS, GREG LNU, and PENSON.  Initially JOHNSON had to
go through SHIELDS to buy drugs from REILLY; however, later
JOHNSON established his own relationship with REILLY.  JOHNSON
was getting 31 or 62 grams of crack cocaine two to three times
per week going from whichever supplier could offer him the most
for his money.  JOHNSON recalled getting 125 grams of crack

06979

**APP-000383**

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                    , On various        , Page    4

cocaine on a few occasions each from SHIELDS, REILLY and PENSON. GREENHOW, E. MOSES, R. MOSES, TOMMY HAGER, and TERRELL HAGER all sold drugs for JOHNSON.  Initially, T. HAGER sold "5 rocks" of crack cocaine for JOHNSON and then moved up to 1/4 and ½ ounces, which T. HAGER would break down and package himself.

GREG LNU was still coming around to the Nelson Street area to sell drugs.  T. HAGER, who was selling drugs for JOHNSON on Nelson Street,  owed JOHNSON $3000 for three ounces of crack. T. HAGER paid SAMUEL HAVERTON, aka "Spider" (deceased), a ½ ounce of crack cocaine to 'get' GREG LNU since T. HAGER did not like GREG LNU selling his drugs on Nelson Street.  It took business away from T. HAGER.

RANDOPLH MOSES, SPIDER and JOHNSON chased GREG LNU and GREG LNU's friend, GARY.  R. MOSES was driving the car, an Acura. They began shooting and GREG LNU was hit in the butt and GARY was also hit by bullets but both lived.

T. HAGER bought drugs from JOHNSON on a regular basis. Whenever JOHNSON was out of drugs, T. HAGER would go to another supplier.  T. HAGER was selling more than ½ ounce of crack cocaine per week from his Uncle Eric's apartment on Nelson Street.  JOHNSON was still conducting hand-to-hand sales himself. JOHNSON was living with "Breeze" in "Breeze's" apartment on 31st Street, SE, WDC.  JOHNSON was moving most of his drugs through T. HAGER and GREENHOW.  "Breeze" would sell the remainder to crack heads that would come to "Breeze's" house to smoke crack.

T. HAGER had ARLINGTON JOHNSON, aka "Juney", and T. HAGER's cousin, "Neldy" (Loneldon Windsor) selling drugs for him. At some point, T. HAGER began to buy drugs from JOHNSON's cousin, ROBERT DORSEY.  ROBERT DORSEY came to JOHNSON and asked him about T. HAGER buying from him.  JOHNSON advised T. HAGER that if he was going sell on Nelson Street, T. HAGER had to go through him. T. HAGER had "Juney" and "Neldy" selling the drugs for him and giving all the proceeds to T. HAGER.  In turn, T. HAGER would buy them clothes, food, etc.

According to JOHNSON, ROBERT DORSEY is no longer selling drugs.  When MARK LURK was arrested by the police, DORSEY got scared.  DORSEY continued to sell drugs for several more years.  DORSEY stopped selling drugs when he heard that the

06980

**APP-000384**

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of __Charles Johnson_____, On __various_____, Page ___5____

police were looking at him for his drug dealing. Upon DORSEY's conversion in 1996 or so, DORSEY gave JOHNSON 13 ounces of crack cocaine to sell.

The most crack cocaine that JOHNSON sold T.HAGER was 3 ½ ounces which JOHNSON bought from his supplier, ERIC REILLEY. It took T. HAGER about one month to sell the 3 ½ ounces. JOHNSON and T. HAGER then took the profits, about $7,000 and bought 1/4 kilogram of crack cocaine from "Hooks". "Hooks" was a supplier from the Eastgate area of WDC. They split the 1/4 kilogram and each kept the profits from what they sold.

After T. HAGER sold his 1/8th kilogram of crack cocaine, he bought either a gray Nissan Z or a brown station wagon. JOHNSON believed that it may have been bought from a car dealership on Suitland Road. T. HAGER wanted JOHNSON to lend him $500 towards the purchase of the car, which JOHNSON did. T. HAGER later paid JOHNSON the $500 back.

At this point, T. HAGER was not really purchasing drugs from JOHNSON anymore. He would occasionally purchase amounts up to an ounce or so. RANDOLPH MOSES and JOHNSON were partners around this time period. T. HAGER was being supplied 31 and 62 grams of crack cocaine by MICHAEL PENSON, JONATHAN SHIELDS, ERIC REILLEY, "Hooks", a Dominican named JUAN and to a small degree, JOHNSON. T. HAGER still had "Neldy" and "Juney" selling drugs for him on Nelson Street. JOHNSON was still buying 31 and 62 grams of crack cocaine. JOHNSON believed that he and T. HAGER were on an equal level as to the amount of crack cocaine they sold; however, JOHNSON was able to sell his faster.

T. HAGER began to sell larger quantities of crack cocaine, in the 1/4 to ½ ounce range. T. HAGER had a customer, "Arnold" who purchased large quantities of crack cocaine. TERRELL HAGER also bought drugs from T. HAGER, but in small quantities. TERRELL HAGER was just selling enough to make money to fund his clubbing, clothes, etc.

Around this time period, JOHNSON believes it was 1992, he purchased a gray 1987 Acura Legend four door Sedan from a car dealership in Arlington, Virginia. JOHNSON traded-in a 300ZX for the 1987 Acura Legend. JOHNSON had purchased the 300ZX for $3000 from a private individual in Virginia. The 300ZX had been titled

06981

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson _____. On various _____. Page __6__.

in the name NICK LNU.  The car dealership where he purchased the
1987 Acura Legend was a used car dealership across from American
Service Center.  JOHNSON believes that he titled the Acura
Legend in the name of NICK LNU as well.

JOHNSON then traded in the Legend for an Acura Coupe at
a car dealership on St. Barnabas Road, Suitland, Maryland.
JOHNSON titled this car in the name of his uncle, LARRY GREENHOW,
Senior.  JOHNSON advised that he had both of these Acura's for
less than one year.

JOHNSON thought that T. HAGER's first car was titled in
the name of ARLINGTON JOHNSON or in the name VAN DAVE.  JOHNSON
had a false license in the name of VAN DAVE.

In 1992 or so, JOHNSON moved from "Breeze's" house to
his mother's house on E Street and then to Bruce Street in
Arlington, Virginia.  JOHNSON was approximately 18 years old and
he lived with his girlfriend, REGINA WHITE, and their son.  The
lease for the apartment was in WHITE's name.  JOHNSON was still
going back to 31st Street and selling drugs.  JOHNSON traded-in
his Acura for a blue Oldsmobile.  JOHNSON received $7000 from the
trade-in.  JOHNSON took part of this money and bought some drugs.
The rest of the money he used to pay off bills and things.

JOHNSON recalled that at some point T. HAGER owned a
brown Maxima.  His cousin, LARRY GREENHOW was stopped in Prince
Georges' County, Maryland in this car and was arrested with a gun
in the car.

JOHNSON and R. MOSES were still partners in the drug
business when JOHNSON lived on Bruce Street.  JOHNSON was still
purchasing 31, 61 and 125 grams of crack cocaine from "Hooks" and
five or so Dominicans including a Dominican named JUAN, who dealt
drugs from the back of the TR Center.  MICHAEL PENSON, a.k.a.
"BUCK", had cultivated the connection with Dominican JUAN.

In 1993, JOHNSON and R. MOSES were selling from
"Pimp's" apartment on which was a first floor apartment in the
last building on the leftside of Nelson Street.  T. HAGER was
selling drugs from "Hawk's" apartment which was a top floor
apartment in second to last apartment building on the leftside of
Nelson Street.  T. HAGER was selling drugs from his uncle ERIC's

06982

**APP-000386**

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                    , On various        , Page    7

apartment and also from a house near the auto parts store on Minnesota Avenue, SE, WDC.

JUNEY, JUNIOR and NELDY were selling for T. HAGER. JOHNSON believed that JUNEY had a license to drive but JUNIOR and NELDY did not.  Another buyer of T. HAGER's, "Arnold", was selling weight quantities for T. HAGER in the 10th Street area. JOHNSON thought that "Arnold" sold for T. HAGER from the early 1990's to 1993. JOHNSON estimated that if T. HAGER purchased 62 grams of crack cocaine it would take him a week to sell it.

T. HAGER would come to JOHNSON's house on Bruce Street in Arlington, Virginia to socialize as well as pick up some drugs.  T. HAGER would only purchase ounces quantities from JOHNSON but was purchasing 31 and 62 grams from others.  JOHNSON didn't recall "Juney" or "Neldy" at his house on Bruce Street.

R. MOSES would come to JOHNSON's house and obtain drugs.  Since they were partners, R. MOSES would take whatever amounts he wanted from JOHNSON.  GREENHOW and ERIC MOSES would come to JOHNSON's house and obtain drugs from JOHNSON as well.

During 1993, TERRELL HAGER had his own supplier of crack cocaine.  TERRELL HAGER bought from T. HAGER and from others.  SHENITA KING was selling crack cocaine from her supplier, "Snake" or "George".  T. HAGER was angry that she had a supplier other than him and T. HAGER wanted to rob "Snake/George".

T. HAGER distributed crack cocaine to some buyers in the Simple City area of WDC.  These buyers would purchase crack cocaine in 8 gram, 1/4 and 1/2 ounces quantities.

Around the time of BARBARA WHITE's death in October, 1993, JOHNSON believed that T. HAGER was driving a blue Lebaron type vehicle which was titled in SHENITA KING's name.  JOHNSON was driving REGINA WHITE's 1985 Subaru.  JOHNSON recalled a white 300ZX that T. HAGER drove during this time period as well. JOHNSON believed that this car was titled in "Uncle Eric's" name.

Although JOHNSON cannot recall the time period, JOHNSON remembered that T. HAGER had a burgundy Lexus type vehicle which JOHNSON, A. JOHNSON, E. MOSES would all drive.  JOHNSON recalled

06983

**APP-000387**

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                              , On various        , Page    8

    that T. HAGER had a vehicle seized by the Washington, D.C. Metropolitan Police Department.

    During the 1993 time period, T. HAGER was still being supplied cocaine by "Hooks", Dominican JUAN, ERIC REILLEY, and ROBERT DORSEY. T. HAGER was still occasionally being supplied by JOHNSON but more so by "Hooks". JOHNSON described "Hooks" as a black male, 180 pounds, muscular, dark completed, early 30's, and knew him to drive a black Bronco in 1993. JOHNSON last saw "Hooks" in 1997 or 1998 driving an old blue Chrysler. JOHNSON believed that "Hooks" had a store on Wisconsin Avenue and that he dealt drugs in the Eastgate area of WDC. JOHNSON would purchase drugs from "Hooks" as well. The most crack cocaine JOHNSON ever purchased from him was 9 ounces for $7000. FINK (deceased) had cultivated the connection for the group with "Hooks".

    R. MOSES and JOHNSON were buying drugs from "Hooks", MICHAEL PENSON, ERIC REILLEY, ROBERT DORSEY and Dominican JUAN. They were buying in quantities of 31 and 62 grams. JOHNSON was paying an average price of $1500 per 62 grams. JOHNSON and R. MOSES purchased 31 and 62 grams of crack cocaine from Dominican JUAN. Dominican JUAN charged an average of $1500 per 62 grams of crack cocaine.

    JOHNSON would occasionally see BARBARA WHITE in the neighborhood. She and "Wee-Wee" had a baby together. WHITE would come to "Wee-Wee's" grandmother's residence on Ely Place to visit him. JOHNSON had heard rumors that "Wee-Wee" 'went hard' (didn't have any problems shooting guns) for CHRIS FLETCHER, RICK LNU, aka "X-rated Rick", and "Porky". JOHNSON believed that RICK and "Porky" were brothers.

    CHRIS FLETCHER dealt crack cocaine. He was supplied by "Fat Sam". JOHNSON knew this because on one occasion, "Fat Sam" requested JOHNSON to get the $3500 that was owed to him by FLETCHER. FLETCHER drove a Mercedes Benz and the rumor in the neighborhood was that a family member of FLETCHER's died and left him money. JOHNSON didn't personally know "Wee-Wee" but he knew FLETCHER, RICK and "Porky".

    A feud began between FLETCHER and his associates and T. HAGER and his associates over a gun. There was a .357 chrome Conan pistol that had been stashed for several months at the TR

06984

APP-000388

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                      , On various           , Page      9

center.  Some younger guys found the gun and gave it to FLETCHER.
T. HAGER and E. MOSES found out that FLETCHER had the gun.  T.
HAGER and FLETCHER already knew each other from prison.  E. MOSES
advised JOHNSON that E. MOSES was going to get the pistol back
from FLETCHER.  E. MOSES went to try and get the gun back but
failed to retrieve it.

FLETCHER and RICK LNU, who were high on PCP, came to
31st Street wearing bullet-proof vests and carrying a .380
pistol, a .357 pistol and a .9mm pistol looking for E. MOSES.  E.
MOSES came up behind them carrying a Mac-11 machine gun and they
saw him.  T. HAGER appeared and convinced FLETCHER and RICK LNU
to remove their bullet-proof vests and place their guns in the
car.

T. HAGER took his snubnose .38 revolver and shot both
of them.  It was nighttime when the shooting happened.  After the
shooting, T. HAGER and STANLEY CURRY, JOHNSON's step-brother,
took the vests and guns out of FLETCHER's car. STANLEY CURRY was
with T. HAGER when the shootings happened and told JOHNSON was
happened later.  T. HAGER also told JOHNSON about what happened.

JOHNSON was at "Pimp's" house when the shootings
happened.  "Pimp's" house was approximately 4 blocks away from
the shootings.  T. HAGER and STANLEY CURRY came to "Pimp's" house
with the vests and guns and gave them to JOHNSON.  JOHNSON stored
them inside of "Pimp's" house.  T. HAGER told JOHNSON that he
didn't know if he killed FLETCHER or not and that he wanted
JOHNSON to look out for him.  T. HAGER then left the area and
went to his apartment.

The police raided "Pimp's" house some time later and
got the guns and vests from inside the apartment.

After the shooting the entire neighborhood was prepared
for retaliation from FLETCHER and his associates.  Instead,
FLETCHER came up to T. HAGER and talked about going out with some
girls, etc.  and never retaliated.

Several weeks later, T. HAGER advised JOHNSON, while
JOHNSON was at T. HAGER's apartment, that BARBARA WHITE had come
to his and SHENITA KING's apartment on Silver Hill Road.  T.
HAGER stated that he didn't know how she knew where he lived but

06985

APP-000389

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                    , On various        , Page    10

either SHENITA KING or KING's mother showed her where it was. JOHNSON stated that NELDY, A. JOHNSON, aka JUNEY, and SHENITA KING were there.  T. HAGER stated that he thought BARBARA WHITE was going to tell "Wee-Wee" where he lived.  T. HAGER believed that "Wee-Wee" would tell FLETCHER and RICK where the apartment was and they would kill him.

One day, some time later, T. HAGER came to "Pimp's" house where JOHNSON was.  T. HAGER told JOHNSON that he was going to kill BARBARA WHITE.  SHENITA KING knew that BARBARA WHITE lived near the multi-plex theater in Arlington, Virginia. JOHNSON advised T. HAGER that a lot of police were around that area so if he shot her, the police would hear.  T. HAGER told JOHNSON that he was going to use a knife.  T. HAGER told JOHNSON that they'd stopped at a convenience store off of Branch Avenue to buy gloves.  JUNIOR, JUNEY, T. HAGER and SHENITA KING were all going to go to the apartment in KING's blue 4-door LeBaron type vehicle.

JOHNSON believes that T. HAGER told him all of this because he and T. HAGER were very close at this time.  JOHNSON never saw the gloves.  Later that evening, T. HAGER returned to "Pimp's" apartment and told JOHNSON that he'd killed BARBARA WHITE and that JUNEY and JUNIOR were with him.  JOHNSON advised that FRANK MOSES was in the apartment when T. HAGER told JOHNSON all of this.  The next morning or the morning after, JOHNSON was listening to the radio and heard about BARBARA WHITE's murder and realized that T. HAGER had actually killed BARBARA WHITE.

T. HAGER told JOHNSON that BARBARA WHITE had been on the telephone with "Wee-Wee" when they went into the apartment. T. HAGER also told JOHNSON that the morning when the police came to his and SHENITA KING's apartment, he was running to the back of the apartment to get his gun.  He stopped running when the infra-red beams of the police weapons were on him. The police were looking for clothing evidence and they took a pair of boots. T. HAGER advised JOHNSON that they had gotten rid of all the clothing that they had worn the night of the murder.  T. HAGER told JOHNSON that the police had missed the drugs and guns that had been stored in a stereo speaker.

During later conversations with T. HAGER, T. HAGER would brag that "his youngin's go hard now".  JOHNSON took that

06986

APP-000390

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of   Charles Johnson                                   , On various        , Page   11

to mean that JUNEY and JUNIOR were not scared to kill anyone.
When JOHNSON was living with JUNEY in Virginia, JUNEY told
JOHNSON that when they, JUNEY, JUNIOR, T. HAGER and KING went
into WHITE's apartment, KING held the baby in the living room.
JUNEY, JUNEY and T. HAGER began to stab WHITE with knives.  T.
HAGER then filled up the bathtub with water and put her into the
tub.  WHITE was still making grunting noises at this point.
JUNEY, JUNIOR, and T. HAGER were stepping in the water to hold
her under the water.  They then plugged a curling iron into the
wall and tried to drop it into the water.

JOHNSON was arrested in May, 1994 by the WDC
Metropolitan Police Department for a murder charge.  LARRY
GREENHOW was also arrested for this murder.  GREENHOW pled guilty
to the murder and JOHNSON was released during early 1995.  When
he was released, T. HAGER's drug business was still going strong.
JOHNSON initially lived with REGINA WHITE at his father's house
at 4440 E Street, SE, WDC for two-three months.  After leaving
there, JOHNSON then stayed with his cousin KEVIN at the Kennebec
apartments for 4-5 months.  After that stay, JOHNSON moved in
with his step-father for a few months and then to his friend,
JAMES HOMEY's house.

While JOHNSON was in jail, R. MOSES visited JOHNSON on
several occasions.  After one of those visits, R. MOSES told T.
HAGER that as soon as JOHNSON was released, JOHNSON was going to
rob T. HAGER.  After JOHNSON was released, JOHNSON heard that T.
HAGER and his friend, DAVE LNU, were going to kill him.  During
this time period, T. HAGER was still selling drugs on Nelson
Street.  JOHNSON went to "Nicee's" house and saw JUNEY there.
JUNEY was no longer working with T. HAGER so JUNEY started
working with JOHNSON.

T. HAGER and JOHNSON still were friends but were never
close again.  JOHNSON didn't trust T. HAGER after hearing of the
threat on his life.  JOHNSON recalled one occasion when T. HAGER
came to HOMEY's house to ask JOHNSON for a gun.  T. HAGER wanted
a .357 which JOHNSON got for him.  JOHNSON was selling drugs from
HOMEY's house.  Initially JOHNSON started with 8 grams and
eventually moved up to 62 grams.

JOHNSON, EMORY STEETS and TAMMY LNU were selling small
amounts of crack cocaine.  EMORY STEETS had beaten up TERRELL

06987

**APP-000391**

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                    , On various          , Page    12

HAGER on two occasions and basically did not get along with the HAGER brothers.   JOHNSON bought a older model burgundy Oldsmobile for $600 from the B&L dealership in WDC.   JOHNSON thought that the vehicle was titled in TAMMY LNU's name.

Around the time of T. HAGER's request for the gun, T. HAGER was arguing with E. MOSES.  According to JOHNSON, T. HAGER had stolen a 16 ounce bottle of PCP from "Monty" and "Roe". After T. HAGER took the bottle, he gave it back to "Roe" and wanted "Roe" to pay for it.   "Roe" refused and E. MOSES was sticking up for "Roe" and "Monty".  After "Roe" and "Monty" heard that T. HAGER was getting the gun from JOHNSON, "Roe" and "Monty" wanted JOHNSON to page T. HAGER so that they could retaliate against T. HAGER.  JOHNSON did not make the call.

At the end of 1995 or early 1996, JOHNSON moved to his grandmother's house in the Fredericksburg area of Virginia. JOHNSON had sold crack cocaine in the Fredericksburg, VA area from the time he was 16 or 17.   JOHNSON estimated that during these earlier years, he sold crack cocaine in the Fredericksburg, VA area once a month or so.   T. HAGER occasionally sold in that area too.  Most of the time JOHNSON came to the Fredericksburg area to ride dirtbikes and T. HAGER rode with him.  The drugs that JOHNSON was selling in Fredericksburg were purchased in WDC.

After JOHNSON moved to Virginia he traveled back to WDC and found GREENHOW and A. JOHNSON.  JOHNSON then brought them back to his grandmother's house in Virginia to live with them. They started selling crack cocaine to local crackheads.  JOHNSON believes that they each were selling 8 grams per week.  They were supplied by ERIC REILLY in WDC and by DION LNU, from the Kentucky Courts area in WDC.

JOHNSON, A. JOHNSON and a friend of JOHNSON's, MARCELLIS BURNS, went to the Georgetown South area in Fredericksburg, VA and an unknown male from the WDC area attempted to hit JOHNSON with his car.  JOHNSON, A. JOHNSON and BURNS left the area.

The next night JOHNSON, A. JOHNSON, GREENHOW and BURNS returned to the area in the burgundy Oldsmobile.  JOHNSON and A. JOHNSON got out of the vehicle.  JOHNSON had crack cocaine on his person.  GREENHOW and BURNS were smoking marijuana and PCP in the

06988

FD-302a (Rev. 10-6-95)

166E-WF-210581

Continuation of FD-302 of  Charles Johnson                                      . On various           . Page    13

car.  The police came up to the vehicle and searched the car.
BURNS got out the car and ran.  During the search a .357 pistol
and some crack cocaine were located in the car.  GREENHOW was
arrested and the charges were ultimately dismissed.

          A. JOHNSON returned to the WDC area to his aunt's house
on Alabama Avenue.  From there, A. JOHNSON moved to Manassas,
Virginia with his mother.  JOHNSON stopped selling drugs towards
the end of 1997 and did not sell anymore drugs until he was
incarcerated during June, 1998.

          After JOHNSON moved to Fredericksburg, VA in 1995/96
and lived there awhile, JOHNSON came back up to WDC for three or
four months and lived with KIKI LNU on Stanton Road.  JOHNSON
believed that the time period was roughly late 1996 early 1997.
After leaving KIKI's house JOHNSON then moved in with his baby's
mother on Clay Street and finally to his step-father's house in
Riverdale, Maryland.  JOHNSON was selling marijuana on E Street
and was seeing T. HAGER socially.

          T. HAGER was selling drugs on East Capitol Street near
T. HAGER's grandmother's house.  JOHNSON would see T. HAGER on
the street selling drugs and T. HAGER would come on E Street to
see JOHNSON.  JOHNSON recalled one occasion during 1997 when T.
HAGER purchase a 1/4 pound of marijuana from him.  JOHNSON
recalled that their last crack cocaine deal was during 1995.

06989

APP-000393

5/29/99 1030 @ U.S. Field C H/Mickey

Charles Q. Johnson w/ Def. Atty Robert Jenkins

Det. Murphy, Det. Leadman ; D.C. AUSA Glenn Kirschner

Agent Julie Johnson

AUSA Jim Trump, Pete White

B/M, 30's, big, obese

Started hustling drugs @ age 14 - for Fat Sam - around
G & G , Minn. & M -

Staying w/ mother on 31st St. (Age 14)       Fat Sam cooked crack here

Pope St. w/ a crackhead B/F - "Linda", house on Pope St.

Worked for Fat Sam until he was arrested - for 2-3 years -

Fat Sam did time in Lorton prison + for drugs - out of jail now -

got out in '96 (Fat Sam)  '94 '95

(Worked for Sams)
    Kedrick Brown (Dated Barbara), Woodland area of D.C.
    Sylvester Davis - lives near 31st St., D.C. (Fat Sam's helper)
            (R Street)

→ Chris Fletcher

"Stink", Willie ?

Eric Moses

Randy Mose (Eric's brother)

    Larry Greenhow

Fat Sam drove a blazer/jimmy - was living w/ B/F, dark skinned -
near 28th Pl. -

Hager had no relation w/ Fat Sam until F.S. came home from jail
in '94-'95

Charlie could make $100-200 a day working for Fat Sam -
Fat Sam was being supplied by Mickey Moses (Eric's uncle)   01474

APP-000394

Met Tommy on Nelson Place - after Fat Sam get locked up -
Started hustling for Greg?

after Fat Sam got locked up - (Greg's source: Charlie Brown)

"Buck" - Michael Penson (Kedrick's Uncle) another source -

Shenita & Barbara got drugs from Greg -

Gary & Anthony hustled for Greg -

Don't Know of any dealings Tommy H. had w/ Greg -

Charlie had started selling on his own when Tommy arrived in the

neighborhood - , downstairs apt. - to the right

2920 Nelson Place, Greg's apt., went here to get drugs -

across from Tommy's uncles'

Worked for Greg < than a year - at age 15/16 - Greg was still in the

neighborhood -

Tommy paid "Spider" to take care of Greg -

Tommy owed Charlie 3,000 - for 3 ounces of crack -

_drove_
_Randolph Moses_, Tommy, Spider, & Charlie, chased Greg, Gary - Charlie shot

Greg in buttocks on Nelson Place - Tommy had told Juney to

stay off the street (Spider's cousin: Juney)

Spider was later killed - (unrelated)

Tommy told them to "hit" Greg, to get him out of the neighborhood -

Tommy gave Spider a half-ounce of crack for the hit -

Charlie & Randolph got nothing from Tommy for the shooting -

Charlie was working for Tommy @ the time -

'91-'92 - - Randy drove Charlie's Acura - Charlie was 15/16

Met Terrell before Tommy -

Charlie was living w/ "Niecie" - hustling - Nelson Place -

Tommy came home from juvenile detention -

Charlie carried a .22 pistol during this time -   Killed last years

Stayed w/ Neicie for several months - getting drugs from Eric Riley

APP-000395

Was selling a [?] a week when met Tommy

People that worked for Charlie:

Larry, Eric, Tommy, Terrell, Randy

Met Riley thru Jody –

Charlie's drug sources:

Fat Sam, Buck, Eric Riley, Jody

"Hooks" – E Street area

– Then Charlie started selling on his own –

D.C. Homicides:

① Hooks killed 2 guys @ parking lot of E St., 5323 E St., S.E.
Saetta's baby's father was killed – (Charlie was 17-19 years old)
Saetta lived in the bldg. next to Charlie –
Hooks told Charlie this – killed over a beef w/ "Tony" – they
pulled a gun on Tony –

② William Hurd [shooter], drove an orange Nova – occurred on 31st St. –
gun fell out a guys shorts –        picked it up & shot
Larry, Eric, Randy, knew of it – Eric witnessed –
Homicide Det. questioned Charlie ref. murder – Charlie was a juvenile –
                    & Eric
"Bubbs"
③ William Hurd killed "V-man" – 28th @ phone booth –
Eric & Terrell were there – shot in head – one X –
Charlie was 19 @ the time –

④ 58th St., S.E. – "Black Jack" – had robbed Charlie of $800 – 2
guys – female: Apple – Minn. Ave. –
Mark Buchart – gave money to – 2 guys robbed Mark & Charlie –
Apple told Charlie, Eric, Tommy, Larry, Bubba, Rowe, Red [?]
On 58th – found where they lived –

APP-000396

Charlie + all the guys went out of 58th -

Everyone was shooting - saw Eric shoot a guy - heard that guy died - they were shooting back - out of the bldg. -

Eric's cousins: Fink (dead) & Gary -

Eric was looking for Preston (now dead)

Gary said Eric killed the wrong guy - (killed a junkie)

Tommy told Charlie about killing Dave & Lump -

01477

**APP-000397**