# EXHIBIT 3

12/18/00 - 1100 via U.S. Attorney's Office w/

Larry Greenhow, Sr.                                    Murphy/Garrett

Grew up in S.E. - Mother: Ruby Greenhow

 Father: Aubrey Greenhow

In 90's - living in P.G. Co. Md. - Marlboro Pike w/

 Lajune Watson, fiancee - have daughter: Lakita Greenhow -

Larry Jr. lived here for 2 years: 5010 Marlboro Pike, Forestville -

from '92 - '94

Know Tommy, Juney, Jr. - I.D.'s photo's -

'91-'92 - First saw them thru Larry & Charlie - they were all

selling drugs - would see Larry & Charlie w/ large amounts of

money from selling drugs - they had nice cars, nice clothes, no jobs -

· 98 - Larry Sr. arrested in Stafford

Arrested: '94 or '95, Arlington Co., Poss. of Coke. - served several years
                                  10/94

got out in '95 - out for 3 years - arrested again in '98 -

Have gotten cocaine from Charlie approx. 1 or 2 X - crack

  "    "    "    "    "    Larry   "    "  "  "  - "

In '95 - got out of jail & moved in w/ father in Stafford -

Assumed everyone was carrying guns - have come home & Charlie,

Larry, Tommy, & other people there - guns would be laying out -

handguns - unk. what type -
                          Sr.        3/
Guns in Stafford - when Larry was arrested in '98 - were brought

there for Charlie to buy - came out of a burglary.

· 98 Arrest in Stafford - Got cocaine from Charlie -

Have walked into Darlene's apt. on Nelson Pl. - saw drugs

there - large quantity of rock cocaine - they were breaking it up -

sometime in '94 - saw Charlie, Larry, Tommy, and other people -

can't remember who else -

All the young guys APP-000205 hang out @ Darlene's - she was

01442

kill their mother - Tommy respected Darlene

Eric Moses hung out w/ them too -

Stan -, Bob Dorsey & Mark Lurk - too -

Chris & Francis Fletcher familiar - from Nelson Pl. - possible shooting? - not sure -

Can't recall any shootings - didn't witness any -

- Charlie was shot - while w/ Larry Jr. - Larry took him to the hospital - then got arrested -

Last saw Tommy - Spring of '98 - in Stafford - just prior to Larry being arrested -

Went w/ Charlie once, in Arlington - Wilson Blvd. -

Charlie bought a Lexus - gray? - paid cash - car put in Larry's name - not positive - Charlie knew the sales people -

Charlie, Larry Sr., Eric Moses, & maybe one other person - can't remember who -

Tommy, Charlie, Larry Jr., & Eric Moses always had cars - lots of them - would see them all w/ large quantities of cash - none of them had jobs - understand them to be hustling -

Charlie moved in w/ Aubrey Greenhow in '96 - six months after Larry Sr. got out of jail - they started selling in Va. -

remember seeing Janey - don't remember Janey being in Va. -

Charlie would bring guys down to Va. & they would stay in the small detatched house that Larry Sr. built beside Aubrey Greenhow's house - would see guns in there - Charlie would leave guys there -

'92-'94 - Darlene lived on E St., Eastgate - Simple City - the guys were hanging out there too -

01443

Thu. 5/7/98 1400   Meeting @ U.S. Atty's Office w/
Det. Goodman, S/A John Cox, AUSA Jim Trump, AUSA Pete
Charlie Johnson's Brother: "Stanley Willie Curry"

— Copies of Warrants for C. Johnson (Arrest + Search)
— NCIC entry?

Fri. 5/8/98  1000 — 720-4486  Stafford Sheriff's Office - CID
Assigned to: Gill Kendall, Deputy - 504-720-4480
Det. Billy Boland x4489 Dpt. (Billy Eamon)   3/31/00  540-658-4400
                                              1000
3-17-98 Dist. of Cocaine — (3-2-98?)
   → Using Carry Greenhow's name — S.W.
Ply. Van.
w/   Charles Lomax (Arrested on a capias)
Stolen shotgun, pistol, money, Stolen 9mm Taurus, .44 mag.
revolver - stolen, 7.62 mm. pistol stolen, — scales, crack,
guns in shed,
        Stoney Hill - Aubrey Greenhow -
Charlie was living in shed -

01510

**APP-000207**