# EXHIBIT 4

5/15/98  1500

Charlie Johnson paged: 911 -
540-752-2318   @ Grandmother's house -

2 new charges:   - Stolen gun
                 - Poss. of mary'j:

26,000 Bond

Going to go to jail - wants to meet w/ Jim Trump -
2300/ 911 paged again - @ Warrant Desk w/ his grandmother

85 Poplar Road -
1st House on Left -

→ 110 Stonehaven Dri
      # 302
Sta. Fred. Va. 22406

9/29/99  1020   Spoke w/ Ms. Greenhow -
Charlie is working @ the
McDonald's on Rt. 17/95            New: 540-286-2848
540-
O: 899-1985
11/8/99  Charlie's New  Home #: 540-286-0970

Mother: Darlene Johnson
        540-752-0750
Left
Village Pkwy.  Stafford Lakes Apts.   M+P Market - next left
        Stonehaven Drive
2nd Right -
Bldg. 114,   Apt 102

Moving to Bldg. 110,  #302    Charlie -
                                 Cell: 540-538-0902
                         12/7/00
Moved to:
1/25/01  1223 Thomas Jefferson Place   APP-000208

01514