# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

JAN 2 2 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:05cr264** |
| | ) | |
| **THOMAS MOROCCO HAGER** | ) | |

## ORDER

The matter came before the Court on (i) the government's motion to quash the subpoenas *duces tecum* issued on December 22, 2006, to the Federal Bureau of Investigation, the Drug Enforcement Agency, and the Fairfax County Police Department and (ii) the government's motion for reconsideration of the January 9, 2007 Order denying the government's motion to stay production of records pursuant to these subpoenas.

For the reasons stated from the Bench, and for good cause shown,

It is hereby **ORDERED** that the government's motion to quash the subpoenas directed at the Federal Bureau of Investigation, the Drug Enforcement Agency, and the Fairfax County Police Department is **GRANTED**. Accordingly, these subpoenas are **QUASHED**.

It is further **ORDERED** that the government's motion for reconsideration of the January 9, 2007 Order is **GRANTED**. Accordingly, for the reasons stated from the Bench, the remaining subpoenas directed at other law enforcement agencies, are **QUASHED**.

The Clerk is directed to send a copy of this Order to all counsel of record. An *ex parte* under seal order of even date has issued identifying the specific subpoenas.

Alexandria, Virginia
January 22, 2007

T. S. Ellis, III
United States District Judge