# EXHIBIT 9

## FAIRFAX COUNTY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| Page 1 | Date of Event 11-29/30-93 | Time of Event 2300/1630 | Case Number 93334001265 |
|---|---|---|---|

| Name Last First MI | | Phone Residence | Phone Business |
|---|---|---|---|
| WHITE  Paul  C. | | (410) 750-3867 | (443) 689-9021 |

| Address Number Street City State | SSAN | AGE | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| 2709 Rocky Glen Way  Ellicott City, MD  21043 | ---- | | W | M | 4-7-50 |

| Location of Event | Original Reported Event |
|---|---|
| 7234 Fairchild Drive #1 | HOMICIDE |

**Monies paid to Shenita King by Fairfax County Police Department:**

| 4-6-04 | $414.20 | Flight expense for Shenita to return to D.C. for interviews |
|---|---|---|
| 2-8-05: | $2000 | Living expenses |
| 6-22-05: | $247.80 | Flight expense for Shenita and her daughter to relocate |
| 7-25-07: | $745.67 | UPS expense to ship Shenita's property to her after relocation |
| 3-30-07: | $1000 | Living expenses |
| 8-21-07: | $100 | Meal money |
| 8-30-07: | $200 | Meal money |
| **Total:** | **$4707.67** | |

| Case Status (Check Only One Block) | | | |
|---|---|---|---|
| ☐ 6 Active TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
| ☐ 1 Active   ☐ 7 Active TOT CIS   ☐ 5 Active TOT ___ | ☐ 9 Inactive – WOF | ☒ 4 Closed Arrest | ☐ Victim Refused to Cooperate   ☐ Juvenile / No Custody |

| Date Report | Time of Report | Investigated By | EIN | Case Closed (Status 4 or 8) | ☐ Prosecution Declined |
|---|---|---|---|---|---|
| 8-30-07 | | Det. Robert J. Murphy | 1206 | ☐ Juvenile(s)  ☒ Adult(s) | |
| Time Rcvd | Time Arrvd | Time Clrd | Approving Supervisor | EIN        Date | ☐ Death of Offender |
| -------- | -------- | -------- | | | ☐ Extradition Denied |

06456

TC0065062