# EXHIBIT 10



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

*Chuck Rosenberg*
*United States Attorney*

*James L. Trump*                              *jim.trump@usdoj gov*
*Assistant United States Attorney*
*2100 Jamieson Avenue*                        *703/299-3726*
*Alexandria, Virginia 22314*                  *FAX 703/299-3981*

October 14, 2007

Joseph J. McCarthy
510 King Street, Suite 400
Alexandria, Virginia 22314

John C. Kiyonaga
526 King Street, Suite 213
Alexandria, Virginia 22314

       Re:    *United States v. Hager*
              No. 1:05cr264 (TSE)

Gentlemen:

As previously disclosed in our letter dated September 17, 2007, Shenita King has received financial assistance from the government since 1999 when she began cooperating. She has received money from the FBI, Fairfax County, and the Department of Justice (through its Victim Witness Assistance Program).

The money Ms. King received has been for housing, local transportation, long distance travel (including travel for her daughter), and other living expenses. She typically received about $500 per month. There have been certain occasions over the past several years in which she received more than this amount. For example, earlier this year, the apartment complex in which she lived had a fire, and she could no longer live at that location. She also lost some of her personal property. Because trial was only a few months away, instead of trying to locate another apartment, the government moved her into a long term hotel at a substantially increased monthly cost.

Ms. King received a total of $72,935.99 since 1999. She received $58,162.97 from the FBI, $4,757.67 from Fairfax County, and $10,015.35 from DOJ.

During interviews, law enforcement officers and agents have provided Ms. King with drinks and snacks from time to time.

TC0057014

*Letter to McCarthy and Kiyonaga*
*October 14, 2007*
*Page 2 of 2*

Ms. King met with officials of the United States Marshals Service twice in the past two weeks to discuss the witness protection program. She plans to meet with the USMS again this week about the program after she concludes her testimony. No decisions have been made as to whether she would be eligible for the program.

Ms. King has acknowledged that she has used marijuana since her mid-teens. At times, she has used marijuana almost daily. At other times, she stopped using marijuana for long periods.

Sincerely,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

James L. Trump
Assistant United States Attorney