# EXHIBIT 11

June 15, 2005

Samuel Hamilton, Attorney at Law
8401 Colesville Road
Silver Spring, MD 20910

RE:    Shenita N. King

Mr. Hamilton,

I am writing to notify you of an ongoing relationship with Shenita N. King and the
Fairfax County Police Department.  You currently represent Ms. King in a misdemeanor
case of possession of marijuana that occurred in Prince George's County, MD.  Ms. King
is an important and necessary witness in a 1993 homicide case that occurred in Fairfax
County.  Ms. King has been cooperative and helpful during this investigation and has
provided pertinent information that will lead to the arrests of several persons in the near
future who are responsible for the 1993 murder previously mentioned.  Due to these
anticipated arrests, the Fairfax County Police Department, along with the Federal Bureau
of Investigation, felt the need to move Ms. King to a safer location several states away.  I
shall remain in contact with Ms. King and monitor her activities.  Due to her being
relocated, she will be unavailable to accompany you to her Prince George's County court
status hearing on June 30, 2005.  Due to the sensitive nature of this information, please
safeguard the contents of this letter.  Please feel free to contact me for further clarification
if needed and thank-you for your consideration in this matter.

Sincerely,

Robert J. Murphy, Detective
Fairfax County Police Department
Criminal Investigations Bureau, Homicide Section
4100 Chain Bridge Road
Fairfax, VA 22030
Office: (703-246-7857

06455

TC0065061