# EXHIBIT 12



TC0048458