# EXHIBIT 13



TC0004575



TC0004576



TC0004577



TC0004578