# EXHIBIT 14

11/14/05 0950 w/                                    Garrett/Murphy
Lonnie Barnett
+ Def. Attys: Michael Nachmanoff, P.D.
            Lana Manitta, Def. Atty.

Started - @ Tommy's apt. - Shanita said Barbara had been there
Tommy didn't like it - Barbara's boyfriend + Tommy beating -
Lonnie @ grandmother's house -
Tommy picked them up - said going to go talk to Barbara -
B. said she didn't know nothing - Tommy hit her in her head w/
a gun - T. told L. to get socks to tie her up - did so - told
Arlington to run bathwater - put her in bathtub - (Arlington +
Tommy) - they threw her in ~~hairdryer~~ threw in the water - it
wasn't working - Arlington said - let's use knives - Tommy agreed -
Arlington went and got knives - Tommy told L. to help - L.
stabbed B. 5-10 X - she was still alive - Tommy flipped
B. over in tub + stood on top of her holding her underwater -
Tommy said he wanted to make sure she was dead - for several
minutes - B's body made an awful sound - she was obviously
dead -
Tommy, Shanita, Arlington, + Lonnie - was wearing gloves + a knit cap -
don't remember Tommy passing them out -
Went back to Nelson Pl - not sure - maybe went to Grandmother's
in Cheverly, Md. - Felicia Hager - (Hilda Hager - passed away
in 95 or 96)
Everything occurred in bathroom - Tommy hit her in face w/ gun in
living room - Lonnie got socks - ~~Arlington~~ Tommy got knives in kitchen -
Shanita in living room - (read she was holding B's baby) -
Shanita knew where B. lived - don't recall going to a movie
theater - recall going to Va to movie theaters prior on
occasion - 1X or 2X -

05547

(at the scene in Tommy was the likely sanction the clothes ended)
up at Tommy's apt. in Md. — 2 people — Tommy + Arlington? —
took clothes out + disposed of them —

Tommy — we were just going to talk to B. — he was concerned
that B. knew where he lived — didn't say he was going to kill
her — B.'s boyfriend was beefin w/ Tommy — (Parents)
Grew up on 10th St. NE, 1000 10th St., 926 C St., NE —
10th & C NE. (Grandmother) — moved to Md. in 91-92 —
Father: Lonnie Barnett Sr. — died — worked for P.C. public schools —
Mother: Pamela Barnett (sister on Tommy's father)
Father + Mother split up when Lonnie was 17 — living w/ grandmother in
Cheverly — went to Elliot Jr. High in DC — in Md. went
to Fairmont Heights H.S. — in 12th grade when murder happened —
grad. from Duvall H.S. in '95 — first X dealing —
Juv. record — when 16 — arrested for PWID in DC — got probation —
                          Tommy's cousin
Age 17 — w/ Tommy — told L. to hold a gun — jump out police
pulled up + grabbed L. — Nelson Pl. — stayed in Oak Hill —
2 months — got out + went back to school —

Cousins w/ Tommy — saw him growing up — started hanging w/
him @ age 17 — liked him — got along — was fun — Arlington was
hanging w/ Tommy — started hanging w/ them @ uncle Eric Hoger's
apt. on Nelson Pl. — would catch subway + bus from g'mother's
house to Nelson Pl. — Tommy was selling drugs — Arlington selling
for him — Tommy would pick on Arlington — Tommy started Lonnie
to watch Arlington — make sure he didn't spend any of the $ —
Arlington would sell mainly on Nelson Pl. — Tommy sent them
to 10th St. once — got robbed — came back to Nelson —
Lonnie didn't sell drugs — just around it — tried it on my
own — not into the drug game like they were —
Don't know where Tommy got his drugs from —

05548