# EXHIBIT 15

C%lose

%Open

%Save

%Print

_____

_____

1 Docket Entries
2 Parties
3 No Notes
4 Ticklers

5 Costs
6 Events
7 Print Docket
8 Link Group(s)
9 Service Maintenance
10 Service Summary

Release Status
Arrest Agency

Bond Amt

Badge #

Case Judge RANKIN, MICHAEL L    >

Officer    >

Defendant (Criminal)
Full Name FIELDS, ANTHONY    >                                      1 of 3
D.O.B.    01/18/1960                    Alias Name(s) FEILDS, ANTHONY A
                                                      FEILDS, ANTHONY
                                                      FIELDS, ANTHONY A
PDID    321275    DCDC#
                  DL St                                              1 of 4
Gender    Male    Race  *Black          Address Type Correctional Facility

Address    USP LEE- REG# 40906-007
           U.S. PENITENTIARY
Attorney(s BERMAN SEMMES, Mrs JOYCE  >    P.O. BOX 305
)
Code    CJA                          City/ST/Zip  JONESVILLE    VA  24263  >
                                     Address Type Home Address
                                     Address      67 K ST NW

                                     City/ST/Zip  WASH          DC        >
                                     Address Type Home Address
                                     Address      230 W STREET       23
                                                  NW

                                     City/ST/Zip  WASHINGTON    DC  20001  >
                                     Address Type Home Address
                                     Address      67 K ST NW

                                     City/ST/Zip  WASH          DC  20002  >

                                                                   1 of 4
Charge    1 U840          >  Type:Pro                              0 of 0
CCN       0080851  Arrest069905873 Arrest  10/09/1999  Enhancement(  >
                   #              Dt                    s)
DescriptionUCSA PWID COCAINE

Charge    2 U834          >  Type:Pro                              0 of 0
CCN       0080851  Arrest069905873 Arrest  10/09/1999  Enhancement(  >
                   #              Dt                    s)
DescriptionUCSA DIST COCAINE
Charge    3 1834          >  Type:Ind                              0 of 0
CCN       0574074  Arrest069905873 Arrest  10/11/1999  Enhancement(  >
                   #              Dt                    s)
DescriptionUCSA DIST COCAINE
Charge    4 1840          >  Type:Ind                              0 of 0
CCN       0574074  Arrest069905873 Arrest  10/11/1999  Enhancement(  >
                   #              Dt                    s)
DescriptionUCSA PWID COCAINE

                                                                   0 of 0
Next Event              Date/Tim              Linked
                        e                     Group(s)
Event Judge
Case Disp  Guilty- Plea    Disp    10/11/1999
           Judgment Guilty  Date

Prosecutors ——————————————————————————— 0 of 0
Agency              >  Full Name          >    Case          _____ ...
                                               Attributes
                                               Case Number 1999 FEL 007498
                                               Filed       10/11/1999
Case Comments                                  Status      Closed
                                               Secret Case F    IncompletF
                                                                e

| Case Number | Status | Judge |
|---|---|---|
| 1999 FEL 007498 | Closed | RANKIN, MICHAEL L |

| In The Matter Of | Action |
|---|---|
| FIELDS, ANTHONY | UCSA PWID COCAINE |

| Party | | Attorneys |
|---|---|---|
| FIELDS, ANTHONY | CDEF | BERMAN SEMMES, Mrs JOYCE |
| FEILDS, ANTHONY A | AKA | |
| FEILDS, ANTHONY | AKA | |
| FIELDS, ANTHONY A | AKA | |

| Opened | Disposed | Case Type |
|---|---|---|
| 10/11/1999 | Guilty- Plea | Felony |
| | Judgment Guilty | |

Comments:

---

Charge:                                    Speed:        Zone:

Description:

Amnd Chrg:    U840

Description:  UCSA PWID COCAINE


Disposition: Charge No Papered     Disposition Date:  10/11/1999

Plea:                       Decision:

Sentence:
Amount:              Traffic Points:        Restrictions:

License Suspended Days:     Start Date:            End Date:

Jail Time:              Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:      Start Date:            End Date:

Comments:
Charge:                                    Speed:        Zone:

Description:

Amnd Chrg:    U834

Description:  UCSA DIST COCAINE


Disposition: Grand Jury          Disposition Date:  12/01/1999

1999 FEL 007498   FIELDS, ANTHONY

                   Indictment Filed

Plea:                          Decision:

Sentence:
Amount:                        Traffic Points:        Restrictions:

License Suspended Days:         Start Date:            End Date:

Jail Time:                      Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:              Start Date:            End Date:

Comments:
Charge:    1834                                 Speed:        Zone:

Description:  UCSA DIST COCAINE

Amnd Chrg:   48DC904.01A1-Y

Description:  Distribution Of a Controlled
              Substance


Disposition: Found Guilty - Plea    Disposition Date:  05/22/2000

Plea: Guilty                   Decision:

Sentence:
Amount:                        Traffic Points:        Restrictions: $100 VVCC TO
                                                       BE DEDUCTED
                                                       FROM PRISON
                                                       PAY

License Suspended Days:         Start Date:            End Date:

Jail Time:                      Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:              Start Date:            End Date:

Comments:
Charge:    1840                                 Speed:        Zone:

Description:  UCSA PWID COCAINE

Date: 02/02/2015

CRTR5925

Summary

1999 FEL 007498   FIELDS, ANTHONY

Amnd Chrg:    48DC904.01A1-X

Description:   Poss W/I to Dist a Controlled
              Substance

Disposition: Found Guilty - Plea    Disposition Date:  05/22/2000

Plea: Guilty                        Decision:

Sentence:
Amount:                    Traffic Points:        Restrictions: $100VVCC TO
                                                  BE DEDUCTED
                                                  FROM PRISON
                                                  PAY

License Suspended Days:    Start Date:            End Date:

Jail Time:                 Start Date:            End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:            End Date:

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------------------------------|-------------------------------|-------------|
| 1 | 05/08/12 | Case Management Review Description: Order Denying Motion to Reduce Sentence signed by Judge Michael Rankin, filed, copies mailed, and Entered on the Docket 5/8/12 (lbo) 5/08/12 | 0.00 | 0.00 |
| 2 | 05/08/12 | Order Denying Motion to Reduce Sentence signed by Judge Michael Rankin, filed, copies mailed, and Entered on the Docket 5/8/12 (lbo) | 0.00 | 0.00 |
| 3 | 11/28/11 | Case Management Review Description: Motion to Reduce Filed and Address Updated. 11/28/11 Forwarded to chambers. | 0.00 | 0.00 |
| 4 | 11/28/11 | Motion to Reduce Filed and Address Updated. Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 5 | 10/20/08 | E Designate Process Complete | 0.00 | 0.00 |
| 6 | 10/08/08 | E Designate Process Complete | 0.00 | 0.00 |

Date: 02/02/2015                                              Docket Sheet
CRTR5925                                                       Summary

1999 FEL 007498    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 7 | 11/05/07 | Judgment and Commitment Order | 0.00 | 0.00 |
| 8 | 11/05/07 | Sealed Docket: | 0.00 | 0.00 |
| 9 | 11/05/07 | Crime Victims Compensation Fund  Receipt:<br>109344  Date: 12/17/2009  Receipt: 136434<br>Date: 12/14/2010  Receipt: 149393  Date:<br>06/15/2011  Receipt: 168593  Date:<br>03/20/2012  Receipt: 174466  Date:<br>06/19/2012  Receipt: 179963  Date:<br>09/19/2012  Receipt: 186446  Date:<br>12/18/2012  Receipt: 198049  Date:<br>06/26/2013 | 200.00 | 0.00 |
| 10 | 11/05/07 | Sentence<br>**Sentence for Charge # 4, Poss W/I to Dist<br>a Controlled Substance<br>Sentence Date: 11/05/2007<br>Confinement Type:  Confinement<br>Concurrent Sentence with 1999 FEL 007498<br>3, AND CONSECTIVE TO ANY OTHER SENTENCE<br>Fine Amount:        0.00, Amount<br>Suspended:  , Due:<br>VVCA Amount:        100.00, Due:<br>Restitution Amount:        0.00<br>Sentencing Comments: $100VVCC TO BE<br>DEDUCTED FROM PRISON PAY** | 0.00 | 0.00 |
| 11 | 11/05/07 | Sentence<br>**Sentence for Charge # 3, Distribution Of a<br>Controlled Substance<br>Sentence Date: 11/05/2007<br>Confinement Type:  Confinement<br>Time Susp: 0 years, 0 months, 0 days.<br>Concurrent Sentence with 1999 FEL 007498<br>4, AND CONSECTIVE TO ANY OTHER SENTENCE<br>NOW SERVING<br>Fine Amount:        0.00, Amount<br>Suspended:  , Due:<br>VVCA Amount:        100.00, Due:<br>Restitution Amount:        0.00<br>Sentencing Comments: $100 VVCC TO BE<br>DEDUCTED FROM PRISON PAY** | 0.00 | 0.00 |
| 12 | 11/05/07 | Form Filed: MODIFY SUPPORT ORDER FORM | 0.00 | 0.00 |
| 13 | 11/05/07 | Form Filed: COURT COST | 0.00 | 0.00 |
| 14 | 11/05/07 | Form Filed: J AND C | 0.00 | 0.00 |

1999 FEL 007498    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 15 | 11/05/07 | Event Resulted - Release Status: The following event: Report and Sentencing scheduled for 11/05/2007 at 9:30 am has been resulted as follows:<br><br>Result: Held<br>Judge: RANKIN, MICHAEL L    Location: Courtroom 202, DEFENDANT SENTENCED TO ONE COUNT OF DISTIBUTION OF COCAINE (COUNT 3) AND   PWID-COCAINE ( COUNT 4) | 0.00 | 0.00 |
| 16 | 11/01/07 | Prisoner Transfer Request<br><br>Prisoner Transfer Request<br>Sent on:   11/01/2007   17:01:53 | 0.00 | 0.00 |
| 17 | 09/13/07 | Pre Sentence Report Package | 0.00 | 0.00 |
| 18 | 09/04/07 | Case Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 19 | 08/29/07 | Report and Sentence<br>Event: Report and Sentencing<br>Date: 11/05/2007    Time: 9:30 am<br>Judge: RANKIN, MICHAEL L    Location: Courtroom 202<br><br>Result: Held | 0.00 | 0.00 |
| 20 | 08/29/07 | Commitment Pending Disposition Filed<br><br>Commitment Pending Disposition<br>Sent on:   08/29/2007   15:26:04 | 0.00 | 0.00 |
| 21 | 08/29/07 | Event Resulted - Release Status: The following event: Bench Warrant Return Hearing scheduled for 08/29/2007 at 2:00 pm has been resulted as follows:<br><br>Result: Held<br>Judge: RANKIN, MICHAEL L    Location: Courtroom 202, BENCH WARRANT QUASHED, CASE CONTINUED FOR REPORT AND SENTENCING, 11-05-2007. HWOB, COME UP TO ISSUE. | 0.00 | 0.00 |
| 22 | 08/29/07 | Event Resulted - Release Status: The following event: Bench Warrant Return Hearing scheduled for 08/29/2007 at 1:00 pm has been resulted as follows:<br><br>Result: Vacated<br>Judge: DORSEY, FREDERICK D    Location: Courtroom 202 | 0.00 | 0.00 |

1999 FEL 007498   FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 23 | 08/29/07 | Event Scheduled<br>Event: Bench Warrant Return Hearing<br>Date: 08/29/2007    Time: 2:00 pm<br>Judge: RANKIN, MICHAEL L    Location:<br>Courtroom 202<br><br>Result: Held | 0.00 | 0.00 |
| 24 | 08/29/07 | Event Scheduled<br>Event: Bench Warrant Return Hearing<br>Date: 08/29/2007    Time: 1:00 pm<br>Judge: DORSEY, FREDERICK D    Location:<br>Courtroom 202<br><br>Result: Vacated | 0.00 | 0.00 |
| 25 | 08/29/07 | Alert Served---USL #79<br>*Failure to Appear served on: 08/29/2007<br>For: FIELDS, ANTHONY | 0.00 | 0.00 |
| 26 | 01/12/01 | JUDGE: TERRELL          , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BENCH WARRANT ISSUED FOR  FAIL TO APPEAR -<br>PR | 0.00 | 0.00 |
| 27 | 12/18/00 | JUDGE: TERRELL          , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 28 | 11/13/00 | JUDGE: TERRELL          , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 29 | 10/13/00 | JUDGE: TERRELL          , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 30 | 09/26/00 | JUDGE: TERRELL          , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>CONTINUED:    3    4<br><br>                CONT. DATE: 10-13-2000<br>FOR: PRETRIAL SHOW CAUSE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |

Date: 02/02/2015  15:06:32
CRTR5925

Docket Sheet
Summary

1999 FEL 007498    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 31 | 09/25/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 32 | 08/28/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 33 | 07/21/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 34 | 06/26/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 35 | 06/07/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 36 | 05/22/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 37 | 05/01/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>CONTINUED:   3    4<br><br>                CONT. DATE: 05-22-2000<br>FOR: PRETRIAL SHOW CAUSE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 38 | 04/04/00 | JUDGE: TERRELL            , MARY<br>DEFENSE ATTY: BERMAN SEMMES        , JOYCE<br>CONTINUED:   3    4<br><br>                CONT. DATE: 05-01-2000<br>FOR: PRETRIAL SHOW CAUSE<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |

Date: 02/02/2015  15:06:22.2          Docket Sheet          Page: 8
CRTR5925                                Summary

1999 FEL 007498   FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------|----------------------------------|-------------|
| 39 | 03/23/00 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: UNOPPOSED MTN TO CERTIFY CASE TO<br>DRUG COURT CALENDAR<br>OPPOSITION FILED: 00-00-0000    HEARING<br>DATE: 00-00-0000    DISP:<br>    DISP DATE: 00-00-0000 | 0.00 | 0.00 |
| 40 | 01/21/00 | JUDGE: COMBS GREENE       , NATALIA<br>DEFENSE ATTY: BERMAN SEMMES       , JOYCE<br>CONTINUED:   3   4<br><br>            CONT. DATE: 05-01-2000<br>FOR: JURYTRIAL<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 41 | 12/17/99 | JUDGE: REID WINSTON       , RHONDA<br>DEFENSE ATTY: BERMAN SEMMES       , JOYCE<br>CONTINUED:   3   4<br><br>            CONT. DATE: 01-21-2000<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 42 | 12/01/99 | JUDGE:               ,<br>DEFENSE ATTY: BERMAN SEMMES       , JOYCE<br>GRAND JURY:   2<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE:<br>COMMENT: GRAND JURY ACTION CODE CHANGED | 0.00 | 0.00 |
| 43 | 11/02/99 | JUDGE: REID WINSTON       , RHONDA<br>DEFENSE ATTY: BERMAN SEMMES       , JOYCE<br>DISPOSED:   2<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 44 | 10/11/99 | JUDGE: MACALUSO        , JUDITH<br>DEFENSE ATTY: BERMAN SEMMES       , JOYCE<br>CONTINUED:   2<br><br>            CONT. DATE: 11-02-1999<br>FOR: PRELIMINARY HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |

|                          | Amount | Balance |
|--------------------------|--------|---------|
| Totals By:  Holding      | 200.00 | 0.00    |
| Information              | 0.00   | 0.00    |

*** End of Report ***

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION – FELONY BRANCH

SUPERIOR COURT OF
DISTRICT OF COLUMBIA
CRIMINAL DIVISION

2012 MAY -8 P 2: 02

UNITED STATES OF AMERICA　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　v.　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

ANTHONY FIELDS　　　　　　　　　 :

FILED

Criminal Case No. 1999-FEL-7498
Judge Michael L. Rankin

## ORDER

Before the court is defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. §
3582(c)(2), dated November 28, 2011. For the following reasons, the motion is denied.

On September 4, 2007, defendant Anthony Fields pled guilty to one count of
Distribution of Cocaine and one count of Possession of Cocaine with Intent to Distribute.
Defendant was sentenced to 30 to 90 months imprisonment for each count, to run
concurrently. (J. & Comm. Order.) In his motion, defendant argued that he was sentenced
to a term of imprisonment based on a sentencing range that has been subsequently lowered
by the U.S. Sentencing Commission. (Def.'s Mot. to Reduce Sentence at 2-3.) According
to defendant, Amendment 706 of Appendix C of the U.S. Sentencing Guidelines Manual
("Amendment 706") reduced the cocaine-to-crack cocaine quantity ratio to 18-to-1. (*Id.* at
3.) Pursuant to 18 U.S.C. § 3582(c)(2) (2006), defendant argued that the new ratio should
apply retroactively to reduce his sentence. (*Id.*)

Anthony Fields was charged in the Superior Court of the District of Columbia with
two violations of D.C. Code §33-541 (1981 ed.), one count of distribution of cocaine and
one count of possession with intent to distribute cocaine. Mandatory minimum sentences did
not apply to his charges and were not imposed on his sentence. In fact, when Mr. Fields was
sentenced, in November 2007, after he had been on bench warrant status for eight years, the

MAILED From Chambers　MAY　8 2012

DOCKETED In Chambers　MAY　8 2012

Case: 1999 FEL 007498
DKT: CRR0DH

court did not use sentencing guidelines in determining a fair and just sentence. Instead, the court considered the offenses that the defendant admitted committing; the reasons that he gave in explaining his conduct; his criminal history, that includes prior convictions for the same offences as here; and the fact that although he was offered drug treatment he made the choice to jump bail and was in bench warrant status until his arrest for domestic violence. Given the circumstances, the court is not inclined to reduce the sentence.

Accordingly, defendant's Motion to Reduce Sentence is **DENIED**.

**SO ORDERED**.

Date: May 8, 2012

**MICHAEL L. RANKIN, Associate Judge**

Copies To:

Mr. Anthony Fields
Federal Inmate No.: 40906-007
FCI Gilmer
Post Office Box 6000
Glenville, WV 26351

Assigned United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530

Ms. Joyce Berman Semmes, Esq.
9605 Montgomery Drive
Bethesda, MD 20814

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CRIMINAL DIVISION

ANTHONY FIELDS,
          MOVANT,

2011 NOV 28 P 3: 25

FILED

VS.

Case No. 1999 Jel 7498
PDID No. 321-275

UNITED STATES OF AMERICA,
          RESPONDENT,

## MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

COMES NOW THE MOVANT, ANTHONY FIELDS, A FEDERAL PRISONER, IN PROPER PERSON, PURSUANT TO 18 U.S.C. § 3582(c)(2), WHO MOVES THIS HONORABLE COURT TO REDUCE HIS SENTENCE BASED ON THE UNITED STATES SENTENCING GUIDELINES MANUAL APP. C, AMENDMENT 706 (2011), THE AMENDMENT WHICH CHANGED THE GUIDELINE THAT GOVERNED SENTENCING FOR 18 U.S.C. § 841 OFFENSES. THE MOVANT STATES THE FOLLOWING IN SUPPORT:

## STATEMENT OF THE CASE

MOVANT WAS INDICTED BY A GRAND JURY SEATED

1

IN WASHINGTON D.C. OF THE DISTRICT OF COLUMBIA, WHICH CHARGED MOVANT WITH THE FOLLOWING:

COUNT (3): DISTRIBUTION OF COCAINE 21 U.S.C. 8841;

COUNT (4): PLVID-COCAINE 21 U.S.C. 8841;

AFTER A JUDGE FINDING OF GUILTY, MOVANT WAS SENTENCED ON BOTH COUNTS 30 TO 90 MONTHS ON BOTH COUNTS TO RUN CONCURRENT OF EACH OTHER, BUT CONSECUTIVE TO ANY OTHER SENTENCE BEING SERVED.

MOVANT WAS SENTENCED TO THE ABOVE IMPOSED INCARCERATION ON NOVEMBER 5TH, 2007, AND IS CURRENTLY INCARCERATED AT F.C.I. GILMER, P.O. BOX 6000, GLENVILLE, W.V. 26351.

## STATEMENT OF THE FACTS

MOVANT FILES THIS INSTANT MOTION PURSUANT TO 18 U.S.C. 8 3582 (C)(2), SEEKING AN ORDER WHICH WILL REDUCE A SENTENCE THAT WAS IMPOSED AFTER MOVANTS CONVICTION FOR DISTRIBUTION OF COCAINE 21 U.S.C. 8841. 18 U.S.C. 8 3582(C)(2) AUTHORIZES FEDERAL DISTRICT COURTS TO REDUCE THE SENTENCE IMPOSED ON A DEFENDANT WHO HAS BEEN SENTENCED TO A TERM OF IMPRISONMENT BASED

2

ON A SENTENCING RANGE THAT HAS BEEN SUBSEQUENTLY LOWERED BY THE U.S. SENTENCING COMMISSION, PURSUANT TO 28 U.S.C. §994(C), IF SUCH REDUCTION IS CONSISTENT WITH APPLICATION POLICY STATEMENTS ISSUED BY THE SENTENCING COMMISSION. U.S. SENTENCING GUIDELINES MANUAL §1B1.10 (1998) PROVIDES THAT U.S. SENTENCING GUIDELINES MANUAL APP. C, AMENDMENT 706 (2008) 18 TO 1 RATIO DISPARITY OF CRACK COCAINE MAY BE APPLIED RETROACTIVELY IN AN 18 U.S.C. §3582 (C)(2) PROCEEDING. U.S. SENTENCING GUIDELINES MANUAL APP. C, AMENDMENT 706 (2007 AND 2011) ADDS AMENDMENT 706 TO THE LIST OF RETROACTIVE GUIDELINES AMENDMENTS IN U.S. SENTENCING GUIDELINES MANUAL §1B1.10 (C) (1998).

## CONCLUSION

WHEREFORE, BASED ON THE ABOVE PREMISES, IT IS MOVANT'S CONTENTION THAT A REDUCTION IN HIS SENTENCE IS CONSISTENT WITH U.S. SENTENCING GUIDELINES MANUAL §1B1.10 (C). THEREFORE, THIS COURT SHOULD GRANT ALL APPROPRIATE AND NECESSARY RELIEF THIS COURT DEEMS IN THE BEST INTEREST OF JUSTICE.

EXECUTED THIS   DAY OF         '2011

3

RESPECTFULLY SUBMITTED

/s/_____

ANTHONY FIELDS
F.C.I GILMER P.O. BOX 6000
GLENVILLE, W.V. 26351

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOLLOWING MOTION TO REDUCE SENTENCE, PURSUANT TO 18 U.S.C. §3582(c)(2), HAS BEEN MAILED TO THE PARTIES LISTED BELOW BY PLACING SAME IN THE INSTITUTIONAL LEGAL MAIL SYSTEM WITH THE PROPER POSTAGE, 1ST CLASS AFFIXED THIS_____ DAY OF _____, 2011.

OFFICE OF THE UNITED STATES ATTORNEY

UNITED STATES SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

/s/ Anthony Fields
ANTHONY FIELDS

4

2000132131

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

_Anthony Fields_

Case No.: _1999 fel 7498_

PDID No.: _321 275_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of    ☐ Not Guilty    ☑ Guilty to the Charge(s) of _____

_(3) Distribution of Cocaine_

_(4) PWID - Cocaine_

and having been found guilty by    ☐ Jury    ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Counts 3 4_

_30 to 90 months, Counts 3 4 Concurrent to each other, consecutive to any other sentence now being served._

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985]

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

    ☐ Observe the general conditions of probation listed on the back of this order.

    ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

    ☐ Treatment for    ☐ alcohol problems    ☑ drug dependency or abuse as follows:

    ☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

    ☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _200.00_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and    ☐ have    ☑ have not been paid. _to be deducted from prison pay_

ORDERED that the Clerk deliver a true copy of this order to appropriate, authorized official(s) and that the copy shall serve the commitment/order for the defendant.

_11-05-2007_
Date

Certification by Clerk pursuant to Criminal Rule 32(d)

_11-05-2007_
Date

Judge _Michael L. Rankin_

_Ann Harris_
Deputy Clerk

Form CD(18)-1040/Oct 01

BURGESSM 11/05/2007 12:58:42 PM

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CRIMINAL DIVISION

### COMPLAINT

No. F 74985

District of Columbia ss:

The undersigned having made oath before me declared that on OR ABOUT THE 9TH day of OCTOBER, A.D. 19 99, at the District aforesaid, one

ANTHONY FIELDS OF 67 K ST. NW WDC

DID UNLAWFULLY, KNOWINGLY, AND INTENTIONALLY DISTRIBUTE A QUANTITY OF

COCAINE, A SCHEDULE II, CONTROLLED SUBSTANCE,

In violation of Title 33 Section 541 (a) (1) of the District of Columbia Code.

Affiant's Name:

Subscribed and sworn to before me this 11TH day of OCTOBER, A.D. 19 99

(Judge) (Deputy Clerk)

Superior Court of the District of Columbia

### WARRANT

To the United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____, 19_____.

DOB: 1/20/62    SEX: MALE

CCR: 574-074    PDID: 321-275

Charge: DISTRIBUTION OF A CONTROLLED SUBSTANCE

Date of Offense: 10/9/99

Officer: MOORE

Badge No: 22

ARREST # 069905873

Judge

Superior Court of the District of Columbia.

OFFICER MUST EXECUTE RETURN:

Officer's Name _____

Time _____

Date _____

CO DEF: HUTCHINSON

Form CD(17)-1559/Feb 87

87—P7524B wd116

*U.S. GPO: 1996-716-206/93262

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 12, 1999

CLERK OF
SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
FELONY BRANCH

1999 DEC -1 P 4: 36

FILED

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Criminal No: F-7498-99 |
| : | F-7497-99 |
| v. : | |
| : | Violation:    33 D.C. Code |
| ANTHONY A. FIELDS : | 541(a)(1) |
| PDID: 321-275 : | |
| DONNELL HUTCHINSON, ALSO : | |
| KNOWN AS NATHANIEL PEARSON : | (Unlawful Distribution of a |
| PDID: 417-692 : | Controlled Substance; Unlawful |
| : | Possession With Intent To |
| : | Distribute a Controlled |
| : | Substance) |
| : | |
| : | |

The Grand Jury charges:

FIRST COUNT:

On or about October 9, 1999, within the District of Columbia, Anthony A. Fields and Donnell Hutchinson, also known as Nathaniel Pearson, did unlawfully, knowingly, and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.   (Unlawful Distribution of a Controlled Substance, in violation of 33 D.C. Code, Section 541(a)(1))

SECOND COUNT:

On or about October 9, 1999, within the District of Columbia, Anthony A. Fields and Donnell Hutchinson, also known as Nathaniel Pearson, did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.   (Unlawful Possession With Intent To Distribute a Controlled Substance, in violation of 33 D.C. Code, Section 541(a)(1))

Wilma A. Jewis l c dw
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

Foreperson

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING CONDITIONS OF RELEASE.

LOCKUP NO. 011

OCTOBER 11, 1999

UNITED STATES OF AMERICA VS ANTHONY ~~~~~~~~~~~~~~~~~~

CHARGES: DIST COC FWID COC

DATE OF BIRTH: 01-20-62

ALSO KNOWN AS:
ANTHONY HOOKS

ADDRESS:

CURRENT ADDRESS:   1140 NEIL STREET, NE
            WASHINGTON, DC 20002
LIVES WITH: MOTHER
LENGTH OF RESIDENCE: 4 MOS OFF/ON
UNVERIFIED  SEE REMARKS

CURRENT ADDRESS:   1320 W STREET, NW APT 13
            WASHINGTON, DC 20001
LIVES WITH: SISTER
LENGTH OF RESIDENCE: 4 MOS OFF/ ON
UNVERIFIED  SEE REMARKS

PRIOR ADDRESS:      67 K STREET, NW
            WASHINGTON, DC 20003
LIVES WITH: SISTER
LENGTH OF RESIDENCE: 2-5 YEARS
UNVERIFIED  SEE REMARKS

EMPLOYMENT/SCHOOL/SUPPORT:

PRESENT STATUS: UNEMPLOYED
HOW LONG: 1 YEARS
INCOME SOURCE: FAMILY
UNVERIFIED  SEE REMARKS

COMMUNITY TIES/EDUCATION:

DC AREA RESIDENT FOR: LIFE        STEADILY
YEARS EDUCATION: 011
MARITAL STATUS: SINGLE
NUMBER CHILDREN: 02
LIVES WITH CHILDREN: NO
OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
        CHILD/CHILDREN
VERIFIED BY SISTER

HEALTH HISTORY:

NO APPARENT HEALTH PROBLEMS

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 011 (CONTINUED)
ANTHONY ANTONIO FIELDS                                    OCTOBER 11, 1999
                                                          PAGE: 02


SELF-REPORTED SUBSTANCE ABUSE:

    DEFENDANT INDICATES DRUG USE WITHIN PAST WEEK

TEST RESULTS:

    FROM: 10-10-99
    NO INFORMATION AVAILABLE

PENDING CASES:

    NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

    ARREST(S) WITH UNKNOWN DISPOSITION(S)
    DOCKET NUMBER:
    PLACE: MARYLAND
    CHARGES/SENTENCE:
        THE FOLLOWING APPEARED IN FBI WITH NODISPOSITION:
    COMPLIANCE REMARK:
        2/12/94   BATTERY & ARSON-THREAT TO BURN
        2/19/94   MAL DEST OF PROP

    DISPOSITION DATE: 10-06-95
    DOCKET NUMBER: SF06430-94
    PLACE: DISTRICT OF COLUMBIA
    CHARGES/SENTENCE:
        ATTEMPT PWID COCAINE/ 10-30 MOS (8-30 MOS SUS), 18 MOS PROB
    COMPLIANCE REMARK:
        ACCORDING TO PROBATION RECORDS THE DEFENDANT'S PROBATION
        WAS TERMINATED UNSUCCUSSFUL ON 06-03-97.

    DISPOSITION DATE: 05-02-94
    DOCKET NUMBER: SM10685-93
    PLACE: DISTRICT OF COLUMBIA
    CHARGES/SENTENCE:
        UCSA POSSESSION COCAINE/ ONE YEAR ESS, EIGHTEEN MONTHS PROB

    DISPOSITION DATE: 02-27-86
    DOCKET NUMBER: SM17415-85
    PLACE: DISTRICT OF COLUMBIA
    CHARGES/SENTENCE:
        UNLAWFUL ENTRY/ FINE $100, 6 MONTHS, 2 YEARS PROBATION

    DISPOSITION DATE: 06-24-81
    DOCKET NUMBER: SF05674-80

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 011 (CONTINUED)
ANTHONY ANTONIO FIELDS

OCTOBER 11, 1999
PAGE: 03

PLACE: DISTRICT OF COLUMBIA
CHARGES/SENTENCE:
    BRA/ FYCA 5010 B

DISPOSITION DATE: 06-24-81
DOCKET NUMBER: SF03829-80
PLACE: DISTRICT OF COLUMBIA
CHARGES/SENTENCE:
    ROBBERY/ FYCA 5010 B

PRETRIAL SERVICES RECOMMENDATION:

DETENTION ELIGIBILITY:
    ACCORDING TO INFORMATION AVAILABLE TO PRETRIAL SERVICES, THE DEFENDANT
    QUALIFIES TO BE DETAINED UNDER THE FOLLOWING PROVISION(S):

    BASED ON TODAY'S CHARGE, THE DEFENDANT IS SUBJECT TO A DETENTION
    HEARING UNDER DCC 23-1322 (B)(1).

    IF THE DEFENDANT IS NOT TO BE HELD UNDER THE ABOVE PROVISION(S),
    THE AGENCY RECOMMENDS:

  APPEARANCE RECOMMENDATIONS

    THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE
    WITH THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE
    POTENTIAL FAILURE TO APPEAR.
        THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
        WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
        MAIL NOTIFICATION CAN BE RECEIVED.

        THE DEFENDANT REPORT TO PRETRIAL SERVICES AGENCY
        FOR DRUG PROGRAM PLACEMENT.

  SAFETY RECOMMENDATIONS

    THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
    THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
    THREAT TO COMMUNITY SAFETY.

        THE DEFENDANT REPORT TO PRETRIAL SERVICES AGENCY
        FOR DRUG PROGRAM PLACEMENT.

    REMARKS:
        PSA WAS UNABLE TO VERIFY THE CURRENT ADDRESS OF THE
        THE DEFENDANT WITH ANY OF THE REFERENCES PROVIDED. PSA
        RECEIVED 230 W STREET NW WASHINGTON DC. THIS IS DIFFERENT
        THAN THE ONE PROVIDED BY THE DEFENDANT IN TODAY'S INTERVIEW.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

*USL-79*

Case No.: **1999 FEL 007498**

ANTHONY FIELDS

PDID No : 321275
DCDC:
SSN: --

Date of Birth:   01/18/1960

## COMMITMENT PENDING DISPOSITION
### DC JAIL

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL:

Pursuant to D.C. Code receive into your custody **ANTHONY FIELDS**, who is charged with:

# PWID-COCAINE

Comments:

Separate From:

**BOND SET: NO BOND**

Next scheduled court appearance:

Bench Warrant Return Hearing at 10:00 AM ON MONDAY, NOVEMBER 5, 2007 IN COURTROOM 202

Defendant is committed into your custody until further order of the Court.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court on this date August 29, 2007

_____
Judge MICHAEL L. RANKIN

Michelle McCall-Harris
Deputy Clerk

# COMMITMENT

Received by US Marshal: _____ Date: 8/29/07 Time: 1545

