# EXHIBIT 16

C%lose

Release Status

Arrest Agency    Metropolitan Police Department Badge #    Officer    >

%Open

Defendant (Criminal)

%Save     Full Name FIELDS, ANTHONY    >    0 of 0
D.O.B.    01/20/1962    Alias Name(s)

%Print     PDID    118116    DCDC#
DL St    1 of 2
Gender    Male    Race  *Black    Address Type Home Address

1 Docket Entries     Address    1140 NEAL STREET NE
2 Parties    1 of 1
3 No Notes    Attorney(sNICHOLAS, Mr LAUCKLAND A    >
)
4 No Ticklers    Code    CJA-Initial    City/ST/Zip  WASHINGTON    DC    >
Address Type Home Address
Address    67 K ST NW

City/ST/Zip  WASHINGTON    DC    >
5 Costs

6 Events    1 of 2
7 Print Docket    Charge    1 22DC404A    >  Type:Pro    0 of 0
8 Link Group(s)    CCN    118116    Arrest050703167 Arrest  08/29/2007    Enhancement(    >
#    Dt    s)
9 Service    DescriptionSimple Assault
Maintenance
10 Service Summary
Charge    2 22999999999    >  Type:Pro    0 of 0
CCN    574074    Arrest050703167 Arrest  08/29/2007    Enhancement(    >
#    Dt    s)
DescriptionArrest Charge

0 of 0
Next Event    Date/Tim    Linked
e    Group(s)
Event Judge
Case Disp  Guilty-Court    Disp    02/14/2008
Trial*    Date

Prosecutors —————————————————————————————— 0 of 0
Agency    >  Full Name    >    Case
Attributes _____...
Case Number 2007 DVM 001845
Filed    08/29/2007
Case Comments    Status    Closed
Secret Case F    IncompletF
e

| Case Number | Status | Judge |
|---|---|---|
| 2007 DVM 001845 | Closed | LOPEZ, JOSE M |

| In The Matter Of | Action |
|---|---|
| FIELDS, ANTHONY | Arrest Charge |

| Party | | Attorneys |
|---|---|---|
| FIELDS, ANTHONY | CDEF | NICHOLAS, Mr LAUCKLAND A |

| Opened | Disposed | Case Type |
|---|---|---|
| 08/29/2007 | Guilty-Court Trial* | Domestic Violence |

Comments:    Citation court date: 2007-08-29   Warrant number: F749899

Charge:       22999999999                          Speed:        Zone:

Description:  0831 SIMPLE ASSAULT

Amnd Chrg:    22DC404A

Description:  Simple Assault


Disposition: Trial By Court-Guilty  Disposition Date:  02/14/2008

Plea: Not Guilty                     Decision:

Sentence:
Amount:                      Traffic Points:        Restrictions: Sentence to run consecutive to any other sentence.

License Suspended Days:      Start Date:            End Date:

Jail Time:                   Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:           Start Date:            End Date:

Comments:
Charge:       22999999999                          Speed:        Zone:

Description:  2733 FAILURE TO APPEAR

Amnd Chrg:    22999999999

Description:  Arrest Charge

Date: 11/24/2014                                                              Page 2
CRTR5925                                    Summary

2007 DVM 001845   FIELDS, ANTHONY

---

Disposition: Dismissed              Disposition Date:  02/14/2008

Plea:                               Decision:

Sentence:
Amount:                     Traffic Points:         Restrictions:

License Suspended Days:     Start Date:             End Date:

Jail Time:                  Start Date:             End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:             End Date:

Comments:

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------|-------------------------------|-------------|
| 1 | 08/03/09 | Judgment filed - ORDERED THAT MOTION TO WITHDRAW IS GRANTED | 0.00 | 0.00 |
| 2 | 05/20/08 | Case jacket received from branch on 4/22/08. Notice of Appeal filed on 4/21/08. Notice mailed to parties on 5/20/08. Preliminary package sent to DCCA on 5/20/08. | 0.00 | 0.00 |
| 3 | 04/21/08 | Appeal filed and forwarded to Appeals Coordinator's Office | 0.00 | 0.00 |
| 4 | 03/21/08 | Crime Victims Compensation Fund- TO BE DEDUCTED FROM PRISON PAY. | 50.00 | 50.00 |
| 5 | 03/21/08 | Sentence **Sentence for Charge # 1, Simple Assault Sentence Date: 03/21/2008 Confinement Type:** Confinement **Time:** 0 years, 0 months, 60 **days. Time Susp:** 0 years, 0 months, 0 **days. Amount To Serve:** 0 years, 0 months, 60 **days. VVCA Amount:** 50.00, **Due: Sentencing Comments:** Sentence to run consecutive to any other sentence. | 0.00 | 0.00 |
| 6 | 03/21/08 | Judgment and Commitment Order | 0.00 | 0.00 |

2007 DVM 001845    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------------------|----------------------------------|-------------|
| 7<br>N| | 03/21/08 | DEFENDANT SENTENCED.<br>The following event: Sentencing scheduled for 03/21/2008 at 9:00 am has been resulted as follows:<br><br>Result: Held<br>Judge: LOPEZ, JOSE M    Location: Courtroom 117<br>ANTHONY FIELDS (Defendant (Criminal)); ;<br>Mr LAUCKLAND A NICHOLAS (Attorney) on behalf of ANTHONY FIELDS (Defendant (Criminal)) | 0.00 | 0.00 |
| 8<br>N| | 02/29/08 | Event: Sentencing<br>Date: 03/21/2008    Time: 9:00 am<br>Judge: LOPEZ, JOSE M    Location: Courtroom 117<br><br>Result: Held | 0.00 | 0.00 |
| 9<br>N| | 02/29/08 | Deft not brought up.  Case cont'd for SN<br>The following event: Sentencing scheduled for 02/29/2008 at 9:00 am has been resulted as follows:<br><br>Result: Court Continuance Other<br>Judge: LOPEZ, JOSE M    Location: Courtroom 117<br>ANTHONY FIELDS (Defendant (Criminal)); ;<br>Mr LAUCKLAND A NICHOLAS (Attorney) on behalf of ANTHONY FIELDS (Defendant (Criminal)) | 0.00 | 0.00 |
| 10<br>N| | 02/14/08 | Case Disposed - Court Trial Guilty | 0.00 | 0.00 |
| 11<br>N| | 02/14/08 | Charge Disposed - Dismissed | 0.00 | 0.00 |
| 12<br>N| | 02/14/08 | Charge Disposed - Court Trial Guilty | 0.00 | 0.00 |
| 13<br>N| | 02/14/08 | Event Resulted - Release Status: BOND REMAINS<br>The following event: Non-Jury Trial scheduled for 02/14/2008 at 9:00 am has been resulted as follows:<br><br>Result: Held AND CONCLUDED.  DEFT FOUND GUILTY TO CT. 1.  CASE SET FOR SENT. ON 2/29/08 IN CTRM. 117.  O/C FILED IN JACKET.<br>Judge: LOPEZ, JOSE M    Location: Courtroom 117<br>ANTHONY FIELDS (Defendant (Criminal)); ;<br>Mr LAUCKLAND A NICHOLAS (Attorney) on behalf of ANTHONY FIELDS (Defendant (Criminal)); Judge JOSE M LOPEZ | 0.00 | 0.00 |

Date: 11/24/2014

CRTR5925                                                          Summary

2007 DVM 001845    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------------|-------------------------------|-------------|
| 14 | 02/14/08 | Event Scheduled Event: Sentencing Date: 02/29/2008    Time: 9:00 am Judge: LOPEZ, JOSE M    Location: Courtroom 117 Result: Court Continuance Other | 0.00 | 0.00 |
| 15 | 02/14/08 | Form Generated: Prisoner Return Prisoner Return Sent on:  02/14/2008  13:01:44 | 0.00 | 0.00 |
| 16 | 12/31/07 | Event Scheduled Event: Non-Jury Trial Date: 02/14/2008    Time: 9:00 am Judge: LOPEZ, JOSE M    Location: Courtroom 117 Result: Held | 0.00 | 0.00 |
| 17 | 12/31/07 | Case Transferred To: The judge was changed from COURTROOM 103 to LOPEZ, JOSE . | 0.00 | 0.00 |
| 18 | 12/31/07 | Case Transferred to Another Judge | 0.00 | 0.00 |
| 19 | 12/31/07 | Case Transferred To: The judge was changed from TURNER, LINDA D to COURTROOM 103,  . | 0.00 | 0.00 |
| 20 | 12/31/07 | Case Transferred to Another Judge | 0.00 | 0.00 |
| 21 | 12/31/07 | Event Scheduled Event: Non-Jury Trial Date: 02/14/2008    Time: 9:00 am Judge: COURTROOM 103    Location: | 0.00 | 0.00 |
| 22 | 11/16/07 | Event Resulted - Release Status: TRIAL IS SET. The following event: Status Hearing scheduled for 11/16/2007 at 11:00 am has been resulted as follows: Result: Held Judge: TURNER, LINDA D    Location: Courtroom 117 | 0.00 | 0.00 |
| 23 | 11/16/07 | Event Scheduled Event: Non-Jury Trial Date: 02/14/2008    Time: 9:00 am Judge: TURNER, LINDA D    Location: Courtroom 117 | 0.00 | 0.00 |

Date: 11/24/2011

CRTR5925

Summary

2007 DVM 001845    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------------|-------------------------------|-------------|
| 24 | 11/16/07 | Form Generated: Prisoner Return  Prisoner Return Sent on:  11/16/2007  11:16:41 | 0.00 | 0.00 |
| 25 | 11/05/07 | Event Resulted - Release Status: DETAINED.    CASE CONT. TO 11-16-07 AT 11:00AM.  DEFENSE COUNSEL NOTIFIED. The following event: Bench Warrant Return Hearing scheduled for 11/05/2007 at 1:05 pm has been resulted as follows:  Result: Not Held Judge: TURNER, LINDA D    Location: Courtroom 117 | 0.00 | 0.00 |
| 26 | 11/05/07 | Alert Changed BW for Fail to Appear issued on 09/19/2007 For: FIELDS, ANTHONY was changed on 11/05/2007  13:57:49 by JAMESE WIN #:  W0611352 | 0.00 | 0.00 |
| 27 | 11/05/07 | Alert Cancelled BW for Fail to Appear canceled on: 11/05/2007 For: FIELDS, ANTHONY WIN #:  W0611352 | 0.00 | 0.00 |
| 28 | 11/05/07 | Commitment Pending Disposition Filed  Commitment Pending Disposition Sent on:  11/05/2007  13:15:53 | 0.00 | 0.00 |
| 29 | 11/05/07 | Event Scheduled Event: Status Hearing Date: 11/16/2007    Time: 11:00 am Judge: TURNER, LINDA D    Location: Courtroom 117  Result: Held | 0.00 | 0.00 |
| 30 | 11/05/07 | Event Scheduled Event: Bench Warrant Return Hearing Date: 11/05/2007    Time: 1:05 pm Judge: TURNER, LINDA D    Location: Courtroom 117  Result: Not Held | 0.00 | 0.00 |
| 31 | 09/19/07 | *Bench Warrant Issued  Bench Warrant (D.C. Only) Sent on:  09/19/2007  18:40:04 | 0.00 | 0.00 |

Date: 11/24/2014    Docket Sheet

CRTR5925                                                        Summary

2007 DVM 001845    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 32<br>N) | 09/19/07 | Alert Issued<br>BW for Fail to Appear issued on:<br>09/19/2007<br>For: FIELDS, ANTHONY<br>Bond Amt:   500.00   CASH<br>Alert Conditions(s): | 0.00 | 0.00 |
| 33<br>N) | 09/19/07 | Event Resulted - Release Status:  PR<br>BENCH WARRANT ISSUED.<br>The following event: Status Hearing<br>scheduled for 09/19/2007 at 9:00 am has<br>been resulted as follows:<br><br>Result: Not Held<br>Judge: TURNER, LINDA D    Location:<br>Courtroom 117<br>Mr LAUCKLAND A A NICHOLAS (Attorney) on<br>behalf of ANTHONY FIELDS (Defendant<br>(Criminal))<br> Participant(s): Judge LINDA D TURNER | 0.00 | 0.00 |
| 34 | 08/29/07 | CJA Eligibility | 0.00 | 0.00 |
| 35 | 08/29/07 | Attorney Appointed<br>Attorney NICHOLAS, Mr LAUCKLAND A A<br>representing Defendant (Criminal) FIELDS,<br>ANTHONY as of 08/29/2007 | 0.00 | 0.00 |
| 36<br>Not available | 08/29/07 | Pre Trial Report | 0.00 | 0.00 |
| 37 | 08/29/07 | Stay Away Order Filed | 0.00 | 0.00 |
| 38 | 08/29/07 | Release Conditions | 0.00 | 0.00 |
| 39<br>N) | 08/29/07 | Event Resulted - Release Status: PR. DEFT<br>ARRAIGNED.<br>The following event: Arraignment scheduled<br>for 08/29/2007 at 1:00 pm has been<br>resulted as follows:<br><br>Result: Held<br>Judge: HARRIS EPPS, DIANA    Location:<br>Courtroom C-10<br>ANTHONY FIELDS (Defendant (Criminal)); ;<br>Judge DIANA HARRIS EPPS on behalf of Judge<br>LINDA D TURNER | 0.00 | 0.00 |

Date: 11/24/2014

CRTR5925

Summary

2007 DVM 001845    FIELDS, ANTHONY

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----|-----|-----|
| 40 | 08/29/07 | Event Scheduled Event: Status Hearing Date: 09/19/2007    Time: 9:00 am Judge: TURNER, LINDA D    Location: Courtroom 117<br><br>Result: Not Held | 0.00 | 0.00 |
| 41 | 08/29/07 | Charge Filed Charge #1: Simple Assault | 0.00 | 0.00 |
| 42 | 08/29/07 | Event Scheduled Event: Arraignment Date: 08/29/2007    Time: 1:00 pm Judge: HARRIS EPPS, DIANA    Location: Courtroom C-10<br><br>Result: Held | 0.00 | 0.00 |

|  |  |  |  |
|-----|-----|-----|-----|
| Totals By:  Holding | | 50.00 | 50.00 |
| Information | | 0.00 | 0.00 |

*** End of Report ***

# District of Columbia
# Court of Appeals

No. 08-CM-536

ANTHONY FIELDS,

                                    Appellant,

        v.

UNITED STATES,

                                    Appellee.

F I L E D
JUL 30 2009
DISTRICT OF COLUMBIA
COURT OF APPEALS

2007 DMV 1845

**RECEIVED**

JUL 3 1 2009

Appeals Coordinator's Office

BEFORE: Kramer and Oberly, Associate Judges, Newman, Senior Judge.

## JUDGMENT

On consideration of the motion of counsel for appellant to withdraw, to which appellant did not respond, the record on appeal, and it appearing that there are no non-frivolous issues on appeal, it is

ORDERED that the motion to withdraw is granted. *See Anders v. California*, 386 U.S. 738 (1967); *Lee v. United States*, 831 A.2d 378, 380 (D.C. 2003) (elements for simple assault); *Ross v. United States*, 520 A.2d 1064, 1065 (D.C. 1987) (holding that D.C. Code § 14-305(b)(1) (1989) allows for a witness to be impeached with prior misdemeanor convictions involving dishonesty or false statement. Those misdemeanors that are crimes of passion or those resulting from a short temper, such as simple assault are excluded from use for impeachment purposes); *Glass v. United States*, 395 A.2d 796, 807-08 (D.C. 1978) (permitting the use of a 24-year old conviction for impeachment purposes due to the existence of another conviction within ten years of trial). It is

FURTHER ORDERED and ADJUDGED that the judgment on appeal be, and it hereby is, affirmed.

                ENTERED BY DIRECTION OF THE COURT:

                GARLAND PINKSTON, JR.
                Clerk of the Court

Copies to:

Honorable Jose M. Lopez

Clerk, Superior Court

Deborah A. Persico, Esquire
643 South Washington Street
Alexandria, VA 22314

Anthony Fields
1140 Neal Street, NE
Washington, DC 20002

Roy W. McLeese, III, Esquire
Assistant United States Attorney

**Form 2. Notice of Appeal (Criminal Division and Family Court/Juvenile Branch).**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## NOTICE OF APPEAL
## CRIMINAL DIVISION AND FAMILY COURT/JUVENILE AND NEGLECT BRANCH

Superior Court Case Caption: U.S. V. Anthony Fields

Superior Court Case No.: 2007- DVM - 1845

**Appoint new counsel:** ✓ Yes (If trial counsel seeks appointment for the appeal, counsel must be on the Court of Appeals CJA list and file the required certification.)

A. Notice is given that (person appealing) Anthony Fields is appealing an order/judgment from the

Criminal Division _____ (or) Family Court/Juvenile and Neglect Branch _____

{Please check one}   [] Juvenile   [] Felony   [✓] Misdemeanor
                     [] Traffic    [] D.C. Case  [] Special Proceedings
                     [] Drug Court [] Domestic Violence

1. Date of entry of judgment or order appealed from (if more than one judgment or order is being appealed, list all): 3/21/2008

2. Superior Court Judge: Hon. Jose Lopez

3. Description of judgment or order: Guilty at trial

4. Most serious offense at conviction: Simple assault

5. Has there been any other notice of appeal filed in this case?   [] YES   [✓] NO

   If so, list the other appeal numbers: _____

6. List any co-defendants and their Superior Court case number(s): N one

B. Jury trial _____   Bench trial ✓   Other _____

C. Is the defendant currently confined?  [✓] YES   [] NO   Defendant's DCDC # _____
                                                                or Fed# _____

Defendant's current address: CTF

Was the defendant determined eligible for court-appointed (i.e. CJA) counsel:   [✓] YES   [] NO

## (COMPLETE REVERSE SIDE)

**D.**  Identify the portions of the transcript needed for appeal, including the date of the proceeding, the name of the Court Reporter (or an indication that the matter was recorded on tape if no Court Reporter was present), the courtroom where the proceeding was held, and the date the transcript was ordered (if the defendant was not determined to be eligible for court-appointed counsel), or when a motion was filed for preparation of the transcript.* Attach additional pages if needed.

| Date of Proceeding/Portion | Reporter/Courtroom | Date ordered |
|---|---|---|
| 2/14/2008 | | |

☐ **Check this box if no transcript is needed for this appeal.**

**E.**  Provide the names and addresses of all parties and counsel to be served:

For Defendant/Respondent:  Lauckland A. Nicholas
7826 Eastern Ave. N.W. #410
Wash, D. C. 20012

For Government:  U.S. Atty. Office-Appellate Division
555 4th St. N.W.
Wash., D. C. 20001

**F.**  Person filing appeal:    ☐ Counsel for Government    ☐ Defendant Pro Se

☐ Counsel for Defendant/Respondent

## ATTACH A COPY OF THE ORDER, JUDGMENT OR DOCKET ENTRY FROM WHICH THIS APPEAL IS TAKEN

Lauckland A. Nicholas _____    417235
Print Name of Appellant/Attorney          Signature          Bar No.

7826 Eastern Ave, N.W. 410
Wash., D. C. 20012      (2) 898-1550
Address                    Telephone Number

_____

* Retained trial counsel must assist appellant in filing for In Forma Pauperis status or ensure that the Criminal Justice Act eligibility procedure has been conducted in the Superior Court (including Family Court), in order for transcript to be prepared at the government's expense. For further information, contact the Court Reporting and Recording Division, at (202) 879-1009 or come to Room 5500.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No.: 2007DVM 1845

vs.

ANTHONY FIELDS

PDID No.: 118 116

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of        ☒ Not Guilty        ☐ Guilty to the Charge(s) of _____

_____ COUNT 1 SIMPLE ASSAULT _____

and having been found guilty by    ☐ Jury    ☒ Court, it is hereby **ORDERED** that the defendant has been convicted of
and is guilty of the offense(s) charged, and is hereby **SENTENCED** to _____

AS TO COUNT 1 : 60 DAYS TO RUN CONSECUTIVE
TO ANY OTHER SENTENCE

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☒ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for    ☐ alcohol problems    ☐ drug dependency or abuse as follows:
_____

☐ Restitution of $ _____ in monthly installments of $ _____ beginning
_____ (see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _____ $ 50 — _____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and    ☐ have    ☒ have not been paid.  TO BE DEDUCTED FROM DEFENDANT'S PRISON INCOME
**ORDERED** that the Clerk deliver a true copy of this order to appropriate, authorized official(s) and that the copy shall serve the commitment/order for the defendant.

_____ 032108 _____
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

_____ 032108 _____
Date

Judge LOPEZ

Deputy Clerk

Form CD(18)-1040/Oct 01

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**FAMILY COURT**

**NOTICE TO RETURN TO COURT**
**ON DOCKET**

FEB 14 2008

Superior Court
of the District of Columbia
Washington, D.C.

Case No. _____

Social File No. _____

YOUR _____ IS SET PROMPTLY FOR _____ ☐ A.M. ☑ P.M.

ON _____, 20___. BEFORE JUDGE/MAGISTRATE JUDGE

_____ AT THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

PLEASE REPORT TO THE ADDRESS AND COURTROOM IDENTIFIED BELOW:

☑ 500 INDIANA AVENUE, NW IN COURTROOM/HEARING ROOM _____

FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST. THIS IS THE ONLY NOTICE YOU WILL RECEIVE, PLEASE BRING THIS NOTICE WITH YOU ON THE ABOVE COURT DATE.

_____
**SIGNATURE OF RESPONDENT**

4106 Lee Street, N.E.
**CURRENT STREET ADDRESS**

WDC    20019
**CITY, STATE, ZIP CODE**

_____
**DEPUTY CLERK**

_____
**DATE**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### November 16, 2007

Case #: **2007 DVM 001845**

PDID: 118116

DCDC #:

## PRISONER RETURN

### TO: UNITED STATES MARSHAL

Defendant ANTHONY FIELDS is to be returned to DC Jail

Separate From:

Next scheduled court appearance:

Non-Jury Trial at 9:00 am on Thursday **February 14, 2008** in Courtroom 117,

500 Indiana Avenue N.W., WASHINGTON, DC 20001

_____  Renard Rhinehart, Deputy Clerk

November 16, 2007

## PRISONER RETURN

Cdpr



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

PDID No : 118116
DCDC:
SSN: --

Case No.: **2007 DVM 001845**

ANTHONY FIELDS

Date of Birth:     01/20/1962

## COMMITMENT PENDING DISPOSITION
## DC JAIL

TO: SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL:

Pursuant to D.C. Code receive into your custody **ANTHONY FIELDS,** who is charged with:

## SIMPLE ASSAULT

Comments:

Separate From:

**BOND SET:  NO BOND**

Next scheduled court appearance:

Status Hearing at 11:00 am on **Friday November 16, 2007** in Courtroom 117, 500 Indiana Avenue N.W., WASHINGTON, DC 20001

Defendant is committed into your custody until further order of the Court.

WITNESS the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court on this date November 5, 2007

_____
Judge LINDA D TURNER

Edward James
Deputy Clerk

# COMMITMENT

Received by US Marshal: _____  Date: _____  Time: _____

Cdcpd



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

**Vs**

**ANTHONY FIELDS** Alias:

67 K ST NW

WASHINGTON, DC

PDID No.:118116

**Criminal No:** 2007 DVM 001845

Issued by Judge : LINDA D TURNER

Courtroom 117

**DOB:** 01/20/1962          **Weight:**

**Sex:** Male                **Eye Color:** Brown

**Height:**                  **Hair Color:** Black

## BENCH WARRANT
### (Valid in the District of Columbia Only)

To: Metropolitan Police Department of the District of Columbia

You are hereby commanded to arrest **ANTHONY FIELDS** who was charged with:

SIMPLE ASSAULT

for: ***Defendant failed to appear for STATUS*** and bring him forthwith before the Superior Court of the District of Columbia.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date September 19, 2007.

Bond Set: $ 500.00

Superior Court of the District of Columbia

_____
DEPUTY CLERK

### RETURN

Executed on this date, _____

_____          _____
Signature of Arresting Officer                Printed Name & Title of Arresting Officer

Cdbnhwar

## DEFENDANT ELIGIBILITY RECOMMENDATION

**I. NAME:** Anthony Fields    **NO. OF DEPENDENTS:**

**LOCK-UP NO.** 199    **DATE:** 8-09-01    **CHARGE:** STA, FTA

| | | | (Y) | STD. 5 AMOUNT | $ |
|---|---|---|---|---|---|
| LIQUID ASSETS | | | | | |
| OTHER ASSETS (1/4 EQUITY) | + $ | | | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $ | | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | | MISD. = | 750 |
| | | | | OTHER= | 400 |

LESS: MONTHLY EXTRAORDINARY
   MEDICAL OR OTHER EXPENSES  – $

NET AVAILABLE MONTHLY   (X)

MINIMUM MONTHLY NEED   (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ ELIGIBLE

IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE

IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

## II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | | |
|---|---|---|
| **GROSS MONTHLY FAMILY INCOME** | $ | |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | – | |
| SUBTOTAL | $ | |
| LESS: STANDARD 5 AMOUNT  (Y) | – | |
| SUBTOTAL | $ | |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | – | |
| SUBTOTAL | $ | |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ | |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X | |
| TOTAL | $ | |
| ADD: LIQUID ASSETS | + | |
| OTHER ASSETS (1/4) EQUITY) | + | |
| CONTRIBUTION CAPABILITY | (CC)  $ | |

**NOTES AND CALCULATIONS**

*single*
*2 minor kids*
*unemployed*
*no bank*
*no property*

STD 4 AMOUNT  $

$

MAX. CONTRIBUTION =  ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $          PER WEEK FOR          WEEKS.

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN ]
AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON TH
$1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

MIGHT
UP TO

Case: 2007 DVM 001845
DKT: CJAELICRM

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which have provided is true to the best of my belief.

**District of Columbia: SS.**
Subscribed and Sworn to before me,
this 21 day of AUG 01

DEFENDANT _____    INTERVIEWER _____

NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT

Tiffney Garey, Notary Public, D.C.
My commission expires June 14, 2012

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

United States / District of Columbia

L - 79

Case Number

V.

Anthony Fields

Charge(s)    Simple Assault

CJA

The Clerk of the Court will please enter my appearance for the Defendant in

the above entitled cause this ___29___ day of __August__ , 20_07_.

| Attorney: | Unified Bar Number: |
|---|---|
| Sauerland Nicholas | 417235 |

| Address: | Telephone Number: |
|---|---|
| 7826 Eastern Ave, N.W. #410 Wash., D.C. 20012 | (4) 898-1550 |

Case: 2007 DVM 001045

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**UNITED STATES OF AMERICA**
**DISTRICT OF COLUMBIA**
v.
ANTHONY FIELDS

Intake Date: __AUGUST   29, 2007__

Lock Up No. ___79___

Criminal Case No. ___050703167___

PDID NO. ___321----275___

### RELEASE ORDER ADDENDUM

You, the defendant in this case, are being released from custody pending further court appearances in your case. You **MUST** obey the following conditions, which are being imposed **IN ADDITION** to any other conditions that the Court may impose pursuant to D.C. Code Section 23-1321. You **MUST** abide by these conditions until this case is disposed of or until they are changed by the Court.

[xx] **YOU ARE TO STAY AWAY FROM THE PERSON(S) LISTED BELOW:**  Names and addresses (if applicable) of victims/witnesses:
ROCHELLE LINDSEY

**YOU, THE DEFENDANT, ARE TO HAVE NO CONTACT WITH ANY OF THE PERSONS NAMED ABOVE BY ANY MEANS WHATSOEVER. THIS MEANS THAT YOU SHALL REMAIN AT LEAST 100 YARDS AWAY FROM THEM, THEIR HOME, AND/OR THEIR PLACE OF EMPLOYMENT, AND THAT YOU SHALL NOT COMMUNICATE OR EVEN ATTEMPT TO COMMUNICATE WITH ANY OF THESE PERSONS NAMED ABOVE, EITHER DIRECTLY OR THROUGH ANY OTHER PERSON (EXCEPT THROUGH YOUR LAWYER), BY TELEPHONE, WRITTEN MESSAGE, ELECTRONIC MESSAGE, PAGER, OR OTHERWISE.**

[xxxx] **YOU ARE TO STAY AWAY FROM THE FOLLOWING PLACE(S) OR AREA(S):**

THE   1400 BLOCK OF  DOWNING  ST NE

[ ] A check here means a map is attached          Area(s) Affected _____

[ ] **YOU MUST ALSO OBSERVE THE FOLLOWING CONDITION(S):**

*ANY VIOLATION OF ANY OF THESE CONDITIONS, OR ANY OTHER CONDITION IMPOSED BY THE COURT, MAY RESULT IN IMMEDIATE NOTIFICATION BEING MADE TO THE COURT AND COULD RESULT IN YOUR PROSECUTION FOR CONTEMPT OF COURT, THE REVOCATION OF YOUR RELEASE PURSUANT TO D.C. CODE SECTION 23-1329, AND/OR YOUR DETENTION PENDING FINAL DISPOSITION OF THIS CASE.*

DATE: __8/29/07__

Signature of Defendant

**SO ORDERED:**

Signature of Judicial Officer

Case: 2007 DVM 001845
DKt: STAYCRM

WHITE - COURT JACKET          BLUE - DEFENDANT      YELLOW - DEFENSE COUNSEL.
GREEN - PRETRIAL SERVICES AGENCY    BUFF - MPD       PINK - U.S. ATTORNEY

FORM GJ-12
AR. 7, 2001

LU/# 79
321-275

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
v.
Anthony Fields

Defendant's name

Cal. # _____
Case No. 07 DVM - 1895

Defendant's address

Defendant's phone no.

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:
### THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☑ **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| [ $ ] | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 ► _____ SIGNATURE OF CUSTODIAN | Custodian's name _____ Custodian's address _____ Custodian's phone no. |
| ☑ **YOU ARE TO STAY** | ☑ away from the complaining witness See addendum ____ name | ☐ within the D.C. area. |
| ☐ **YOU ARE TO LIVE** | ☐ at _____ address ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. ☐ Curfew is imposed at above address from ____ P.M. to ____ A.M. | phone no |
| ☑ **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: ☐ Evaluation and if positive ☑ Program placement by PSA ☐ Placement in court ordered surveillance _____ ☐ Enroll in ☐ Maintain participation at   ☐ PSA   ☐ ADASA   ☐ Other ____ Refrain from illegal drug use. | |
| ☐ **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency   ☐ Weekly   ☐ Other ____   ☐ By Phone   ☐ In Person ☐ Probation Officer   ☐ Weekly   ☐ Other ____   ☐ By Phone   ☐ In Person ☐ Parole Officer   ☐ Weekly   ☐ Other ____   ☐ By Phone   ☐ In Person | |
| ☑ **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☑ **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☐ **OTHER** | | |
| **MONEY BOND** ┌─ OF ─┐ $ ____ | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %. ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

**NEXT DUE BACK** on 9/19/07 in Courtroom 117 at 9 A.M./P.M. If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR A**

Case: 2007 DVM 001845
0002154090
DKT: RELCONCRM

I understand the ... willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**DEFENDANT'S SIGNATURE** ► X Anthony Fields

**WITNESSED BY** _____ (title or agency) PSA

| IMPORTANT: | YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS. |
|---|---|

Date 8-29-07

**SO ORDERED** ► Signature of Judge

WHITE - COURT JACKET
GREEN - D.C. PRETRIAL SERVICES AGENCY
BLUE - DEFENDANT

YELLOW - DEFENSE ATTORNEY
GOLD - CUSTODIAN
PINK - U.S. ATTORNEY

FORM CD-1293/JUN. 00

**DV**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CRIMINAL DIVISION

**INFORMATION**

DCTN: <u>050703167</u>

Lockup No: <u>79</u>

Case No: _____

---

**The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:**

| Defendant's Name: | Anthony Fields | | | 321275 | 07118116 | 01/20/1960 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

Address: **1140 NEAL STREET NE, WASHINGTON DC**

---

1  On or about August 29, 2007, within the District of Columbia, Anthony Fields unlawfully assaulted and threatened Rochelle Lindsey in a menacing manner.  **(Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))**

**Co-Defendants:**

Rule 105: ☐ _____
Judge

**United States Attorney for the District of Columbia**

| By:  Assistant United States Attorney | Date:  August 29, 2007 |
|---|---|
| By Officer: | Badge No.:  4203 |
| | Community Court ☐     Domestic ☑ |

 



## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### UNITED STATES

VS.

Fields, Anthony

The event occurred on 8-29-07 at approximately 0050 at 1400 BLK OF DOWNING ST N.E in Washington DC.

WHILE ON ROUTINE PATROL AS CRIME PATROL 505 IN A MARKED UNIT IN FULL UNIFORM THE UNDERSIGNED DID MONITOR A RADIO RUN FOR SUBJECTS IN THE 1400 BLOCK OF DOWNING BEING DISORDERLY. ONCE ON THE SCENE THE UNDERSIGNED WAS APPROCHED BY W-1 WHO STATED "MAKE HIM GIVE ME BACK MY KEYS!'" AS THE UNDERSIGNED APPROCHED D-1 WHO WAS IDENTIFIED BY D.C. ID TO BE A FIELDS, ANTHONY D.O.B. 1-20-62 W-1 ATTEMPTED TO GET HER KEYS BACK FROM D-1 WHEN D-1 THEN PUSHED W-1 IN THE NECK AND SHOULDER AREA PUSHING HER AWAY FROM HIM. AT THAT TIME D-1 WAS ARRESTED WITHOUT INCIDENT AND TRANSPORTED TO 5D FOR PROCESSING. D-1 DID NOT RESIST ARREST AND WAS COOPERATIVE WITH OFFICERS ON SCENE.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this        day of

_____        4203        _____
Police Officer                 Badge        District        Deputy Clerk

Page 1 of 1