# EXHIBIT 17

Sep 14 12:48 2007                                                    Page 1


=================================================================================
    Form: MSG
    Requested By: P/009324    At Position: CIB8
=================================================================================


----- Message -----
Created: 14-Sep-2007/12:48:07 By: vcinrsp.
Received: 14-Sep-2007/12:48:10          .
Message #: 63425913
To: CIB8
AM.PS19.
CR.WVFBINF00
09:48 09/14/2007 60996
09:48 09/14/2007 97943 VA02901A5
TXT
HDR/2L01PS1904X4HQR
ATN/DET MURPHY
********************  CRIMINAL HISTORY RECORD  *********************
Data As Of                2007-09-14
************************* Introduction *************************
This rap sheet was produced in response to the following request:
FBI Number                ██████████
Request Id
Purpose Code              C
Attention                 DET MURPHY
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-628275T10.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2007-09-14)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2007-09-14)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2007-09-14)
************************* IDENTIFICATION *************************
Subject Name(s)
FIELDS, ANTHONY
DAVIS, ANTHONY  (AKA)
FIELDS, ANTHONY ANTONIO  (AKA)
HOOKS, ANTHONY  (AKA)
FIELDS, ANTHONY A  (AKA)
FIELDS, ANTHONY ANTONIA  (AKA)
Subject Description
FBI Number              State Id Number
██████████              ████████████████
                        ████████████████
Social Security Number
██████████

06778

TC0064824



Sex                         Race

Height                      Weight                          Date of Birth

Hair Color                  Eye Color
Black                       Brown

Scars, Marks, and Tattoos
Code                        Description, Comments, and Images

Place of Birth              Citizenship
DC                          US
Fingerprint Images
Photo Images
Photo Image Available       POLICE DEPARTMENT WASHINGTON DCMPD0000
Available Image             Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                            with arrest date of 2007/08/29)
Photo Image Available       US PARK POLICE WASHINGTON DCPPD0000
Available Image             Other
No Photo Image Transmitted
Comment:Arresting agency has photo associated
                            with arrest date of 1994/07/07)
************************   CRIMINAL HISTORY   ************************
============================ Cycle 001 ============================
Earliest Event Date         1978-08-15
------------------------------------------------------------------
Arrest Date                 1978-08-15
Arrest Case Number          321275
Arresting Agency            DC001017A US ATTORNEY WASHINGTON
Charge                      01
         Charge Literal     PETIT LARCENY
              Severity      Unknown
============================ Cycle 002 ============================
Earliest Event Date         1979-12-13
------------------------------------------------------------------
Arrest Date                 1979-12-13
Arrest Case Number          321275
Arresting Agency            DC001017A US ATTORNEY WASHINGTON
Charge                      01
         Charge Literal     PETIT LARCENY
              Severity      Unknown
------------------------------------------------------------------
Court Disposition           (Cycle 002)

06779

TC0064825

Sep 14 12:48 2007                                                                Page 3

```
Court Agency                Unknown
Charge                      01
        Charge Literal      PETIT LARCENY CHNGD ATT PET LARC
             Severity       Unknown
          Disposition       (Dismissed 1981-07-03; CHARGE DISMISSED- NOLLE
                            PROSSED-)
============================== Cycle 003 ==============================
Earliest Event Date        1980-07-09
-----------------------------------------------------------------------
Arrest Date                 1980-07-09
Arrest Case Number          321275
Arresting Agency            DC001017A US ATTORNEY WASHINGTON
Charge                      01
        Charge Literal      PETIT LARCENY
             Severity       Unknown
============================== Cycle 004 ==============================
Earliest Event Date        1980-07-10
-----------------------------------------------------------------------
Arrest Date                 1980-07-10
Arrest Case Number          321275
Arresting Agency            DC001017A US ATTORNEY WASHINGTON
Charge                      01
        Charge Literal      ATTEMPT BURGLARY TWO HOUSE
             Severity       Unknown
Charge                      02
        Charge Literal      SIMPLE ASSAULT
             Severity       Unknown
-----------------------------------------------------------------------
Court Disposition           (Cycle 004)
Court Agency                Unknown
Charge                      01
        Charge Literal      ATTEMPT BURGLARY TWO HOUSE
             Severity       Unknown
          Disposition       (Dismissed 1981-04-16; CHARGE DISMISSED- NOLLE
                            PROSSED-)
============================== Cycle 005 ==============================
Earliest Event Date        1980-07-23
-----------------------------------------------------------------------
Arrest Date                 1980-07-23
Arrest Case Number          321275
Arresting Agency            DC001017A US ATTORNEY WASHINGTON
Charge                      01
        Charge Literal      ROBBERY FORCE & VIOLENCE BENCH WARR
             Severity       Unknown
Charge                      02
        Charge Literal      BAIL REFORM ACT
             Severity       Unknown
-----------------------------------------------------------------------
Court Disposition           (Cycle 005)
Court Agency                Unknown
```

06780

TC0064826

```
Charge                           01
          Charge Literal        ROBBERY FORCE & VIOLENCE BENCH WARR
               Severity         Unknown
               Disposition      (Convicted 1981-06-24; CONVICTED- GUILTY PLEA-)
Charge                           02
          Charge Literal        BAIL REFORM ACT
               Severity         Unknown
               Disposition      (Convicted 1981-06-24; CONVICTED- GUILTY
                                PLEA-FEDERAL YOUTH CORRECTION ACT)
=============================== Cycle 006 ===============================
Earliest Event Date              1985-11-13
------------------------------------------------------------------------
Arrest Date                      1985-11-13
Arrest Case Number               321275
Arresting Agency                 DC001017A US ATTORNEY WASHINGTON
Subject's Name                   FIELDS,ANTHONY ANTONIO
Charge                           01
          Charge Literal        ATTEMPT UNLAWFUL ENTRY
               Severity         Unknown
------------------------------------------------------------------------
Court Disposition                (Cycle 006)
Court Agency                     Unknown
Charge                           01
          Charge Literal        ATTEMPT UNLAWFUL ENTRY
               Severity         Unknown
               Disposition      (Other 1986-02-27;   6M EXECUTIVE SENT SUS,2Y
                                PROB)
=============================== Cycle 007 ===============================
Earliest Event Date              1985-12-10
------------------------------------------------------------------------
Arrest Date                      1985-12-10
Arrest Case Number               321275
Arresting Agency                 DC001017A US ATTORNEY WASHINGTON
Charge                           01
          Charge Literal        THEFT
               Severity         Unknown
Charge                           02
          Charge Literal        BURGLARY 1
               Severity         Unknown
=============================== Cycle 008 ===============================
Earliest Event Date              1993-08-03
------------------------------------------------------------------------
Arrest Date                      1993-08-03
Arrest Case Number               321275
Arresting Agency                 DCMPD0000 POLICE DEPARTMENT WASHINGTON
Charge                           01
          Charge Literal        UNIFORM CONTROLLED SUBSTANCE
               Severity         Unknown
Charge                           02
          Charge Literal        ACT POSSESSION WITH INTENT
```

06781

TC0064827

```
              Severity  Unknown
 harge                  03
       Charge Literal   TO DISTRIBUTE COCAINE
            Severity    Unknown
------------------------------------------------------------------------
Court Disposition       (Cycle 008)
Court Agency             Unknown
Charge                  01
       Charge Literal   ATT POSS OF COCAINE
            Severity    Unknown
         Disposition    (Unknown 1994-07-22; 05-02-94 PLED GUILTY 18
                        MONTHS PROBATION)
============================= Cycle 009 ==============================
Earliest Event Date     1994-07-07
------------------------------------------------------------------------
Arrest Date             1994-07-07
Arrest Case Number      3296794
Arresting Agency        DCPPD0000 US PARK POLICE WASHINGTON
Charge                  01
       Charge Literal   PWID-CRACK COCAINE
            Severity    Unknown
------------------------------------------------------------------------
Court Disposition       (Cycle 009)
Court Agency             Unknown
Charge                  01
       Charge Literal   PWID-CRACK COCAINE
            Severity    Unknown
         Disposition    (Unknown 1995-11-28; 10-30 MONTHS,ESS ALL BUT
                        TIME SERVED PLUS 60 DAYS, 18 MOS SUPERVISED
                        PROBATION)
============================= Cycle 010 ==============================
Earliest Event Date     1995-03-28
------------------------------------------------------------------------
Arrest Date             1995-03-28
Arrest Case Number      321275
Arresting Agency        DCMPD0000 POLICE DEPARTMENT WASHINGTON
Charge                  01
       Charge Literal   UCSA POSSESSION W/I TO DISTRIBUTE COCAINE
            Severity    Unknown
------------------------------------------------------------------------
Court Disposition       (Cycle 010)
Court Agency             Unknown
Charge                  01
       Charge Literal   UCSA POSSESSION W/I TO DISTRIBUTE COCAINE
            Severity    Unknown
         Disposition    (Unknown 1995-11-28; DISMISSED W/COMBO PLEA IN
                        F-6430-94 ON 8-29-95)
============================= Cycle 011 ==============================
Earliest Event Date     1999-03-04
------------------------------------------------------------------------
```

06782

TC0064828

Sep 14 12:48 2007                                                      Page 6

```
Arrest Date              1999-03-04
 rrest Case Number       321275
 rresting Agency         DCMPD0000  POLICE DEPARTMENT WASHINGTON
Charge                   01
        Charge Literal   ADW CRISS CROSS SHOD FOOT PATERNITY SUP WRT
              Severity   Unknown
============================= Cycle 012 =============================
Earliest Event Date      1999-10-09
-------------------------------------------------------------------
Arrest Date              1999-10-09
Arrest Case Number       321275
Arresting Agency         DCMPD0000  POLICE DEPARTMENT WASHINGTON
Subject's Name           FIELDS,ANTHONY ANTONIO
Charge                   01
        Charge Literal   COCAINE(CRACK)UNIFORM CONTROLLED SUBSTANCE ACT
DISTRIBUTION
              Severity   Unknown
============================= Cycle 013 =============================
Earliest Event Date      2007-08-29
-------------------------------------------------------------------
Arrest Date              2007-08-29
Arrest Case Number       DC321275
Arresting Agency         DCMPD0000  POLICE DEPARTMENT WASHINGTON
Charge                   01
        Charge Literal   0831 SIMPLE ASSAULT
              Severity   Unknown
       arge              02
        Charge Literal   2733 FAILURE TO APPEAR (F7498899)
              Severity   Unknown
************************  INDEX OF AGENCIES  ************************
Agency                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address

                          1000 CUSTER HOLLOW RD
                         CLARKSBURG, WV 26306
-------------------------------------------------------------------
Agency                   US ATTORNEY WASHINGTON; DC001017A;
Address

                         RM 10-440 555 4TH STREET NW
                         WASHINGTON, DC 20530
-------------------------------------------------------------------
Agency                   POLICE DEPARTMENT WASHINGTON; DCMPD0000;
Address

                         RM 168 300 INDIANA AVE NW
                         WASHINGTON, DC 200012188
-------------------------------------------------------------------
Agency                   US PARK POLICE WASHINGTON; DCPPD0000;
Address

                          1100 OHIO DRIVE SW
                         WASHINGTON, DC 20242
* * * END OF RECORD * * *
```

TC0064829

Sep 14 12:48 2007                                                                Page 1

```
================================================================================
    Form: MSG
    Requested By: P/009324    At Position: CIB8
================================================================================


----- Message -----
Created: 14-Sep-2007/12:48:08 By: vcinrsp.
Received: 14-Sep-2007/12:48:13
Message #: 63425917
To: CIB8
AM.PS19.
CR.MIIII0000
09:48 09/14/2007 91148
09:48 09/14/2007 97944 VA02901A5
TXT
HDR/2L01PS1904X4HQR
ATN/DET MURPHY
PUR: C MICHIGAN CRIMINAL HISTORY RECORD FOR SID/2586972J PAGE 1
VA02901A5
PUR: C RESPONSE TO INQUIRY ON SID:
                          FBI:
                          NAM: FIELDS,ANTHONY
FOR: DET MURPHY
CRIMINAL HISTORY RECORD RESPONSES ARE DEPENDENT UPON CRIMINAL HISTORY RECORD
INFORMATION (CHRI) BEING REPORTED TO THE CENTRAL REPOSITORY.
USERS SHOULD CONTACT LOCAL CRIMINAL JUSTICE AGENCIES TO DETERMINE CHRI THAT
OULD BE IN LOCAL FILES.
ICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA

   NAM: FIELDS,ANTHONY ANTONIO                    SID:
   RAC:           SEX:           DOB:             FBI:
   HGT:           WGT:           HAI:             III: MULTI-STATE
   EYE:           POB:
   DLN:                                           MNU:
   PRN:
   CIZ:
   AFIS PRINTS AVAILABLE: YES
   PALM PRINTS AVAILABLE: NO
   PHOTO AVAILABLE: NO
   DNA RECORD AVAILABLE:  NO
   ADDITIONAL IDENTIFIERS AND COMMENTS:
================================================================================
                                           INCIDENT DATE: 12/07/2005

NAME USED: FIELDS,ANTHONY ANTONIO
================================================================================
ARREST SEGMENT           : CHARGE SEGMENT        : JUDICIAL SEGMENT
======================== : ==================== : ========================
DATE: 12/07/2005         : NO DATA RECEIVED      : NO DATA RECEIVED
MI6367300                :                       :
```

06784

TC0064830

Sep 14 12:48 2007                                                          Page 2

```
PONTIAC POLICE DEPT        :                              :
  CA: 05-60587             :                              :
    CNT OF 1300            :                              :
    ATTEMPT-MISDEMEANOR    :                              :
    ASSAULT EXCLUDING      :                              :
    SEXUAL                 :                              :
DISP: WARRANT REQUESTED    :                              :
```
========================================================================
DISSEMINATION OF CRIMINAL HISTORY INFORMATION IS SUBJECT TO MICHIGAN & FEDERAL
RULES & REGULATIONS. REFER TO LEIN ADMINISTRATIVE RULES & TITLE 28, USC.
USE OF THIS RECORD IS LIMITED TO THE PURPOSE OF INQUIRY.
                      ** SPECIAL ATTENTION **
PER MCL 28.242A, THIS RECORD CONTAINS ALL CRIMINAL HISTORY INFORMATION THAT
IS SUPPORTED BY FINGERPRINT IMPRESSIONS, INCLUDING CONVICTION AND NON-CONVICTION
DATA. EXCEPT AS PROVIDED BY LAW, THIS RECORD DOES NOT INCLUDE CRIMINAL HISTORY
INFORMATION THAT IS NON-PUBLIC BY STATUTE OR COURT ORDER.
NOT FORWARDED TO NCIC III
END OF RECORD

MRI 229586 IN: NLI1 10036 AT 14SEP2007 12:45 OUT: PS19 36 AT 14SEP2007 12:45

06785

TC0064831

Sep 14 12:48 2007                                                                    Page 1

```
==============================================================================
    Form: MSG
    Requested By: P/009324    At Position: CIB8
==============================================================================

----- Message -----
Created: 14-Sep-2007/12:48:09 By: vcinrsp.
Received: 14-Sep-2007/12:48:15
Message #: 63425918
To: CIB8
AM.PS19.
CR.MDIII0000
09:48 09/14/2007 81461
09:48 09/14/2007 97947 VA02901A5
TXT


HDR/2L01PS1904X4HQR
 EDT 20070914 VA02901A5 FAIRFAX COUNTY PD FAIRFAX COUNTY POLICE MASSEY 4100
 CHAIN BRIDGE ROAD FAIRFA, VA 22030
ATN/DET MURPHY
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-


 THIS RECORD IS PROVIDED IN RESPONSE TO YOUR REQUEST. IT  IS BASED UPON
 FINGERPRINT-SUPPORTED CRIMINAL HISTORY INFORMATION MAINTAINED BY THE MARYLAND
 DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. BECAUSE CHANGES
 MAY OCCUR AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR
 SUBSEQUENT USE. IF INFORMATION PRIOR TO 1978 IS AVAILABLE, IT MAY BE OBTAINED
 BY CONTACTING THE MARYLAND CJIS CENTRAL REPOSITORY.
THIS IS A PORTION OF A MULTI-SOURCE RECORD. ADDITIONAL INFORMATION MAY BE
 OBTAINED THROUGH NCIC FOR OTHER STATE  OR FEDERAL OFFENSES
                    - MARYLAND CRIMINAL HISTORY -
NAME                           STATE ID NO    FBI NO    DATE REQUESTED
FIELDS, ANTHONY
SEX   RACE   BIRTH DATE   HEIGHT WEIGHT      EYES        HAIR

FINGERPRINT CLASS            BIRTH PLACE
NONE AVAILABLE               DISTRICT OF COLUMBIA
ALIAS NAMES
FIELDS, ANTHONY ANTONIO
OTHER          SCARS, MARKS,
BIRTH DATES    TATTOOS         SOCIAL SECURITY       MISC NUMBERS


CYCLE NO.   1
DATE      AGENCY / ID                  CITATION/EVENT        DISPOSITION
-----------------------------------------------------------------------------
03241998 MD0170000                     01-CL                 TURNED OVER TO
         SHERIFFS OFFICE PRINCE GEORGE INDECENT EXPOSURE     COMMISSIONER
         TRK: 971002020214
         OCA: 242888
```

TC0064832

Sep 14 12:48 2007                                                    Page 2

```
03251998 DISTRICT COURT              BAIL/BOND HEARING    HELD
03261998 DISTRICT COURT              BAIL/BOND HEARING    HELD
05081998 DISTRICT COURT 05/971002020  01                 NOLLE PROSEQUI
CYCLE NO.   2
DATE      AGENCY / ID                CITATION/EVENT       DISPOSITION
----------------------------------------------------------------------
06211996 MD0170000                   01-270111            TURNED OVER TO
         SHERIFFS OFFICE PRINCE GEORGE MAL DESTR PROP VALUE  COMMISSIONER
         TRK: 0755221E5
         OCA: 242888
06211996 DISTRICT COURT              BAIL/BOND HEARING    RELEASED
07181996 DISTRICT COURT 05/0755221E5  01                 NOLLE PROSEQUI
CYCLE NO.   3
DATE      AGENCY / ID                CITATION/EVENT       DISPOSITION
----------------------------------------------------------------------
02191994 MD0172100                   01-270111            TURNED OVER TO
         PRINCE GEORGES CNTY PD      MAL DESTR PROP VALUE  COMMISSIONER
         TRK: 0158491E4
         OCA: 510368
02191994 MD017013C                                        RECEIVED
         DEPT OF CORRECTIONS UPPER MAR
         OCA: A5825302
02191994 DISTRICT COURT              BAIL/BOND HEARING    HELD
02221994 DISTRICT COURT              BAIL/BOND HEARING    HELD
02241994 DISTRICT COURT              BAIL/BOND HEARING    RELEASED
03281994 FAILURE TO APPEAR ISSUED
         FAILURE TO APPEAR ISSUED
  211996 MD017013C                                        RECEIVED
         DEPT OF CORRECTIONS UPPER MAR
         OCA: A5825303
06211996 MD017013C                                        RECEIVED
         DEPT OF CORRECTIONS UPPER MAR
         OCA: A5825303
06211996 DISTRICT COURT              BAIL/BOND HEARING    HELD
06241996 DISTRICT COURT              BAIL/BOND HEARING    HELD
06271996 DISTRICT COURT              BAIL/BOND HEARING    RELEASED/BAIL
  06281996 MD017013C                                        RELEASED TO
         DEPT OF CORRECTIONS UPPER MAR                    BAIL BOND
         OCA: A5825303
08151996 DISTRICT COURT 05/0158491E4  01                 NOLLE PROSEQUI
CYCLE NO.   4
DATE      AGENCY / ID                CITATION/EVENT       DISPOSITION
----------------------------------------------------------------------
02121994 MD0172100                   01-CL                TURNED OVER TO
         PRINCE GEORGES CNTY PD      BATTERY              COMMISSIONER
         TRK: 0755135E3              02-270009
         OCA: 510368                ARSON THREAT BURN
02121994 MD017013C                                        RELEASED TO
         DEPT OF CORRECTIONS UPPER MAR                    BAIL BOND
         OCA: A5825301
```

06787

TC0064833

Sep 14 12:48 2007

Page 3

```
02121994 MD017013C                                            RECEIVED
         DEPT OF CORRECTIONS UPPER MAR
         OCA: A5825301
02121994 DISTRICT COURT                BAIL/BOND HEARING      HELD
  02121994 DISTRICT COURT               BAIL/BOND HEARING      RESULT UNKNOWN
03111994 DISTRICT COURT 05/0755135E3   01                    NOLLE PROSEQUI
                                       02                    NOLLE PROSEQUI
END OF RECORD
MRI 229594 IN: NLI1 10038 AT 14SEP2007 12:45 OUT: PS19 37 AT 14SEP2007 12:45
```

06788

TC0064834

Sep 14 12:45 2007                                                          Page 1

```
================================================================================
    Form: MSG
    Requested By: P/009324    At Position: CIB8
================================================================================

----- Message -----
Created: 14-Sep-2007/12:45:46 By: vcinrsp.
Received: 14-Sep-2007/12:45:48
Message #: 63425823
To: CIB8
VCIN REPLY
```

████████████

THE FOLLOWING RECORD PERTAINS TO FBI ████████████

                        VIRGINIA CRIMINAL RECORD        09/14/2007 PART  1

SID: VA1040490X FBI: 322461MA1

```
NAMES RECORDED IN VIRGINIA FILES:                 SEX RACE DATE OF BIRTH
        GREENHOW          LARRY       G           ███████████/1973
        WILLIAMS          LARRY       G           ███████████ 1973
```

●ST REPORTED ADDRESS: ███████████████████

PLACE OF BIRTH: WASHINGTON, D.C.

SOCIAL SECURITY NO(S): NONE RECORDED IN VIRGINIA FILES

```
CONTRIBUTOR/CASE      DATE        CHARGE/DISPOSITION
===================  ==========  =============================================
PD MANASSAS VA       01/19/1996  FINGERPRINTED
ORI:VA0750100                    OCA:9600277
                                 CHARGED WITH
                          #001   FELONY
                                 DISTRIBUTION OF COCAINE
                                 MANASSAS                01/19/1996
PRINCE WM GEN DIST   03/14/1996  NOLLE PROSSED
ORI:VA075013J
CCN:NOT RECORDED
DCN:H069151                      1417/1906   1493/0887
--------------------
PD MANASSAS VA       01/19/1996  FINGERPRINTED
ORI:VA0750100                    OCA:9600277
                                 CHARGED WITH
                          #002   MSDMNR
```

                                                                  06789

TC0064835

Sep 14 12:45 2007                                                                    Page 2

```
                                        POSSESSION OF MARIHUANA
                                        MANASSAS                01/19/1996
PRINCE WM GEN DIST   03/14/1996 NOLLE PROSSED
ORI:VA075013J
CCN:NOT RECORDED
DCN:H069153                             1417/1907    1493/0878
-------------------
PD MANASSAS VA        01/19/1996 FINGERPRINTED
ORI:VA0750100                   OCA:9600277
                                CHARGED WITH
                      #003 FELONY
                                POSSESSION OF A FIREARM WITH COCAINE
                                MANASSAS                01/19/1996
PRINCE WM GEN DIST   03/14/1996 NOLLE PROSSED
ORI:VA075013J
CCN:NOT RECORDED
DCN:H069154                             1417/1905    1493/0880
-------------------
```

                RECORD AUTOMATED: 03/11/1996  LAST RECORD UPDATE: 06/12/1996

ALL ARREST ENTRIES CONTAINED IN THIS RECORD ARE BASED ON FINGERPRINT COMPARISON
AND PERTAIN TO THE SAME INDIVIDUAL.

                              *** CAUTION ***
THIS RESPONSE IS BASED ON COMPARISON OF REQUESTOR FURNISHED INFORMATION
AGAINST DATA CONTAINED IN THE FILES OF THE VIRGINIA STATE POLICE CRIMINAL
RECORDS EXCHANGE ONLY AND DOES NOT PRECLUDE THE EXISTENCE OF OTHER CRIMINAL
HISTORY INFORMATION WHICH MAY BE CONTAINED IN THE REPOSITORY OF OTHER LOCAL,
STATE OR FEDERAL CRIMINAL JUSTICE AGENCIES.
 CHANGES TO THIS RECORD MAY BE IN PROCESS.  A NEW INQUIRY SHOULD BE MADE FOR
SUBSEQUENT USE.  THE RECIPIENT(S) IS RESPONSIBLE FOR MAINTAINING AN AUDIT
TRAIL OF ALL SECONDARY DISSEMINATION OF ANY OF THIS INFORMATION.
*** UNAUTHORIZED DISSEMINATION WILL SUBJECT THE DISSEMINATOR TO CRIMINAL AND
CIVIL PENALTIES. ***

THIS IS A MULTI-STATE RECORD. ADDITIONAL CRIMINAL HISTORY INFORMATION
IS INDEXED IN NCIC-III FOR OTHER STATE OR FEDERAL OFFENSES.

BASED ON FBI NUMBER ONLY

END OF RECORD


MRI 228809 IN: UNQ1 45218 AT 14SEP2007 12:43 OUT: PS19 29 AT 14SEP2007 12:43

06790

TC0064836