# EXHIBIT 18



TC0056712