IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MOROCCO HAGER, | ) | Civil Action No. 1:15-cv-00551 (RDA) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

This matter came before the Court after having been re-assigned from another judge of this Court.

IT APPEARING to the Court that the last hearing in this case occurred more than two and a half years ago, and that no pleadings been filed in this case since April 24, 2017.

IT IS ORDERED by the Court that each party file a two-page brief describing their position on the current posture of this case.

IT IS FURTHER ORDERED by the Court that this case be placed on December 6, 2019, for a status hearing.

It is SO ORDERED.

/s/ _____
Rossie D. Alston, Jr.
United States District Judge

Alexandria, Virginia
October 18, 2019