**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | :   **Criminal No. 1:05-cr-00264-RDA** |
| **v.** | :   **Civil Action No. 1:15-cv-00551** |
| | : |
| **THOMAS MOROCCO HAGER,** | :   **CAPITAL § 2255 PROCEEDINGS** |
| | : |
| **Defendant.** | : |
| | : |

## DEFENDANT'S STATUS REPORT

Defendant, Thomas Morocco Hager, respectfully submits this Status Report in response to the Court's Order of October 18, 2019.

On April 27, 2015, Mr. Hager, through undersigned counsel, filed a timely motion to vacate his death sentence and underlying conviction (the "Section 2255 Motion") (ECF No. 529). The Court ordered the government to respond to the Motion, (ECF No. 539), but later suspended the response date and granted the government's motion (ECF No. 541) seeking extensive discovery from trial counsel and habeas counsel. (August 15, 2015 order, ECF No. 547).  Habeas counsel complied with the Court's discovery order, and, after a series of government-requested postponements, the government eventually filed its response to the Section 2255 Motion on March 9, 2017, almost two years after the filing of the Section 2255 Motion. (ECF No. 608). During that period, the Court held a series of status hearings.

On March 24, 2017, the court issued an order (ECF No. 615) that set dates for filings regarding Mr. Hager's requests for discovery and for future submissions that were tied to a ruling on the requests for discovery.  Mr. Hager filed a proposed discovery plan (ECF No. 616), to which the government filed a response (ECF No. 617), and Mr. Hager filed a reply (ECF No. 623).  The Court has not ruled on the proposed discovery plan and habeas counsel have obtained no court-

ordered discovery from third parties and no discovery at all from the government since the filing of the Section 2255 Motion.

The March 24, 2017, Order also directed habeas counsel to submit *ex parte* a proposed budget of expenses and attorney's fees for their future representation of Mr. Hager before this Court. Habeas counsel submitted the proposed budget to Judge Brinkema by letter dated April 17, 2017. The Court took no action regarding the proposed budget. Approval of a budget is necessary. The Court appointed habeas counsel pursuant to 18 U.S.C. § 3599(a)(2), which requires the appointment of counsel to represent indigent defendants under sentence of death in Section 2255 proceedings. On August 6, 2015, the Court directed habeas counsel to stop incurring CJA fees and expenses, with only strictly limited exceptions: 6/5/15 Order (ECF No. 540); 8/6/15 Order (ECF No. 549); 9/29/15 Order (ECF No. 568). Unless and until a budget is approved, Mr. Hager's statutory right to appointed counsel is compromised.

Habeas counsel propose that the parties and Court take the following steps, which are necessary in order to take into account circumstances that have changed over the last two and a half years: (1) allow habeas counsel to submit *ex parte* an amended proposed budget, and (2) allow the parties to submit proposed amended schedules for future proceedings in this action. Habeas counsel's justification for an amended schedule will require a level of detail that will exceed the two-page limit of this Status Report.

Dated: November 22, 2019                    Respectfully submitted,

                                            /s/ Blair G. Brown
                                            Blair G. Brown (Va. Bar No. 29706)
                                            ZUCKERMAN SPAEDER LLP
                                            1800 M Street, NW, Suite 1000
                                            Washington, DC 20036
                                            (202) 778-1829 (telephone)
                                            (202) 822-8106 (facsimile)
                                            bbrown@zuckerman.com

3

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2019, I have caused a copy of this

**DEFENDANT'S STATUS REPORT** to be served on the following by electronically filing it on

the court's ECF system:

James L. Trump
Christopher Catizone
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
jim.trump@usdoj.gov
christopher.catizone@usdoj.gov


/s/ Blair G. Brown
Blair G. Brown

4