Date:  12/06/2019                     Judge:  Alston                          Reporter:  T. Harris
Time:      11:20 – 11:52

UNITED STATES of AMERICA
              Vs.

Thomas Morocco Hager                       1:05CR00264-003
Defendant's Name                           Case Number

Blair Brown and Julie Brain                Jim Trump
Counsel for Defendant                      Counsel for Government

Matter called for:
( ) Motions                    ( ) Setting Trial Date        ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment                ( ) Appeal from USMC          ( ) Sentencing               ( ) Rule 20 & Plea
( ) Supervised Release Violation Hearing.                    ( ) Pre-Indictment Plea      (✓) Other:  Status Conf.

Defendant appeared:            ( ) in person                 ( ) failed to appear
                               ( ) with Counsel              ( ) without counsel          (✓) through counsel

Defendant to file a comprehensive reply brief and proposed budget request by 2/14/2020.

Matter cont'd to 2/28/2020 at 11:00 for a status conference.