**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 1:05-cr-00264-RDA** |
| **v.** | : | **Civil Action No. 1:15-cv-00551** |
| | : | |
| **THOMAS MOROCCO HAGER,** | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| **Defendant.** | : | |
| | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY AND PROPOSED BUDGET REQUEST**

Defendant Thomas Morocco Hager respectfully moves for an extension of time to file his reply to the Government's Response to his Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 and proposed budget request from February 14, 2020 to March 16, 2020. The undersigned has conferred with AUSA Jim Trump, who stated that the Government does not oppose this extension. Mr. Hager also moves for the status conference currently scheduled for February 28, 2020 to be rescheduled for March 27, 2020 or a later date convenient to the Court.

As counsel explained at the December 6, 2019 status conference, in order to reply fully to the Government's Response, they will need discovery from the Government and a significant amount of time and resources to fully investigate their claims for relief and the Government's arguments in opposition. Having been denied any discovery to date, and in the absence of court approval for the expenditure of CJA hours or ancillary funds except for the preparation of the reply, Mr. Hager's reply focuses on responding to the Government's legal arguments and identifying contrary evidence the Government ignores in trial counsel's records. Nonetheless, the

reply is a significant undertaking, and counsel need a limited 30-day extension in order to adequately respond to the Government's claims.

The Government had nearly two years to produce its Response to Mr. Hager's Motion, and it submitted a 160-page pleading with thousands of pages of appendices. By contrast, counsel was allotted a mere 70 days to reply. Prior to filing its Response, the Government was granted extensive discovery from Mr. Hager, in the form of 76,000 pages of trial counsel's documents as well as habeas counsel's work product, including thousands of pages of documents gathered during the investigation and relied upon in the Motion, a list of witnesses upon whose interviews the Motion relied, and the raw data and preliminary reports of habeas counsel's retained experts. 8/6/15 Order, ECF No. 547; 3/25/16 Order at 3-4, ECF No. 580. The Government relied heavily on the discovery it received in compiling its Response, citing more than 3,700 pages of these productions, in addition to thousands of pages of other materials. *See* Gov't App'x Vols. 9-17, 19. Responding to the Government's allegations requires counsel to review not just the 3,700 pages of materials from trial counsel's records the Government cited, but also to search through the 72,000-plus other pages for information bearing on the Government's arguments that the Government overlooked. While 70 days might have been adequate if the Government's pleading were a traditional responsive pleading that was less voluminous and did not rely on and implicate the massive amounts of discovery produced by Mr. Hager, under the circumstances, 70 days is insufficient.

An extension is also required because counsel were ordered to stop working on this case, with limited exceptions, on August 6, 2015. *See* 6/5/15 Order (ECF No. 540); 8/6/15 Order (ECF No. 549); 9/29/15 Order (ECF No. 568). Because of this Order, counsel now has to refamiliarize

themselves with the evidence and claims in a case they have not done significant work on in nearly four-and-a-half years.

An additional 30 days would give counsel the necessary time to refamiliarize themselves with the case, complete their review of trial counsel's records, and adequately respond to the Government's 160-page pleading.

Dated: February 3, 2020

Respectfully submitted,

/s/ Blair G. Brown
Blair G. Brown (Va. Bar No. 29706)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1829 (telephone)
(202) 822-8106 (facsimile)
bbrown@zuckerman.com

/s/ Julie Brain
Julie Brain
916 South 2nd Street
Philadelphia, PA  19147
(267) 639-0417 (telephone)
Juliebrain1@yahoo.com

*Counsel for Defendant Thomas Morocco Hager*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2020, I have caused a copy of this

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

**AND PROPOSED BUDGET REQUEST** to be served on the following by electronically filing

it on the court's ECF system:

> James L. Trump
> Christopher Catizone
> United States Attorney's Office
> Eastern District of Virginia
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> jim.trump@usdoj.gov
> christopher.catizone@usdoj.gov

> /s/ Blair G. Brown
> Blair G. Brown