**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **Criminal No. 1:05-cr-00264-RDA** |
| **v.** | : **Civil Action No. 1:15-cv-00551** |
| | : |
| **THOMAS MOROCCO HAGER,** | : **CAPITAL § 2255 PROCEEDINGS** |
| | : |
| **Defendant.** | : |
| | : |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File

Reply and Proposed Budget Request, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Defendant shall file his Reply and proposed budget request no later than

March 16, 2020; and it is further

ORDERED that the February 28, 2020 status conference is rescheduled for March \_\_\_\_\_,

2020 at _____.

Entered in Alexandria, Virginia this \_\_\_\_\_ day of February, 2020.

_____
The Honorable Rossie D. Alston, Jr.
United States District Judge