IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| THOMAS MOROCCO HAGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 1:15-cv-00551 (RDA) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter comes before the Court on Petitioner Thomas Morocco Hager's Unopposed Motion for Extension of Time to File Reply and Proposed Budget Request ("Motion"). Dkt. 629. Upon consideration of the Motion, it is hereby ORDERED that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Petitioner shall file his Reply and proposed budget request no later than March 16, 2020; and

IT IS FURTHER ORDERED that the February 28, 2020 status conference is rescheduled for April 10, 2020 at 11:00 a.m.

Alexandria, Virginia
February 4, 2020

/s/

Rossie D. Alston, Jr.
United States District Judge