# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **No: 1:05-CR-00264-RDA-3** |
| **v.** | : | **CAPITAL § 2555 PROCEEDINGS** |
| **THOMAS MOROCCO HAGER,** | : | |
| **Defendant.** | : | |

## REPLY IN SUPPORT OF
## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

## ORIGINAL FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER (ECF NO. 575)

Blair G. Brown
(Va. Bar No. 29706)
bbrown@zuckerman.com
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Phone:  (202) 778-1829
Fax:      (202) 822-8106

Julie Brain
juliebrain1@yahoo.com
916 South 2nd Street
Philadelphia, PA 19147
Phone: (267) 639-0417

## APPOINTED COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2020,

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, and

I caused copies of the sealed version of Mr. Hager's Reply to be served on counsel of record for the United States and on the Court in accordance with the Protective Order (ECF No. 575).

DATE:  March 16, 2020                    /s/ Blair G. Brown
                                         Blair G. Brown